# Exhibit 1

## NIRO, SCAVONE, HALLER & NIRO

181 WEST MADISON STREET - SUITE 4600

CHICAGO, ILLINOIS 60602-4635

TELEPHONE (312) 236-0733

FACSIMILE (312) 236-3137

RAYMOND P. NIRO
TIMOTHY J. HALLER
WILLIAM L. NIRO
JOSEPH N. HOSTENY, III
ROBERT A. VITALE, JR.
JOHN C. JANKA
PAUL K. VICKREY
DEAN D. NIRO
RAYMOND P. NIRO, JR.
PATRICK F. SOLON
ARTHUR A. GASEY
CHRISTOPHER J. LEE
DAVID J. SHEIKH
VASILIOS D. DOSSAS
SALLY WIGGINS
RICHARD B. MEGLEY, JR.
MATTHEW G. McANDREWS
LEE F. GROSSMAN

PAUL C. GIBBONS
GREGORY P. CASIMER
DOUGLAS M. HALL
DINA M. HAYES
FREDERICK C. LANEY
DAVID J. MAHALEK
KARA L. SZPONDOWSKI
ROBERT A. CONLEY
NICHOLAS M. DUDZIAK
LAURA A. KENNEALLY
TAHITI ARSULOWICZ
BRIAN E. HAAN
JOSEPH A. CULIG
ANNA B. FOLGERS

OF COUNSEL:
THOMAS G. SCAVONE

**This communication is part of settlement discussions and is subject to the provisions of Rule 408, Fed.R.Evid.**

March 4, 2009

**Federal Express**

Tally C. Liu
Chairman and CEO
NEWEGG, INC.
16839 East Gale Avenue
City of Industry, CA 91745

Re:     Sacco United States Patent No 7,340,451

Dear Mr. Liu:

We represent the Italian company 21 srl in the licensing and enforcement of its United States Patent No. 7,340,451 (the "'451" patent). A copy of the '451 patent is enclosed. As explained below, the inventor of the dynamic taxonomy process covered by the '451 patent is Professor Giovanni Sacco.

Our purpose in writing is to acquaint Newegg with 21 srl and the inventor of the '451 patent, Giovanni Sacco, and to offer Newegg a license under highly favorable terms for what we believe is a key patent in the field of on-line retailing, that is where a user can drill down through different categories of information, for example, from product type to price range to brand name, availability, size, manufacturer, color or other category.

At this time, the '451 patent has been successfully licensed to Apple, Walgreens and OfficeMax, and we are in the final stages of negotiations with several other major companies in the e-commerce marketplace. There is also litigation for enforcement of the '451 patent currently pending against CDW in the Northern District of Illinois, Case No. 1:08cv7350.

Tally C. Liu　　　　　　　　　　　　　　　　　　　　　　　　*Rule 408, Fed.R Evid*
NEWEGG, INC.
March 4, 2009
Page 2

### Giovanni Sacco

Professor Sacco is currently an Associate Professor of Information Systems and Human Computer Interaction with the Department of Informatics, University of Torino, Italy. He has worked in research capacities at Purdue University, at IBM Research in San Jose (now Almaden) with the System-R Group, and at the University of Maryland. He is a named inventor of two United States patents and a co-inventor of an IBM patent on relational database technology. Professor Sacco has held positions in research and industry for over 25 years.

Professor Sacco has also published scientific papers in various international journals and conferences, including work on security with Dorothy Denning (Comm of the ACM 24:8, 1981), which is one of the bases of the MIT Kerberos security architecture and has been referenced by more than 500 scientific papers.

### Claim 13 Of The '451 Patent

Claim 13 of the '451 patent is set forth below:

13. A method for retrieving items from electronic catalogs, for applications such as electronic commerce or electronic auctions, wherein retrieval is performed through visual queries on dynamic taxonomies, said dynamic taxonomies being a hierarchical organization of concepts, said concepts also comprising features such as price, items in said electronic catalogs being able to be classified under different concepts, said items and their classification being called an extension, said method comprising:

displaying a taxonomy for said retrieval;

selecting a subset of interest of said taxonomy in order to refine said retrieval, said subset of interest being specified by selecting taxonomy concepts and combining said taxonomy concepts through boolean operations, or being specified through querying methods, said querying methods retrieving classified items according to different selection criteria;

displaying a reduced taxonomy for said selected subset of interest, said reduced taxonomy being derived from said taxonomy by eliminating from the extension of said taxonomy all items not in said selected subset of interest and pruning concepts under which no item in said selected subset of interest is classified; and

iteratively repeating said steps of selecting a subset and of displaying a reduced taxonomy to further refine said retrieval,

Tally C. Liu                                                                                                 *Rule 408, Fed.R.Evid.*
NEWEGG, INC.
March 4, 2009
Page 3

        wherein:

           said hierarchical organization of concepts for said electronic catalogs comprises a set of features, each of said features being a descendant concept of the root concept of said organization, each of said features having as descendants in the taxonomy a set of concepts, each concept in said set of concepts representing either a single value or a set of values for said feature;

           said items in said electronic catalogs are classified, for each said feature, under zero or more concepts representing either a single value or a set of values for that feature;

           said step of displaying a reduced taxonomy either reports only the concepts belonging to the reduced taxonomy or, for each such concept also reports how many items in the interest set are classified under the concept; and

           said step of pruning of concepts includes eliminating from the taxonomy the concepts under which no item in the selected subset of interest is classified, or preventing such concepts from being selected in order to specify interest sets.

('451 Patent, Col. 25, lines 16-62). You should be aware that 21 srl also has pending patent applications in the same field based on the same priority dates as the '451 patent.

## The Web Site At Issue

A claim chart comparing claim 13 with Newegg's newegg.com web site is attached.

## Inducement

        Section 271(b) of the patent law prohibits the active inducement of infringement. Newegg, of course, now knows of the Sacco patent and also knows that users of Newegg's web site practice each of the claimed steps of claim 13 as shown in the enclosed claim chart. Hopefully, Newegg will keep this in mind in determining whether it should obtain a license from 21 srl that will allow users of its web site (and purchasers of its products) to permissibly use the patented technology.

## 21 srl's Proposed License

        21 srl is offering a fully paid-up license at a lump-sum amount that varies depending upon the volume of use of the patented invention based upon Alexa (www.alexa.com) statistics as follows:

Tally C. Liu  
NEWEGG, INC.  
March 4, 2009  
Page 4

*Rule 408, Fed R Evid*

| Alexa Ranking (Based upon User Visits) | Royalty |
|---|---|
| Over 10,001 | $ 200,000 |
| 1,001 to 10,000 | $ 400,000 |
| 501 to 1,000 | $ 600,000 |
| 101 to 500 | $ 800,000 |
| 1 to 100 | $1,000,000 |

Enclosed is our client's standard license agreement for your consideration.

### Need for Timely Consideration

Our goal is a studied, but prompt, resolution of this matter. Please let us know what additional information you may need and we will get it to you promptly. Our hope, again, is that Newegg's technical and legal experts agree that a license is needed and that a timely resolution of this matter is possible.

Sincerely,

Raymond P. Niro, Jr.

RPNjr/sls  
Enclosures

# Infringement of U.S. Patent No. 7,340,451 by www.Newegg.com



(First page of U.S. Patent No. 7,340,451)

This document contains information being disclosed as part of settlement discussions. It should be understood that neither the document nor its contents can be used in any litigation for any purpose and that this document will be treated as coming under Fed.R.Evid. 408.

1

# U.S. Patent No. 7,340,451 - Claim 13

13. A method for retrieving items from electronic catalogs, for applications such as electronic commerce or electronic auctions, wherein retrieval is performed through visual queries on dynamic taxonomies, said dynamic taxonomies being a hierarchical organization of concepts, said concepts also comprising features such as price, items in said electronic catalogs being able to be classified under different concepts, said items and their classification being called an extension, said method comprising:

displaying a taxonomy for said retrieval;

selecting a subset of interest of said taxonomy in order to refine said retrieval, said subset of interest being specified by selecting taxonomy concepts and combining said taxonomy concepts through boolean operations, or being specified through querying methods, said querying methods retrieving classified items according to different selection criteria;

displaying a reduced taxonomy for said selected subset of interest, said reduced taxonomy being derived from said taxonomy by eliminating from the extension of said taxonomy all items not in said selected subset of interest and pruning concepts under which no item in said selected subset of interest is classified;

and iteratively repeating said steps of selecting a subset and of displaying a reduced taxonomy to further refine said retrieval,

wherein:

said hierarchical organization of concepts for said electronic catalogs comprises a set of features, each of said features being a descendant concept of the root concept of said organization, each of said features having as descendants in the taxonomy a set of concepts, each concept in said set of concepts representing either a single value or a set of values for said feature;

said items in said electronic catalogs are classified, for each said feature, under zero or more concepts representing either a single value or a set of values for that feature;

said step of displaying a reduced taxonomy either reports only the concepts belonging to the reduced taxonomy or, for each such concept also reports how many items in the interest set are classified under the concept;

and said step of pruning of concepts includes eliminating from the taxonomy the concepts under which no item in the selected subset of interest is classified, or preventing such concepts from being selected in order to specify interest sets.

Newegg.com is an electronic commerce website. A Newegg.com user retrieves items from its electronic catalog by performing visual queries on a dynamic taxonomy. A dynamic taxonomy is a hierarchical organization of concepts. The items in the Newegg.com electronic catalog are classified under different concepts.



User displays root concepts on Newegg.com homepage.

This document contains information being disclosed as part of settlement discussions. It should be understood that neither the document nor its contents can be used in any litigation for any purpose and that this document will be treated as coming under Fed.R.Evid. 408.

2

# U.S. Patent No. 7,340,451 - Claim 13

13. A method for retrieving items from electronic catalogs, for applications such as electronic commerce or electronic auctions, wherein retrieval is performed through visual queries on dynamic taxonomies, said dynamic taxonomies being a hierarchical organization of concepts, said concepts also comprising features such as price, items in said electronic catalogs being able to be classified under different concepts, said items and their classification being called an extension, said method comprising:

displaying a taxonomy for said retrieval;

selecting a subset of interest of said taxonomy in order to refine said retrieval, said subset of interest being specified by selecting taxonomy concepts and combining said taxonomy concepts through boolean operations, or being specified through querying methods, said querying methods retrieving classified items according to different selection criteria;

displaying a reduced taxonomy for said selected subset of interest, said reduced taxonomy being derived from said taxonomy by eliminating from the extension of said taxonomy all items not in said selected subset of interest and pruning concepts under which no item in said selected subset of interest is classified;

and iteratively repeating said steps of selecting a subset and of displaying a reduced taxonomy to further refine said retrieval,

wherein:

said hierarchical organization of concepts for said electronic catalogs comprises a set of features, each of said features being a descendant concept of the root concept of said organization, each of said features having as descendants in the taxonomy a set of concepts, each concept in said set of concepts representing either a single value or a set of values for said feature;

said items in said electronic catalogs are classified, for each said feature, under zero or more concepts representing either a single value or a set of values for that feature;

said step of displaying a reduced taxonomy either reports only the concepts belonging to the reduced taxonomy or, for each such concept also reports how many items in the interest set are classified under the concept;

and said step of pruning of concepts includes eliminating from the taxonomy the concepts under which no item in the selected subset of interest is classified, or preventing such concepts from being selected in order to specify interest sets.



The user displays a taxonomy for retrieving items on his or her computer screen by visiting the Newegg.com website.

Taxonomy for retrieving items.

This document contains information being disclosed as part of settlement discussions. It should be understood that neither the document nor its contents can be used in any litigation for any purpose and that this document will be treated as coming under Fed.R.Evid. 408.

3

# U.S. Patent No. 7,340,451-Claim 13

13. A method for retrieving items from electronic catalogs, for applications such as electronic commerce or electronic auctions, wherein retrieval is performed through visual queries on dynamic taxonomies, said dynamic taxonomies being a hierarchical organization of concepts, said concepts also comprising features such as price, items in said electronic catalogs being able to be classified under different concepts, said items and their classification being called an extension, said method comprising:

displaying a taxonomy for said retrieval;

selecting a subset of interest of said taxonomy in order to refine said retrieval, said subset of interest being specified by selecting taxonomy concepts and combining said taxonomy concepts through boolean operations, or being specified through querying methods, said querying methods retrieving classified items according to different selection criteria;

displaying a reduced taxonomy for said selected subset of interest, said reduced taxonomy being derived from said taxonomy by eliminating from the extension of said taxonomy all items not in said selected subset of interest and pruning concepts under which no item in said selected subset of interest is classified;

and iteratively repeating said steps of selecting a subset and of displaying a reduced taxonomy to further refine said retrieval,

wherein:

said hierarchical organization of concepts for said electronic catalogs comprises a set of features, each of said features being a descendant concept of the root concept of said organization, each of said features having as descendants in the taxonomy a set of concepts, each concept in said set of concepts representing either a single value or a set of values for said feature;

said items in said electronic catalogs are classified, for each said feature, under zero or more concepts representing either a single value or a set of values for that feature;

said step of displaying a reduced taxonomy either reports only the concepts belonging to the reduced taxonomy or, for each such concept also reports how many items in the interest set are classified under the concept;

and said step of pruning of concepts includes eliminating from the taxonomy the concepts under which no item in the selected subset of interest is classified, or preventing such concepts from being selected in order to specify interest sets.



The user refines the retrieval by selecting a subset of interest.

The user selects the subset of interest Manufacturer>Hewlett-Packard.

This document contains information being disclosed as part of settlement discussions. It should be understood that neither the document nor its contents can be used in any litigation for any purpose and that this document will be treated as coming under Fed.R.Evid. 408.

4

# U.S. Patent No. 7,340,451 - Claim 13

13. A method for retrieving items from electronic catalogs, for applications such as electronic commerce or electronic auctions, wherein retrieval is performed through visual queries on dynamic taxonomies, said dynamic taxonomies being a hierarchical organization of concepts, said concepts also comprising features such as price, items in said electronic catalogs being able to be classified under different concepts, said items and their classification being called an extension, said method comprising:

displaying a taxonomy for said retrieval;

selecting a subset of interest of said taxonomy in order to refine said retrieval, said subset of interest being specified by selecting taxonomy concepts and combining said taxonomy concepts through boolean operations, or being specified through querying methods, said querying methods retrieving classified items according to different selection criteria;

displaying a reduced taxonomy for said selected subset of interest, said reduced taxonomy being derived from said taxonomy by eliminating from the extension of said taxonomy all items not in said selected subset of interest and pruning concepts under which no item in said selected subset of interest is classified;

and iteratively repeating said steps of selecting a subset and of displaying a reduced taxonomy to further refine said retrieval,

wherein:

said hierarchical organization of concepts for said electronic catalogs comprises a set of features, each of said features being a descendent concept of the root concept of said organization, each of said features having as descendants in the taxonomy a set of concepts, each concept in said set of concepts representing either a single value or a set of values for said feature;

said items in said electronic catalogs are classified, for each said feature, under zero or more concepts representing either a single value or a set of values for that feature;

said step of displaying a reduced taxonomy either reports only the concepts belonging to the reduced taxonomy or, for each such concept also reports how many items in the interest set are classified under the concept;

and said step of pruning of concepts includes eliminating from the taxonomy the concepts under which no item in the selected subset of interest is classified, or preventing such concepts from being selected in order to specify interest sets.

Alternatively, the user can use the "Advanced Search" toolbar to specify the subset by querying Hewlett-Packard.



This document containing information being disclosed as part of settlement discussions. It should be understood that neither this document nor its contents can be used in any litigation for any purpose and that this document will be treated as coming under Fed.R.Evid. 408.

5

# U.S. Patent No. 7,340,451 - Claim 13

13. A method for retrieving items from electronic catalogs, for applications such as electronic commerce or electronic auctions, wherein retrieval is performed through visual queries on dynamic taxonomies, said dynamic taxonomies being a hierarchical organization of concepts, said concepts also comprising features such as price, items in said electronic catalogs being able to be classified under different concepts, said items and their classification being called an extension, said method comprising:

displaying a taxonomy for said retrieval;

selecting a subset of interest of said taxonomy in order to refine said retrieval, said subset of interest being specified by selecting taxonomy concepts and combining said taxonomy concepts through boolean operations, or being specified through querying methods, said querying methods retrieving classified items according to different selection criteria;

displaying a reduced taxonomy for said selected subset of interest, said reduced taxonomy being derived from said taxonomy by eliminating from the extension of said taxonomy all items not in said selected subset of interest and pruning concepts under which no item in said selected subset of interest is classified;

and iteratively repeating said steps of selecting a subset and of displaying a reduced taxonomy to further refine said retrieval,

wherein:

said hierarchical organization of concepts for said electronic catalogs comprises a set of features, each of said features being a descendant concept of the root concept of said organization, each of said features having as descendants in the taxonomy a set of concepts, each concept in said set of concepts representing either a single value or a set of values for said feature;

said items in said electronic catalogs are classified, for each said feature, under zero or more concepts representing either a single value or a set of values for that feature;

said step of displaying a reduced taxonomy either reports only the concepts belonging to the reduced taxonomy or, for each such concept also reports how many items in the interest set are classified under the concept;

and said step of pruning of concepts includes eliminating from the taxonomy the concepts under which no item in the selected subset of interest is classified, or preventing such concepts from being selected in order to specify interest sets.

The user displays a reduced taxonomy for retrieving items on his or her computer screen by selecting the subset of interest Manufacturer>Hewlett-Packard.



Original taxonomy     Reduced taxonomy

This document contains information being disclosed as part of settlement discussions. It should be understood that neither the document nor its contents can be used in any litigation for any purpose and that this document will be treated as coming under Fed.R.Evid. 408.

# U.S. Patent No. 7,340,451 - Claim 13

13. A method for retrieving items from electronic catalogs, for applications such as electronic commerce or electronic auctions, wherein retrieval is performed through visual queries on dynamic taxonomies, said dynamic taxonomies being a hierarchical organization of concepts, said concepts also comprising features such as price, items in said electronic catalogs being able to be classified under different concepts, said items and their classification being called an extension, said method comprising:

displaying a taxonomy for said retrieval;

selecting a subset of interest of said taxonomy in order to refine said retrieval, said subset of interest being specified by selecting taxonomy concepts and combining said taxonomy concepts through boolean operations, or being specified through querying methods, said querying methods retrieving classified items according to different selection criteria;

displaying a reduced taxonomy for said selected subset of interest, said reduced taxonomy being derived from said taxonomy by eliminating from the extension of said taxonomy all items not in said selected subset of interest and pruning concepts under which no item in said selected subset of interest is classified;

and iteratively repeating said steps of selecting a subset and of displaying a reduced taxonomy to further refine said retrieval,

wherein:

said hierarchical organization of concepts for said electronic catalogs comprises a set of features, each of said features being a descendant concept of the root concept of said organization, each of said features having as descendants in the taxonomy a set of concepts, each concept in said set of concepts representing either a single value or a set of values for said feature;

said items in said electronic catalogs are classified, for each said feature, under zero or more concepts representing either a single value or a set of values for that feature;

said step of displaying a reduced taxonomy either reports only the concepts belonging to the reduced taxonomy or, for each such concept also reports how many items in the interest set are classified under the concept;

and said step of pruning of concepts includes eliminating from the taxonomy the concepts under which no item in the selected subset of interest is classified, or preventing such concepts from being selected in order to specify interest sets.

The user iteratively repeats the sequence of selecting and displaying to further narrow down the results retrieved from the electronic catalog.



Original taxonomy → Reduced taxonomy → Further reduced taxonomy

This document contains information being disclosed as part of settlement discussions. It should be understood that neither the document nor its contents can be used in any litigation for any purpose and that this document will be treated as coming under Fed.R.Evid. 408.

7

# U.S. Patent No. 7,340,451 - Claim 13

13. A method for retrieving items from electronic catalogs, for applications such as electronic commerce or electronic auctions, wherein retrieval is performed through visual queries on dynamic taxonomies, said dynamic taxonomies being a hierarchical organization of concepts, said concepts also comprising features such as price, items in said electronic catalogs being able to be classified under different concepts, said items and their classification being called an extension, said method comprising:

displaying a taxonomy for said retrieval;

selecting a subset of interest of said taxonomy in order to refine said retrieval, said subset of interest being specified by selecting taxonomy concepts and combining said taxonomy concepts through boolean operations, or being specified through querying methods, said querying methods retrieving classified items according to different selection criteria;

displaying a reduced taxonomy for said selected subset of interest, said reduced taxonomy being derived from said taxonomy by eliminating from the extension of said taxonomy all items not in said selected subset of interest and pruning concepts under which no item in said selected subset of interest is classified;

and iteratively repeating said steps of selecting a subset and of displaying a reduced taxonomy to further refine said retrieval,

wherein:

said hierarchical organization of concepts for said electronic catalogs comprises a set of features, each of said features being a descendant concept of the root concept of said organization, each of said features having as descendants in the taxonomy a set of concepts, each concept in said set of concepts representing either a single value or a set of values for said feature;

said items in said electronic catalogs are classified, for each said feature, under zero or more concepts representing either a single value or a set of values for that feature;

said step of displaying a reduced taxonomy either reports only the concepts belonging to the reduced taxonomy or, for each such concept also reports how many items in the interest set are classified under the concept;

and said step of pruning of concepts includes eliminating from the taxonomy the concepts under which no item in the selected subset of interest is classified, or preventing such concepts from being selected in order to specify interest sets.



The hierarchical organization of concepts for Newegg.com's electronic catalogs comprises a set of features. These features are descendant concepts of the root concept and each feature has, as its descendant, a set of concepts. Each concept in this set of concepts represents either a single value or set of values for the feature.

Concept "Manufacturer" is a feature of Desktop PCs

Concepts Hewlett-Packard, IBUYPOWER, etc. represent values of the feature "Manufacturer."

This document contains information being disclosed as part of settlement discussions. It should be understood that neither this document nor its contents can be used in any litigation for any purpose and that this document will be treated as coming under Fed.R.Evid. 408.

8

# U.S. Patent No. 7,340,451 - Claim 13

13. A method for retrieving items from electronic catalogs, for applications such as electronic commerce or electronic auctions, wherein retrieval is performed through visual queries on dynamic taxonomies, said dynamic taxonomies being a hierarchical organization of concepts, said concepts also comprising features such as price, items in said electronic catalogs being able to be classified under different concepts, said items and their classification being called an extension, said method comprising:

displaying a taxonomy for said retrieval;

selecting a subset of interest of said taxonomy in order to refine said retrieval, said subset of interest being specified by selecting taxonomy concepts and combining said taxonomy concepts through boolean operations, or being specified through querying methods, said querying methods retrieving classified items according to different selection criteria;

displaying a reduced taxonomy for said selected subset of interest, said reduced taxonomy being derived from said taxonomy by eliminating from the extension of said taxonomy all items not in said selected subset of interest and pruning concepts under which no item in said selected subset of interest is classified;

and iteratively repeating said steps of selecting a subset and of displaying a reduced taxonomy to further refine said retrieval,

wherein:

said hierarchical organization of concepts for said electronic catalogs comprises a set of features, each of said features being a descendant concept of the root concept of said organization, each of said features having as descendants in the taxonomy a set of concepts, each concept in said set of concepts representing either a single value or a set of values for said feature;

said items in said electronic catalogs are classified, for each such feature, under zero or more concepts representing either a single value or a set of values for that feature;

said step of displaying a reduced taxonomy either reports only the concepts belonging to the reduced taxonomy or, for each such concept also reports how many items in the interest set are classified under the concept;

and said step of pruning of concepts includes eliminating from the taxonomy the concepts under which no item in the selected subset of interest is classified, or preventing such concepts from being selected in order to specify interest sets.

The items in the electronic catalogs are classified, for each feature, under either no concepts or some concepts. These concepts represent either a single value or a set of values for that feature.



Hewlett-Packard is a single value of the feature: Manufacturer. $300 – $400 is a set of values for the feature: Price.

This document contains information being disclosed as part of settlement discussions. It should be understood that neither the document nor its contents can be used in any litigation for any purpose and that this document will be treated as coming under Fed.R.Evid. 408.

9

# U.S. Patent No. 7,340,451 - Claim 13

13. A method for retrieving items from electronic catalogs, for applications such as electronic commerce or electronic auctions, wherein retrieval is performed through visual queries on dynamic taxonomies, said dynamic taxonomies being a hierarchical organization of concepts, said concepts also comprising features such as price, items in said electronic catalogs being able to be classified under different concepts, said items and their classification being called an extension, said method comprising:

displaying a taxonomy for said retrieval;

selecting a subset of interest of said taxonomy in order to refine said retrieval, said subset of interest being specified by selecting taxonomy concepts and combining said taxonomy concepts through boolean operations, or being specified through querying methods, said querying methods retrieving classified items according to different selection criteria;

displaying a reduced taxonomy for said selected subset of interest, said reduced taxonomy being derived from said taxonomy by eliminating from the extension of said taxonomy all items not in said selected subset of interest and pruning concepts under which no item in said selected subset of interest is classified;

and iteratively repeating said steps of selecting a subset and of displaying a reduced taxonomy to further refine said retrieval,

wherein:

said hierarchical organization of concepts for said electronic catalogs comprises a set of features, each of said features being a descendant concept of the root concept of said organization, each of said features having as descendants in the taxonomy a set of concepts, each concept in said set of concepts representing either a single value or a set of values for said feature;

said items in said electronic catalogs are classified, for each said feature, under zero or more concepts representing either a single value or a set of values for that feature;

said step of displaying a reduced taxonomy either reports only the concepts belonging to the reduced taxonomy or, for each such concept also reports how many items in the interest set are classified under the concept;

and said step of pruning of concepts includes eliminating from the taxonomy the concepts under which no item in the selected subset of interest is classified, or preventing such concepts from being selected in order to specify interest sets.



Original taxonomy

Reduced taxonomy

The user displays a reduced taxonomy on his or her computer screen, which either: (1) reports only the concepts belonging to the reduced taxonomy; or (2) for each such concept also reports how many items in the interest set are classified under the concept.

Concepts belonging to reduced taxonomy; each concept also reports how many items in the interest set are classified under that concept.

For example, the number of items in the interest set, classified under the concept, Price>$300-$400 is reported as 7 items.

his document contains information being disclosed as part of settlement discussions. It tould be understood that neither the document nor its contents can be used in any litigation r any purpose and that this document will be treated as coming under Fed.R.Evid. 408.

10

# U.S. Patent No. 7,340,451 - Claim 13

13. A method for retrieving items from electronic catalogs, for applications such as electronic commerce or electronic auctions, wherein retrieval is performed through visual queries on dynamic taxonomies, said dynamic taxonomies being a hierarchical organization of concepts, said concepts also comprising features such as price, items in said electronic catalogs being able to be classified under different concepts, said items and their classification being called an extension, said method comprising:

displaying a taxonomy for said retrieval;

selecting a subset of interest of said taxonomy in order to refine said retrieval, said subset of interest being specified by selecting taxonomy concepts and combining said taxonomy concepts through boolean operations, or being specified through querying methods, said querying methods retrieving classified items according to different selection criteria;

displaying a reduced taxonomy for said selected subset of interest, said reduced taxonomy being derived from said taxonomy by eliminating from the extension of said taxonomy all items not in said selected subset of interest and pruning concepts under which no item in said selected subset of interest is classified;

and iteratively repeating said steps of selecting a subset and of displaying a reduced taxonomy to further refine said retrieval,

wherein:

said hierarchical organization of concepts for said electronic catalogs comprises a set of features, each of said features being a descendant concept of the root concept of said organization, each of said features having as descendants in the taxonomy a set of concepts, each concept in said set of concepts representing either a single value or a set of values for said feature;

said items in said electronic catalogs are classified, for each said feature, under zero or more concepts representing either a single value or a set of values for that feature;

said step of displaying a reduced taxonomy either reports only the concepts belonging to the reduced taxonomy or, for each such concept also reports how many items in the interest set are classified under the concept;

and said step of pruning of concepts includes eliminating from the taxonomy the concepts under which no item in the selected subset of interest is classified, or preventing such concepts from being selected in order to specify interest sets.



Original taxonomy

Reduced taxonomy

When the user selects a concept, concepts are pruned by: (1) eliminating concepts under which no item in that subset of interest is classified, or (2) preventing such concepts from being selected.

For example, the selection of Hewlett-Packard prunes the two concepts: "$100 - $200" and "$200 - $300", because no Hewlett-Packard items are classified under those concepts.

This document contains information being disclosed as part of settlement discussions. It should be understood that neither the document nor its contents can be used in any litigation for any purpose and that this document will be treated as coming under Fed.R.Evid. 408.

11