COPY

| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | | |
|---|---|---|
| ZARJAN MIDGLEY & JOHNSON PLLC<br>960 BROADWAY AVENUE<br>SUITE 250<br>BOISE, IDAHO 83707<br>(208) 562-4900 | | FILED<br>2009 OCT -8 AM 10: 16<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES |
| ATTORNEYS FOR: Plaintiff | | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| NEWEGG INC., a Delaware corporation,<br><br>Plaintiff(s),<br>v.<br><br>21 srl, a foreign corporation,<br><br>Defendant(s) | CASE NUMBER<br>**CV09-7322 CAS AJWx**<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Newegg Inc.
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Newegg Inc. | Plaintiff |
| 21 srl | Defendant |

Oct. 7, 2009
Date

/s/ Brook B. Bond
Sign

Brook B. Bond
Attorney of record for or party appearing in pro per

**NOTICE OF INTERESTED PARTIES**

CV-30 (12/03)