John N. Zarian (SBN 145080)
Brook B. Bond (SBN 144815)
Justin N. Stewart
ZARIAN MIDGLEY & JOHNSON PLLC
University Plaza
960 Broadway Ave., Ste. 250
Boise, Idaho 83706
Telephone: (208) 562-4900
Facsimile: (208) 562-4901
E-Mail: zarian@zarianmidgley.com

Mira S. Wolff (SBN 161672)
NEWEGG INC.
16839 E. Gale Avenue
City of Industry, CA 91745
Telephone: (626) 271-9700, x. 22032
Facsimile: (626) 271-9483
E-Mail: Mira.S.Wolff@newegg.com

Attorneys for Plaintiff NEWEGG INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEWEGG INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>21 sr1, a foreign corporation,<br><br>Defendant. | Case No. CV-09-7322 CAS (AJWx)<br><br>*Honorable Christina A. Snyder*<br><br>**PLAINTIFF'S MOTION TO ENJOIN 21 SRL IN LATER-FILED ACTION**<br><br>**JURY TRIAL DEMANDED** |

PLAINTIFF'S MOTION TO ENJOIN 21 SRL IN LATER-FILED ACTION  1

Plaintiff NEWEGG INC. ("Newegg") hereby moves this Court to enjoin Defendant 21 SRL and its counsel from prosecuting any suits against Newegg, for alleged infringement of the '451 patent, filed after October 8, 2009.

This motion is supported by the Newegg's memorandum of points and authorities, the Declarations of Mira Wolff and John Zarian and the exhibits thereto, all of which are filed concurrently herewith, as well as all pleadings, papers and records on file in this action, any matters of which the Court takes judicial notice, and any further evidence or argument that the Court receives at or before any hearing.

DATED: November 10, 2009

ZARIAN MIDGLEY & JOHNSON PLLC

*/s/ John N. Zarian*
John N. Zarian

Attorneys for Plaintiff
NEWEGG INC.