John N. Zarian (SBN 145080)
Brook B. Bond (SBN 144815)
Justin N. Stewart
ZARIAN MIDGLEY & JOHNSON PLLC
University Plaza
960 Broadway Ave., Ste. 250
Boise, Idaho 83706
Telephone: (208) 562-4900
Facsimile: (208) 562-4901
E-Mail: zarian@zarianmidgley.com

Mira S. Wolff (SBN 161672)
NEWEGG INC.
16839 E. Gale Avenue
City of Industry, CA 91745
Telephone: (626) 271-9700, x. 22032
Facsimile: (626) 271-9483
E-Mail: Mira.S.Wolff@newegg.com

Attorneys for Plaintiff
NEWEGG INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWEGG INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>21 SRL, a foreign corporation,<br><br>Defendant. | Case No. CV-09-7322 CAS (AJWx)<br><br>*Honorable Christina A. Snyder*<br><br>**DECLARATION OF MIRA S. WOLFF IN SUPPORT OF MOTION TO ENJOIN** |

I, MIRA S. WOLFF, declare as follows:

1. I submit this declaration in support of the Motion to Enjoin 21 SRL and its Attorneys (the "Motion") filed by Newegg Inc. ("Newegg") in this matter. I have personal knowledge of the facts set forth below, and if called as a witness, I could and would testify competently and truthfully thereto.

1

2.  I am the Senior Corporate Counsel at Newegg. As a result of my work, I am familiar with Newegg and its business operations.

3.  I am familiar with the complaint filed by Newegg in the above-captioned case, seeking a declaratory judgment of non-infringement and invalidity of U.S. Patent No. 7,340,451 ("the '451 Patent"). I am also familiar with the complaint filed by the defendant, 21 SLR ("Defendant" or "21srl") in the Northern District of Illinois, in which the Defendant alleges that Newegg has infringed the '451 Patent.

4.  Newegg is an e-commerce company and an online-only retailer of consumer electronics. Newegg does not have any stores and does not service any customers in person.

5.  Newegg is headquartered, and maintains its principal place of business, at 16839 E. Gale Avenue, City of Industry, California 91745.

6.  Newegg and/or its subsidiaries have approximately 950 employees in the United States, with the overwhelming majority (approximately 700) located in California, and the remainder located in Tennessee and New Jersey.

7.  Newegg does not maintain any offices within the Northern District of Illinois, nor does it have any employees located in the Northern District of Illinois.

8.  In correspondence dated March 4, 2009 and transmitted to City of Industry, California, Defendant accused Newegg of infringing the '451 Patent based on allegations that Newegg is actively inducing users of its website to "practice each of the claimed steps of claim 13." (A true and correct copy of the foregoing letter, including a claim chart, is attached hereto as Exhibit 1.) Evidently, the '451 Patent involves technology relating to a "method for retrieving items from electronic catalogs."

9.  Defendant sent a second letter, dated April 7, 2009, to Newegg in California, stating that Newegg needed to respond shortly if there was an interest in "resolving this matter amicably." (A true and correct copy of the April 7, 2009 letter is attached hereto as Exhibit 2.)

10. Defendant sent a third letter, dated September 17, 2009, to Newegg in California, stating that Defendant had sued several companies and that it was "important" to respond to the letter quickly, and suggesting that Newegg would otherwise be sued forthwith in the Northern District of Illinois. (A true and correct copy of the September 17, 2009 letter is attached hereto as Exhibit 3.)

11. The substantial majority of Newegg's physical hardware, routing devices, web applications, systems and servers are located in the State of California. Newegg does not maintain any in Illinois.

13. Based on the information currently available, Newegg expects to call certain of its own employees as witnesses in this matter. All of these employees work in City of Industry, California, and reside in the state of California, including:

    a. James Wu, Chief Technology Officer

    b. Willy Chen, Director of Web Functions

    c. Bernard Luthi, V.P. Marketing and Merchandising

14. Based on the information currently available, the foregoing employees likely have knowledge on issues related to the patent claims at issue in this litigation, and all of them work and reside within the jurisdiction of the U.S. District Court for the Central District of California.

15. It would be much more convenient for each of these potential witnesses to attend a trial in California. Litigation and/or trial in Illinois would be extremely expensive and disruptive for Newegg and the foregoing potential witnesses, compared to a trial in the California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this ___10th___ day of November, 2009, at City of Industry, California.

                                              MIRA S. WOLFF


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of November, 2009, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will automatically send email notification of such filing to all counsel who have entered an appearance in this action.

*/s/ John N. Zarian*
John N. Zarian