# EXHIBIT 1

# NIRO, SCAVONE, HALLER & NIRO

RAYMOND P. NIRO
TIMOTHY J. HALLER
WILLIAM L. NIRO
JOSEPH N. HOSTENY, III
ROBERT A. VITALE, JR.
JOHN C. JANKA
PAUL K. VICKREY
DEAN D. NIRO
RAYMOND P. NIRO, JR.
PATRICK F. SOLON
ARTHUR A. GASEY
CHRISTOPHER J. LEE
DAVID J. SHEIKH
VASILIOS D. DOSSAS
SALLY WIGGINS
RICHARD B. MEGLEY, JR.
MATTHEW G. McANDREWS
LEE F. GROSSMAN

181 WEST MADISON STREET - SUITE 4600

CHICAGO, ILLINOIS 60602 - 4635

———

TELEPHONE (312) 236 - 0733

FACSIMILE (312) 236 - 3137

PAUL C. GIBBONS
GREGORY P. CASIMER
DOUGLAS M. HALL
DINA M. HAYES
FREDERICK C. LANEY
DAVID J. MAHALEK
KARA L. SZPONDOWSKI
ROBERT A. CONLEY
NICHOLAS M. DUDZIAK
LAURA A. KENNEALLY
TAHITI ARSULOWICZ
BRIAN E. HAAN
JOSEPH A. CULIG
ANNA B. FOLGERS

———

OF COUNSEL:
THOMAS G. SCAVONE

This communication is part of settlement discussions
and is subject to the provisions of **Rule 408, Fed.R.Evid.**

March 4, 2009

**Federal Express**

Tally C. Liu
Chairman and CEO
NEWEGG, INC.
16839 East Gale Avenue
City of Industry, CA 91745

    Re:    Sacco United States Patent No. 7,340,451

Dear Mr. Liu:

We represent the Italian company 21 srl in the licensing and enforcement of its United States Patent No. 7,340,451 (the "'451" patent). A copy of the '451 patent is enclosed. As explained below, the inventor of the dynamic taxonomy process covered by the '451 patent is Professor Giovanni Sacco.

Our purpose in writing is to acquaint Newegg with 21 srl and the inventor of the '451 patent, Giovanni Sacco, and to offer Newegg a license under highly favorable terms for what we believe is a key patent in the field of on-line retailing, that is where a user can drill down through different categories of information, for example, from product type to price range to brand name, availability, size, manufacturer, color or other category.

At this time, the '451 patent has been successfully licensed to Apple, Walgreens and OfficeMax, and we are in the final stages of negotiations with several other major companies in the e-commerce marketplace. There is also litigation for enforcement of the '451 patent currently pending against CDW in the Northern District of Illinois, Case No. 1:08cv7350.

Tally C. Liu
NEWEGG, INC.
March 4, 2009
Page 2

### Giovanni Sacco

Professor Sacco is currently an Associate Professor of Information Systems and Human Computer Interaction with the Department of Informatics, University of Torino, Italy. He has worked in research capacities at Purdue University, at IBM Research in San Jose (now Almaden) with the System-R Group, and at the University of Maryland. He is a named inventor of two United States patents and a co-inventor of an IBM patent on relational database technology. Professor Sacco has held positions in research and industry for over 25 years.

Professor Sacco has also published scientific papers in various international journals and conferences, including work on security with Dorothy Denning (Comm of the ACM 24:8, 1981), which is one of the bases of the MIT Kerberos security architecture and has been referenced by more than 500 scientific papers.

### Claim 13 Of The '451 Patent

Claim 13 of the '451 patent is set forth below:

13.     A method for retrieving items from electronic catalogs, for applications such as electronic commerce or electronic auctions, wherein retrieval is performed through visual queries on dynamic taxonomies, said dynamic taxonomies being a hierarchical organization of concepts, said concepts also comprising features such as price, items in said electronic catalogs being able to be classified under different concepts, said items and their classification being called an extension, said method comprising:

> displaying a taxonomy for said retrieval;

> selecting a subset of interest of said taxonomy in order to refine said retrieval, said subset of interest being specified by selecting taxonomy concepts and combining said taxonomy concepts through boolean operations, or being specified through querying methods, said querying methods retrieving classified items according to different selection criteria;

> displaying a reduced taxonomy for said selected subset of interest, said reduced taxonomy being derived from said taxonomy by eliminating from the extension of said taxonomy all items not in said selected subset of interest and pruning concepts under which no item in said selected subset of interest is classified; and

> iteratively repeating said steps of selecting a subset and of displaying a reduced taxonomy to further refine said retrieval.

Tally C. Liu                                                    *Rule 408, Fed.R.Evid.*
NEWEGG, INC.
March 4, 2009
Page 3

wherein:

said hierarchical organization of concepts for said electronic catalogs comprises a set of features, each of said features being a descendant concept of the root concept of said organization, each of said features having as descendants in the taxonomy a set of concepts, each concept in said set of concepts representing either a single value or a set of values for said feature;

said items in said electronic catalogs are classified, for each said feature, under zero or more concepts representing either a single value or a set of values for that feature;

said step of displaying a reduced taxonomy either reports only the concepts belonging to the reduced taxonomy or, for each such concept also reports how many items in the interest set are classified under the concept; and

said step of pruning of concepts includes eliminating from the taxonomy the concepts under which no item in the selected subset of interest is classified, or preventing such concepts from being selected in order to specify interest sets.

('451 Patent, Col. 25, lines 16-62). You should be aware that 21 srl also has pending patent applications in the same field based on the same priority dates as the '451 patent.

### The Web Site At Issue

A claim chart comparing claim 13 with Newegg's newegg.com web site is attached.

### Inducement

Section 271(b) of the patent law prohibits the active inducement of infringement. Newegg, of course, now knows of the Sacco patent and also knows that users of Newegg's web site practice each of the claimed steps of claim 13 as shown in the enclosed claim chart. Hopefully, Newegg will keep this in mind in determining whether it should obtain a license from 21 srl that will allow users of its web site (and purchasers of its products) to permissibly use the patented technology.

### 21 srl's Proposed License

21 srl is offering a fully paid-up license at a lump-sum amount that varies depending upon the volume of use of the patented invention based upon Alexa (www.alexa.com) statistics as follows:

Tally C. Liu
NEWEGG, INC.
March 4, 2009
Page 4

*Rule 408, Fed R Evid*

| Alexa Ranking (Based upon User Visits) | Royalty |
|---|---|
| Over 10,001 | $ 200,000 |
| 1,001 to 10,000 | $ 400,000 |
| 501 to 1,000 | $ 600,000 |
| 101 to 500 | $ 800,000 |
| 1 to 100 | $1,000,000 |

Enclosed is our client's standard license agreement for your consideration.

### Need for Timely Consideration

Our goal is a studied, but prompt, resolution of this matter. Please let us know what additional information you may need and we will get it to you promptly. Our hope, again, is that Newegg's technical and legal experts agree that a license is needed and that a timely resolution of this matter is possible.

Sincerely,

Raymond P. Niro, Jr.

RPNjr/sls
Enclosures



US007340451B2

(12) **United States Patent**　　(10) **Patent No.:** US 7,340,451 B2
Sacco　　(45) **Date of Patent:** *Mar. 4, 2008

(54) **DYNAMIC TAXONOMY PROCESS FOR BROWSING AND RETRIEVING INFORMATION IN LARGE HETEROGENEOUS DATA BASES**

(76) Inventor: **Giovanni Sacco**, Via Duchessa Jolanda 21, Turin (IT) I-10138

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 455 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/819,946**

(22) Filed: **Apr. 8, 2004**

(65) **Prior Publication Data**

US 2004/0193593 A1 Sep. 30, 2004

**Related U.S. Application Data**

(63) Continuation of application No. 09/868,339, filed as application No. PCT/IT99/00401 on Dec. 3, 1999, now Pat. No. 6,763,349.

(30) **Foreign Application Priority Data**

Dec. 16, 1998 (IT) ................... TO98A1049

(51) **Int. Cl.**
**G06F 17/30** (2006.01)
(52) **U.S. Cl.** ............. **707/3**; 707/2; 707/7; 707/101; 707/103 R; 707/104.1
(58) **Field of Classification Search** ............. 707/1–10, 707/100–104.1, 200–205
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,644,740 A 7/1997 Kiuchi

FOREIGN PATENT DOCUMENTS

EP 0 694 829 1/1996

OTHER PUBLICATIONS

M. A. Hearst, et al., Annual International ACM-SIGIR Conference on Research and Development in Information Retrieval, pp. 246-255, "Cat-A-Cone: An Interactive Interface for Specifying Searched and Viewing Retrieval Results Using a Large Category Hierarchy", 1997

G. Schmeltz Pedersen, Proceedings of the Annual International ACM SIGIR Conference on Research and Development in Information Retrieval, vol. 16, pp. 270-279, "A Browser for Bibliographic Information Retrieval, Based on an Application of Lattice Theory", 1993

G. A. Story, et al., Computer, US, IEEE Computer Society, vol. 25, No. 9, pp. 17-25, "The Rightpages Image-Based Electronic Library for Alerting and Browsing", Sep. 1, 1992

*Primary Examiner*—Isaac Woo
(74) *Attorney, Agent, or Firm*—Oblon, Spivak, McClelland, Maier & Neustadt, P.C.

(57) **ABSTRACT**

A process is disclosed for retrieving information in large heterogeneous data bases, wherein information retrieval through visual querying/browsing is supported by dynamic taxonomies; the process comprises the steps of: initially showing a complete taxonomy for the retrieval; refining the retrieval through a selection of subsets of interest, where the refining is performed by selecting concepts in the taxonomy and combining them through Boolean operations; showing a reduced taxonomy for the selected set; and further refining the retrieval through an iterative execution of the refining and showing steps.

**15 Claims, 1 Drawing Sheet**





*FIG. 1*

US 7,340,451 B2

1

## DYNAMIC TAXONOMY PROCESS FOR BROWSING AND RETRIEVING INFORMATION IN LARGE HETEROGENEOUS DATA BASES

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation application of and claims the benefit of priority from Ser. No. 09/868,339, filed Jun. 18, 2001, which claims the benefit of prior Italian Patent Application No. T098A 001049, filed Dec. 16, 1998, the contents of which are incorporated herein by reference.

### BACKGROUND OF THE INVENTION

The present invention refers to a dynamic taxonomy process for browsing and retrieving information in large heterogeneous data bases.

Information retrieval on this type of data bases (for example those available on the Internet) is nowadays a slow task, sometimes impossible to realize due to the enormous amount of data to be analyzed, and that can be implemented with difficulty with the currently available tools. The following documents deal with the prior art in this field: Hearst M et al: "Cat-a-cone: an interactive interface for specifying searched and viewing retrieval results using a large category hierarchy," Annual International ACM-SIGIR Conference on Research and Development in Information Retrieval, US, New York, N.Y.: ACM, 1997, pages 246-255; EP-A-0 694 829 (XEROX Corp.); U.S. Pat. No. 5,644,740 (Kiuchi Itsuko); Gert Schmeltz Pedersen: "A browser for bibliographic information retrieval, based on an application of lattice theory," Proceedings of the Annual International ACM SIGIR Conference on Research and Development in Information Retrieval, US, New York, ACM, vol. CONF., 16, 1993, pages 270-279; and Story G. et al: "The Rightpages image-based electronic library for alerting and browsing," Computer, US, IEEE Computer Society, Long Beach, Calif., US, vol. 25, no. 9, 1 September 1992, pages 17-25.

### SUMMARY OF THE INVENTION

The present Applicants developed for such purpose a process solving the above problems by an innovative use of taxonomies as a structuring and information access tool.

Dynamic taxonomies are a model to conceptually describe and access large heterogeneous information bases composed of texts, data, images and other multimedia documents.

A dynamic taxonomy is basically a IS-A hierarchy of concepts, going from the most general (topmost) to the most specific. A concept may have several fathers. This is a conceptual schema of the information base, i.e. the "intension". Documents can be freely classified under different concepts at different level of abstraction (this is the "extension"). A specific document is generally classified under several concepts.

Dynamic taxonomies enforce the IS-A relationship by containment, i.e. the documents classified under a concept C are the deep extension of C, i.e. the recursive union of all the documents classified under C and under each descendant C' of C.

In a dynamic taxonomy, concepts can be composed through classical boolean operations. In addition, any set S of documents in the universe of discourse U (defined as the set of all documents classified in the taxonomy) can be represented by a reduced taxonomy. S may be synthesized either by boolean expressions on concepts or by any other retrieval method (e.g. "information retrieval"). The reduced taxonomy is derived from the original taxonomy by pruning the concepts (nodes) under which no document d in S is classified.

A new visual query/browsing approach is supported by dynamic taxonomies. The user is initially presented with the complete taxonomy. He/she can then refine the result by selecting a subset of interest. Refinement is done by selecting concepts in the taxonomy and combining them through boolean operations. She/he will then be presented with a reduced taxonomy for the selected set of documents, which can be iteratively further refined.

The invention described here covers the following aspects of dynamic taxonomies:

1. additional operations;
2. abstract storage structures and operations on such structures for the intension and the extension;
3. physical storage structures, architecture and implementation of operations;
4. definition, use and implementation of virtual concepts;
5. definition, use and implementation of time-varying concepts;
6. binding a dynamic taxonomy to a database system;
7. using dynamic taxonomies to represent user profiles of interest and implementation of user alert for new interesting documents based on such profiles of interest.

The above and other objects and advantages of the invention, as will appear from the following description, are obtained by a dynamic taxonomy process as claimed in claim 1. Preferred embodiments and non-trivial variations of the present invention are claimed in the dependent claims.

### BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will be better described by some preferred embodiments thereof, given as a non-limiting example, with reference to the enclosed drawing, whose FIG. 1 shows a block diagram of the process of the present invention.

### DESCRIPTION OF THE PREFERRED EMBODIMENTS

Before proceeding with a detailed description of the invention, suitable terminology remarks will be made. The set of documents classified under the taxonomy (corpus) is denoted by U, the universe of discourse. Each document d in U is uniquely identified by an abstract label called document ID of d (DID(d)). Each concept c in the taxonomy is uniquely identified by an abstract label called concept ID of c (CID(c)). Concepts are partitioned into terminal concepts (concepts with no concept son in the taxonomy) and non-terminal concepts. T denotes the set of concepts used in the taxonomy.

The taxonomy is usually a tree, but lattices (deriving from a concept having more than one father) are allowed. Documents can be classified under any (terminal or non-terminal) concept in the taxonomy. A specific document d in U may be classified under one or more concepts. The single, most general concept in the taxonomy is called the root of the taxonomy. This concept need not be usually stored in the extension, since it represents the entire corpus.

The term "deep extension" of a concept c denotes all the documents classified under c or under any descendant of c.

3

The term "shallow extension" of a concept c denotes all the documents directly classified under c.

If c is a concept, $C^{up}$(c) denotes the set {c union {c': c' is an ancestor of c in the taxonomy, and c' is not the root of the taxonomy}} $C^{up}$(c) is computed by the recursive application of operation AIO3 (described hereinbelow). If c is a concept, $C^{down}$(c) denotes the set {c union {c': c' is a descendant of c in the taxonomy}}. $C^{down}$(C) is computed by the recursive application of operation AIO2 (described hereinbelow).

With reference to FIG. 1, a block diagram is shown of the main steps of the process of the present invention, from which all further developments of the process itself originate, such developments being described hereinbelow.

According to the diagram in FIG. 1, the process for retrieving information on large heterogeneous data bases of the present invention comprises the steps of:

(F1) initially showing a complete taxonomy for retrieval;

(F2) refining the retrieval through a selection of subsets of interest, where the refining step is performed by selecting concepts in the taxonomy and combining them through boolean operations;

(F3) showing a reduced taxonomy for the selected set; and

(F4) further refining the retrieval through an iterative execution of the refining and showing steps.

In addition to the previously-described operations, the following operations can be supported:

a. projection under a given CID of a set S of DIDs: it extracts all the children c of CID such as there is at least a document in S in the deep extension of c

b. extracting the CID's for a specific document d in U.

The prior art has never specified storage structures nor the implementation of operations, that are both presented in this context. Abstract storage structures are defined with the following notation. Given domains A1, . . . , AN and B1, . . . , BM:

the relation R:[A1, . . . , AN]→[B1, . . . , BM] means that a N-uple of values drawn from domains A1, . . . , AN uniquely identifies an M-uple of values drawn from domains B1, . . . , BM. If [A1, . . . , AN]→[B1, . . . , BM] holds, then any [A1, . . . , AN]→[Bi] holds, where Bi is drawn from any domain in the set {B1, . . . , BM}

the relation R: [A1, . . . , AN]→{B1, . . . , BM} means that a N-uple of values drawn from domains A1, . . . , AN uniquely identifies a set of M-uples of values drawn from domains B1, . . . , BM. If [A1, . . . , AN]→{B1, . . . , BM} holds, then any [A1, . . . , AN]→{Bi} holds, where Bi is drawn from any domain in the set {B1, . . . , BM}.

When brackets are omitted in the right part, square brackets are assumed.

Abstract relations can be trivially mapped (for the purpose of illustration, and with no intent to restrict their representation) to relations in a relational schema, in the following way:

R: R:[A1, . . . , AN]→[B1, . . . , BM] maps into R( A1, . . . AN, B1, . . . , BM)

R: R:[A1, . . . , AN]→{B1, . . . , BM} maps into a set of 4th NF relations Ri(A1, . . . , AN, Bi)

where underlined domains are key attributes of R. Abstract SQL queries on these relations will be used to express operations. When expedient, the notation A B applied to an abstract relation [A]→[B] or [A]→{B} will be used to denote the value or the set of values of B corresponding to a given value of A. Domain CID holds the abstract labels of

4

concepts, i.e. stands for the set of values {CID(c), for all c in the taxonomy}. Domain DID holds the abstract labels of documents, i.e. denotes the set of values {DID(d), for all d in U}.

Abstract structures to store the intension will now be described.

The intension is the taxonomy itself; it can be seen as a conceptual schema for a set of corpora. The intension is stored as:

AIS1. One or more "dictionary" relations in the form

Di:[CID]→[textualLabel]

storing the user-visible definition of each concept; the domain "textualLabel" holds natural language descriptions of concepts. Each dictionary can be in a different "language", thereby allowing multilingual corpora and/or different descriptions of concepts.

AIS2. A language directory, identifying the appropriate dictionary relation for a specific "language" (required only if more than one "language" for concept description is used) in the form:

LD:[LANGUAGE_ID]→D

where LANGUAGE_ID holds the abstract identification of languages and D holds the existing dictionaries.

An alternate representation of AIS1, AIS2 is by a single relation

AIS1': [CID, LANGUAGE_ID]→textualLabel.

AIS3. A father to son relation in the form

FS:[CID]→{SON_CID}

or

FS':[CID, SEQ]→{SON_CID}

storing, for each concept c, its sons in the taxonomy. The domain SON_CID is the same as CID. The domain of SEQ is the set of natural numbers.

The second form, which is generally used, allows to supply a meaningful display order among the sons of a concept c.

AIS4. A son to father relation, in the form

SF:[CID]→{FATHER_CID}

storing, for each concept c, its fathers in the taxonomy. The domain FATHER_CID is the same as CID. If the taxonomy is not a lattice (i.e. any concept c can have no more than one father), this relation becomes:

SF: [CID]→[FATHER_CID].

In this latter case, information on the father of a specific concept c may alternatively be stored in the dictionaries as:

Di: [CID]→FATHER_CID, textualLabel

although this results in redundancy if more than one dictionary is maintained.

Abstract storage structures for the extension will now be described.

The extension represents the classification of documents. As such, it depends on the specific corpus. The extension is abstractly represented by the following three relations:

AES1. Deep extension, in the form

DE:[CID]→{DID}

US 7,340,451 B2

**5**

storing, for each concept c, all the documents in its deep extension (that is, all the documents classified under c or under any descendant c' of c).

AES2. Shallow extension, in the form

SE: [CID]→{DID} equivalent to [CID,DID]

storing, for each concept c, all the documents in its shallow extension (that is, all the documents directly classified under c). The shallow extension and the deep extension are the same for terminal concepts, so that for such terminal concepts only one of DE and SE needs to be kept (typically, DE will be kept).

AES3. Classification, in the form

CL: [DID]→{CID}

storing, for each document, the most specific concepts under which it is classified. All the ancestors of these concepts can be easily recovered through the son-to-father (SF) relation in the intension. This structure is required only if the display of the classification for stored documents is supported at the user level. This storage structure is optional, since the set K of concepts under which a specific DID is stored can be synthesized by operation AE05 applied to each concept c in T on the singleton set {DID}. A concept c is then in K if and only if operation AE05 returns TRUE.

AES4. Document directory

Not specified, since it depends on the host system. It maps a document id into information required to retrieve the specific document (for example, the file name).

The abstract implementation of operations on the intension will now be described. AIO1. Given a concept c identified by K=CID(c), find its label in a specific language L.

1. Access the appropriate language directory

        SELECT D

        FROM LD

        WHERE LANGUAGE_ID=L

2. Use K as a key to access the textual label

        SELECT textualLabel

        FROM D

        WHERE CID=K

AIO2. Given K=CID(c) find all its sons.

Access the father-to-son relation FS, using K as a partial key

        SELECT SON_CID

        FROM FS

        WHERE CID=K

Or

Access the father-to-son relation FS', using K as a partial key

        SELECT SEQ, SON_CID

        FROM FS'

        WHERE CID=K

        ORDER BY SEQ, SON_CID

AIO3. Given a K=CID(c), find all its fathers.

**6**

Access the son-to-father relation SF, using K as a partial key

        SELECT FATHER_CID

        FROM SF

        WHERE CID=K

AIO4. Insert, delete, change operations.

Insert operations are performed by inserting the new concept C:

    in the dictionaries (AIS1)
    in the father to son relation (AIS3)
    in the son to father relation (AIS4)

If C is son of another concept C', it may be useful to allow the user to reclassify under C some of the documents presently classified in the shallow extension of C'.

In the case in which each concept has a single father in the taxonomy, the deletion of a concept C is performed by deleting from the intension (AIS1, AIS3, AIS4) all concepts $c \in C^{down}(C)$. In addition (in order to avoid losing documents), the documents in the deep extension of C should be added to the shallow extension of C', where C' is the father of C in the taxonomy, unless C' is the root of the taxonomy. The shallow (AES2) and deep (AES1) extensions for all concepts $c \in C^{down}(C)$ must be removed. The concepts in $C^{down}(C)$ must be removed from the classification (AES3) of all the documents in the deep extension of C.

Alternatively, and in the general case in which concepts can have multiple fathers, we proceed as follows.

Define LinkDelete(f, s) as:
1. remove from AIS3 the instance where CID=CID(f) and SON_CID=CID(s)
2. remove from AIS4 the instance where CID=CID(s) and FATHER_CID=CID(f)

Define BasicDelete(c) as:
1. for each f in {f: f is a father of c} call LinkDelete(f, c)
2. remove the deep (AES1) and shallow (AES2) extension for c, its classification (AES3), and any dictionary entries associated with c.

Define RecursiveDelete(f, s) as:
1. if f is the only father of s then
   1.1. for each s' in {s': s' is a son of s} call RecursiveDelete (s, s')
   1.2. call BasicDelete(s)
2. else call LinkDelete(f, s)

Define RecomputeDeepExtension(c) as:
1. for each s in {s: s is a son of c}
   1.1. set the deep extension of c:

        DeepExtension(c)=DeepExtension(c) union RecomputeDeepExtension(s)

2. return(DeepExtension(c))

Define UpdateDeepExtension(c) as:
1. for each f in {f: f is a father of c}
   1.1 DeepExtension(f)=DeepExtension(c) union ShallowExtension(f)
   1.2 UpdateDeepExtension(f)

Deletion of c is then implemented as:
1. Compute the set F(C), which represents all the fathers of the concept to be deleted (accessible through relation AIS4). All and only the concepts in F(C) and their ancestors will have their deep extension affected by the deletion of C.

US 7,340,451 B2

7

2. For each s in {s: s is a son of C}, call RecursiveDelete(C, s)
3. Call BasicDelete (C).
4. Recompute the deep extension of all the fathers of C: for each f in F(C) call RecomputeDeepExtension(f)
5. Update the deep extension of all the ancestors of the set F(C):
   5.1. For each f in F(C) call UpdateDeepExtension(f)
   Changes in the taxonomy may be of three types:
1. changing the labeling of a concept C: this only requires the modification of the textualLabel in AIS1
**2**. changing the place of a concept C in the taxonomy
3. adding an additional father C' to C in the taxonomy

In case **2**, let C' be the current father of C and C" the new father of C. First, C must be deleted from the taxonomy, and reinserted with C" as a father. The deep extension of C must be deleted from the deep extension of all concepts $c \in C^{up}(C')$ (by set subtraction, or by applying the above algorithm for deletion with steps 2 and 3 replaced by C reparenting). The deep extension of C must be added to the deep extension of all concepts $c \in C^{up}(C")$ (by set union). No changes in shallow extensions are required.

In case 3, the deep extension of C must be added to the deep extension of all concepts $c \in C^{up}(C')$ (by set union).
The abstract implementation of operations on the extension will now be described.

AEO1. Given a concept c such that CID(c)=K, find its deep extension

Access the deep-extension relation DE, using K as a partial key

SELECT DID

FROM DE

WHERE CID=K

AEO2 Given a concept c such that CID(c)=K, find its shallow extension.

Access the shallow extension relation SE, using K as a partial key

SELECT DID

FROM SE

WHERE CID=K

AEO3. Test the membership of a set of DIDs {DID} in the deep extension of a concept CID.
1. Retrieve the deep extension of CID
2. For each d in {DID}, test whether d belongs to the deep-extension; if it does, return TRUE; if no d in {DID} does, return FALSE

AEO4. Given a set of DIDs {DID}, count the number of documents in {DID} which are also in the deep extension of CID.
1. Retrieve the deep extension of CID
2. Initialize CNT to 0
3. For each d in {DID}, test whether d belongs to the deep-extension; if it does, CNT=CNT+1
4. Return CNT

AEO5. Test the membership of a set of DIDs {DID} in the shallow extension of a concept CID.

As in AEO3, by substituting the deep extension with the shallow extension

AEO6. Given a set of DIDs {DID}, produce the projection under a concept CID.

8

1. Retrieve the set {SON} of all the sons of CID
2. Initialize set R to empty
3. For each concept s in SON, use operation AEO3, or operation AEO4 if counters are desired, to test the membership of {DID} in s. If the operation returns TRUE (>0 if AEO4 is used) add s to list R
4. Return R

AEO7. Given a set of DIDs {DID}, produce the reduced taxonomy for {DID}

As a clarification, the set of DIDs for which the reduced taxonomy has to be produced can be generated by operations on the taxonomy and also by any other means, including, without loss of generality, database queries and information retrieval queries. Also, the current combination of concepts can be used as a pre-filter for other retrieval methods.

For performance reason, the reduced taxonomy is usually produced on demand: the request only displays the highest levels in the tree. The set {DID} is kept in memory, so that when the explosion of a specific concept in the reduced taxonomy is requested, appropriate filtering is performed.
1. Produce the projection of {DID} for the root On the subsequent explosion of concept c:

   Produce the projection of {DID} for c

The reduced tree can also be totally computed in a single step. Let RI be the set of concepts in the reduced tree. RI can be computed by testing, for each concept c in I, the membership of {DID} in c through operation AEO3 or AEO4 (if counters are required). Concept c is in RI if and only if operation AEO3 returns TRUE or operation AEO4 returns a counter larger than 0.

The computation can be speeded up in the following way:
1. Initialize a table S of size |I|, where S[i] holds information on the current status of concept i, initialized at "pending".
2. Starting from the uppermost levels, and continuing down in the tree, process concept i
   2.1. If S[i] is "empty", i does not belong to RI, and processing can continue with the next concept.
   2.2. If S[i] is not "empty", apply operation AEO3 or AEO4 to i.
      2.2.1. If the operation returns TRUE (AEO3) or a counter larger than 0 (AEO4), i belongs to RI.
      2.2.2. Otherwise, neither i nor any of its descendants belong to RI: set to "empty" all S[j] in S, such that j is a descendant of i in the taxonomy. Descendants can be efficiently obtained by keeping a precomputed table D, holding for each concept in the taxonomy a list of all the concepts descending from it in the taxonomy (such a table must be recomputed every time the taxonomy changes).

AEO8. Boolean combination of concepts

Boolean combinations of concepts are performed through the corresponding set operations on the deep extension of concepts. Let c and c' be two concepts, and DE(c) and DE(c') their deep extension (represented by AES1):

   c AND c' corresponds to DE(c)∩DE(c')

   c OR c' corresponds to DE(c)∪DE(c')

   c MINUS c' corresponds to DE(c)-DE(c')

NOT c corresponds to U-DE(c), where U is the universe
AEO9. Insertion of a new document.

US 7,340,451 B2

**9**

The insertion of a new document d (represented by DID(d)) classified under a set of concepts {C} requires the following steps:

for each c ∈ {C}

1. insert DID(d) in the shallow extension of c (AES2), if c is not a terminal concept and the shallow extension must be stored
2. insert DID(d) in the deep extension (AES1) of $C^{up}$ (c)
3. insert an item [DID(d)]→{C} in the classification structure AES3

AEO10. Deletion of an existing document

The deletion of a document d (represented by DID(d)) requires the following steps:

1. retrieve the set of concepts {C} under which d is shallowly classified, by accessing AES3 with DID(d) as the key (operation AEO2)
2. for each c ∈ {C}
   a. delete DID(d) from the shallow extension of c
   b. for all c' ∈ $C^{up}$(c): delete DID(d) from the deep extension of c'
3. delete the entry corresponding to DID(d) from AES3.

If AES3 is not stored, deletion is performed in the following way. For each concept c in T, if d belongs to the shallow extension of c:

1. delete DID(d) from the shallow extension of c
2. for all c' ∈ $C^{up}$(c): delete DID(d) from the deep extension of c'

AEO11. Document reclassification.

Changes in the classification of a document d (represented by DID(d)) are implemented in the following way. Let d be initially classified under a concept c (possibly null) and let the new concept under which d must be classified be c' (possibly null). If both c and c' are non-null, the operation means that d was previously classified under c and must now be classified under c'; if c is null, the operation means that d is additionally classified under c'; if c' is null, the operation means that the original classification under c must be removed. At least one of c and c' must be non-null. If c is not null:

1. eliminate DID(d) from the shallow extension of c
2. eliminate DID(d) from the deep extension (AES1) of all c'' ∈ $C^{up}$(c)
3. eliminate c from the classification of d (AES3)

If c' is not null:

1. insert DID(d) in the shallow extension (AES2) of c' (if the shallow extension of c exists)
2. insert DID(d) in the deep extension (AES1) of all c'' ∈ $C^{up}$(c')
3. insert c' in the classification of d (AES3)

AEO12. Find the concepts under which a document d is immediately classified

Retrieve {C} from AES3, using DID(d) as a key.

Physical storage structures, architecture and implementation of operations will now be described.

As regards the intension, storage structures usually contribute with a negligible overhead to the overall storage cost, since a few thousand of concepts are usually adequate even for semantically rich corpora. Storage for these structures may be provided by any database management system or any keyed access method. The second form of AES3 (FS') requires an ordered access, since SEQ is used to order the sons of a specific concept. Because of the low overhead, all

**10**

the intensional storage structures (with the possible exception of AIS1, the dictionaries) may be usually kept in central memory.

As regards the extension, the most critical component is AES1 (the deep extension), for several reasons. First, deep-extension semantics are the natural semantics for boolean combinations of concepts (see AEO8). Second, the production of reduced taxonomies requires a possibly large number of projections (which are performed on the deep extension), whose performance is critical for visual operations.

It is critical that the deep extension of concept c is explicitly stored, and not computed as the union of the shallow extensions of all the descendants of c.

Although any dbms or keyed access method can be used to provide storage for the deep extension, the set of documents in the deep extension can be more efficiently represented than by straightforwardly mapping the abstract relation.

The use of fixed size bit vectors in the present context will now be described. Information data bases with a small-to-moderate number of documents can effectively represent the deep extension of a concept c by bit vectors, each of size equal to |U'|, the maximum number of documents in the universe. In the bit vector, bit i is set if and only if the document d with DID(d)=i is in the deep extension of c.

Set operations on the deep extension only involve logical operations on bit vectors (AND, OR, NOT, etc.). These operations take one or more bit vectors and produce a result bit vector of the same size.

Let concept id's be numbered 0 to |U'|−1, and n be the number of bits in the word of the host CPU. For performance reasons, it is better to set the fixed size of bit vectors at[|U'|/n], in order to be able to perform bit operations at the word level. Unused bit positions are left unset.

Counting the number of documents in the result of any operation can be efficiently performed by table lookup, in the following way.

Let the unit of access UA (not necessarily the CPU word) be n bits. Build once a vector V of $2^n$ elements, stored in memory, which stores in V[i], the number of bits set in the binary number $2^i$, $0 <= i <= 2^n - 1$

Counting:

Initialize counter C at 0;

Access the bit vector in chunks of n bits at a time:

for each chunk

    store the chunk in i

    set C=C+V[i]

For access at the octet level (n=8), the translation table requires no more than 256 octets. For access at the double octet level (n=16), no more than 64K octets. Larger units of access are not recommended.

Insertion, deletion and reclassification are also efficiently performed, by simply locating the appropriate deep and/or shallow extension and setting/resetting the appropriate bit.

This same representation can be trivially used for storing structures AS2 and AS3. In AS3 the size of the bit vector is equal to the cardinality of the set of concepts in the taxonomy.

As regards compressed bit vectors, by construction, the deep extension is very sparse at terminal level, and very dense at the top levels in the taxonomy. The use of any type of bit vector compression (such as, without prejudice to generality, Run Length Encoding (see Capon J., "A probabilistic model for run-length coding of pictures", IEEE Trans. on Inf. Theory, 1959) and/or variable-length bit

US 7,340,451 B2

**11**

vectors) is therefore beneficial in reducing the overall storage overhead, although it introduces a compression/decompression overhead.

If a controlled error-rate in operations is acceptable, Bloom filters (see Bloom, B. H., Space/time tradeoffs in hash coding with allowable errors, Comm. of the ACM, 1970) can be used to represent the deep extension in a compact form, suitable for larger information bases. With Bloom filters, counting and set negation are usually not supported.

For large to very large information bases, a bit vector representation (albeit compressed) may produce an excessive storage overhead. The deep and shallow extensions as well as structure AES3 may be stored as inverted lists (see Wiederhold, G., Files structures, McGraw-Hill, 1987). Because of performance in the computation of set operations, such lists (and the result of set operations) are kept ordered by document id's. For the above-cited statements, it is generally advantageous to use any form of inverted list compression.

As regards the general architectural strategies, the implementation of dynamic taxonomies should try to keep all the relevant data structures in main memory, shared by the processes accessing them.

As noted before, the intension overhead is generally negligible so that intensional structures (with the possible exception of dictionaries) may be usually kept in memory without problems.

Extension overhead for extensional structures is considerably larger. If the storage overhead prevents the complete storage of deep-extension structures, buffering strategies should be used, such as LRU or the ones described in documents Johnson, T., Shasha D.: 2Q: A Low Overhead High Performance Buffer Management Replacement Algorithm, Int. Conf. on Very Large Databases, 1994; and O'Neill, et al.: The LRU-K Page Replacement Algorithm For Database Disk Buffering, SIGMOD Conf. 1993. Shallow extensions and classification structures are less critical and may be kept on disk (again with the buffering strategies described in the two above-mentioned documents).

As indicated in operation AEO3, the membership test without counting can return TRUE when the first DID common to both lists is found, thereby speeding up the computation.

The use and implementation of virtual concepts will now be described.

Some data domains (such as price, dates, quantities, etc.) correspond usually to a concept (e.g. PRICE) which can be expanded into a large number of terminal concepts, each representing a specific value (e.g. 100$). Such a representation causes a high number of son concepts, and increases the complexity of the taxonomy. Alternatively, values can be grouped by defining meaningful intervals of values and representing only the intervals as specific concepts. This representation loses the actual data, and presents the user with a fixed classification. Grouping may also be combined with exhaustive representation, but inherits most of the problems of both schemes.

The invention of "virtual concepts" provides a third, more flexible alternative. We define a "Simple virtual concept" as a concept for which neither the actual sons (actual values of the domain to be represented) nor the actual extension are stored, but are computed (usually from additional, possibly external data).

**12**

A virtual concept is completely described by 4 abstract operations:

V1: Given a virtual concept v, retrieve all its sons.

V2: Given a virtual concept v, retrieve its deep extension.

V3: Given the son s of a virtual concept v, retrieve its deep extension.

V4: Given a document d, find all the terminal concepts (descendants of v) under which it is stored.

One way of implementing these abstract operations is by keeping, for each virtual concept v, two abstract relations:

$$S_v: [value] \rightarrow \{DID\}$$

which stores the set of documents with a given value in the domain of values of the virtual concept.

$$C_v: [DID] \rightarrow \{value\}$$

which stores the set of values for a specific document; if each document has a single value $C_v$: [DID]$\rightarrow$[value]. A single $C_v$ relation may store multiple domains and be shared by many virtual concepts: in this case $C_v$: [DID] $\rightarrow$\{valueA, ..., valueN\}, where valueI denotes the set of values for domain I. It is important to note that neither $S_v$ nor $C_v$ need to be explicitly stored, but they can be also synthesized by queries on external data.

These two abstract relations can be represented by a single relation in a relational schema (without loss of generality and simply to provide a clear description of operations)

$$C_v \underline{(DID,value)}$$

with underscored attributes representing the primary keys. $S_v$ actually stores the inversion of $C_v$ and will usually be represented by a secondary index on $C_v$, rather than by a base relation.

With this representation, the abstract operations defined before can be easily implemented by SQL queries:

V1: Given a virtual concept v, retrieve all its sons:

SELECT DISTINCT value

FROM $C_v$

V2: Given a virtual concept v, retrieve its deep extension:

SELECT DISTINCT DID

FROM $C_v$

V3: Given the son s of a virtual concept v, retrieve its extension (s is a terminal concept, so that its deep and shallow extension are the same)

SELECT DISTINCT DID

FROM $C_v$

WHERE value=s

Counting is trivially added.

V4: Given a document d, find all the terminal concepts (descendants of v) under which it is stored

RETRIEVE DISTINCT value

FROM $C_v$

WHERE DID=d

In general, a virtual concept v can be organized into a sub-taxonomy, i.e. each non-terminal son of v represents a set of actual domain values. Each son may be further

US 7,340,451 B2

13

specialized, and so on. For instance SALARY can be organized into the following taxonomy:

| SALARY | |
|---|---|
| Low | (e.g. <1000) |
| Medium | (e.g. >=1000 and <10000) |
| High | (e.g. >10000) |

In this case, the non-terminal descendants of v can be stored as derived virtual concepts, i.e. virtual concepts referencing the same abstract relations defined for v, but providing additional restrictions. In the example, "Low" can be characterized by the additional restriction value<1000, so that operation V3 for Low becomes:

    SELECT DISTINCT DID

    FROM $C_v$

    WHERE value<1000

Virtual and derived virtual concepts are peculiar in that their terminal descendants and their extensions are not directly stored but computed. In order to represent them in our framework, the following abstract relations are added to the intension:

    AIS5: [CID]→[conceptType]

where conceptType designated real, simple virtual and derived virtual concepts.

    AIS6: [CID]→[$S_{CID}$]

for simple virtual concepts, stores the abstract relation Sv (which can synthesized be a query) for the virtual concept CID

    AIS7: [CID]→[$C_{CID}$]

for simple virtual concepts, stores the abstract relation Cv (which can synthesized be a query) for the virtual concept CID

    AIS8: [CID]→[CID', restriction]

for derived virtual concepts only, identifies the virtual concept to refer to and the additional restriction.

The use and implementation of time-varying concepts will now be described.

Time-varying concepts, such as age, can be represented by a simple variant of virtual concepts. A time instant t is represented as an abstract "timestamp". The timestamp contains the number of clock ticks starting from a fixed time origin; the clock resolution depends on the application. All timestamps use the same time coordinates. The difference between two timestamps t and t' defines the time interval amplitude between the two times. Let the values of the virtual concept v be the set of timestamps of all documents in the extension of v, and let I be the timestamp of the current time, and the sons of v be represented as time intervals with respect to the current timestamp I:

Given a virtual concept v, retrieve all its sons:

    SELECT DISTINCT T-value

    FROM $C_v$

14

Given a virtual concept v, retrieve its deep extension:

    SELECT DISTINCT DID

    FROM $C_v$

Given the son s of a virtual concept v, retrieve its extension

    SELECT DISTINCT DID

    FROM $C_v$

    WHERE value=I−s

Alternatively, and more efficiently, the values of the time-varying concept can be split into N intervals (from more recent to older), and are stored as real concepts. In addition, for each interval I, we keep:

a. the list L(I) of DIDs in the interval ordered by decreasing timestamps (i.e. newer to older)

b. in central memory, an interval representative IR(I): the last DID in the interval together with its timestamp

c. a classification criterion (e.g. T-value less than 1 week and no smaller than 1 day)

Since the classification of documents varies with time, we need to re-compute the classification of documents every time tick (arbitrary time interval selected by the system administrator, typically a multiple of clock resolution), according to the following algorithm:

At each time tick:

For each interval I

while IR(I) needs reclassification (i.e. it fails the classification criterion for I) do

```
{
  Reclassify(IR(I));
  set as IR(I) the last DID in the ordered list
a)
}
where Reclassify(IR(I)) is
Delete IR(I).DID from I
For(i=i+1 to N)
{
  if IR(I).timestamp meets the classification
criterion for interval i
  {
    insert IR(I) in interval i
    break;
  }
}
```

Binding a dynamic taxonomy to a database system will now be described.

The present invention allows to use a dynamic taxonomy to browse and retrieve data stored in a conventional dbms (relational, object-relational, object-oriented, etc.). The invention covers data stored as a single relation (or object) or, more generally, represented by a single view on the database (see Elmasri, Navathe, Fundamentals of database systems, The Benjamin/Cummings Publ. Co., 1994).

In this case documents correspond to tuples (or rows, records, objects) in the view V. In order to identify a document we can either use the primary key of the view as a document identifier (DID) or keep two abstract relations mapping system-generated DID's to and from the primary key PK of the view:

    DK: [DID]→[PK]

    IDK: [PK]→[DID]

US 7,340,451 B2

15

16

where PK represents the primary key of the relation. DK is used to access a tuple of V, given a document id DID, and IDK is used to retrieve the document id corresponding to a specific value in the primary key of V. This latter representation is beneficial when primary keys PK's are large (e.g. when they are defined on alphanumeric attributes).

Given a view V we can construct a taxonomy T for V in the following way. For each attribute A in V, we place a corresponding concept C(A) (either a real or a virtual one) as an immediate son of the root. Virtual concepts use V itself for the synthesis of sons and extensions (as previously seen). Real concepts can be further specialized as required by the semantics of A.

Given a tuple t in V, for each attribute A in V, let t.A denote the value of attribute A in t. For each real concept C in T (either C(A) or a descendant of C(A)), the designer must provide a boolean clause B(C, t) such that t (represented by DID(t)) is to be classified under C if and only if B(C, t)=TRUE.

The boolean clause B(C, t) may reference any attribute of t, and consequently, new virtual concepts (called "extended concepts") may be defined on combinations of attributes by operations on the database (including but not restricted to sums, averages, etc. of database values).

A special case occurs when the boolean clause B(C, t) is true when t.A $\in$ S$_c$, where S$_c$ is a set of values of attribute A and S$_c$ $\cap$ S$_c$'=$\emptyset$, for $\forall$C$\neq$C'. In this case, it is more efficient to keep a table T:[v]→[c], listing for each value v in domain(A), the corresponding concept c. If S$_c$$\cap$S$_c$'$\neq\emptyset$, for $\exists$C$\neq$C', multiple concepts can be associated with the same value, so that T: [v]→{c}.

In addition to this mapping among attributes and concepts, the designer may define new concepts either as taxonomic generalizations of attributes or extended concepts.

New taxonomic generalizations. For virtual concepts, this feature was discussed previously. If the sons of a new taxonomic generalization G are real concepts {S}, no boolean clause is usually required for G, because classification under G is automatically performed by operation AEO9.

Extended concepts. New concepts may be derived either as real or virtual concepts by operations on the database (including but not restricted to sums, averages, etc. of database values).

Binding is then performed in the following way. Virtual concepts do not require any special processing, since they are realized by operations on the database. Real concepts require a classification for any new tuple, a deletion if t is deleted or a reclassification if t is changed. In order to classify t, the system locates the set C of concepts for which B(c, t), c$\in$C is satisfied and classifies t under $\forall$c$\in$C (and, consequently under all of c's ancestors). Deletion and reclassification are performed as previously stated.

EXAMPLE

Given the relation R:(TOWNID, NAME, COUNTRY, POPULATION), we can identify the documents in the database by the values of TOWNID. We need to decide which attributes will be represented in T and how they will be represented. Let COUNTRY be represented by a real concept, and NAME be represented by a virtual concept. In addition we define the real concept CONTINENT as the continent the COUNTRY is in. CONTINENT can be represented in two ways: as a taxonomic generalization concept or as an extended concept

If we represent CONTINENT as an extended concept, the taxonomy T will be:

NAME

Sv:Select TOWNID FROM R WHERE NAME=x

Cv:Select DISTINCT NAME FROM R

CONTINENT

EUROPE t.COUNTRY="Italy" or t.COUNTRY="France" or . . .

AMERICA t.COUNTRY="USA" or . . .

ASIA t.COUNTRY= . . .

COUNTRY

| Italy | t.COUNTRY="Italy" |
| France | t.COUNTRY="France" |
| Usa | t.COUNTRY="USA" |
| . . . | |

If we represent CONTINENT as a taxonomic generalization of COUNTRY, the taxonomy T' will be:

NAME

| Sv:Select TOWNID FROM R WHERE NAME = x | |
| Cv:Select DISTINCT NAME FROM R | |
| CONTINENT | |
| EUROPE | |
| Italy | t.COUNTRY="Italy" |
| France | t.COUNTRY="France" |
| AMERICA | |
| Usa | . . . |
| | |
| ASIA | |
| . . . | |
| COUNTRY | |
| Italy | t.COUNTRY="Italy" |
| France | t.COUNTRY="France" |
| Usa | t.COUNTRY="USA" |
| . . . | |

In both cases, NAME is represented in the same way. For NAME, we have two abstract relations

Sv: [COUNTRY]→{TOWNID}

Cv: [TOWNID]→[COUNTRY]

POPULATION is represented in an analogous way.

Finally, the use of dynamic taxonomies to represent user profiles of interest and implementation of a user alert for new interesting documents based on dynamic taxonomy profiles, will be described.

The invention consists in using set-theoretic expressions on concepts (plus optional, additional expressions, such as information retrieval queries) to describe user interest in specific topics. Such expressions may be directly entered by the user or transparently and automatically captured by the system, by monitoring user query/browsing. The specification of user profiles is especially important in electronic commerce and information brokering and in monitoring dynamic data sources in order to advise users of new or changed relevant information. The information base is assumed to be classified through dynamic taxonomies.

US 7,340,451 B2

17                                                              18

The scenario is as follows. Several users express their interests through possible multiple conceptual expressions, called "interest specifications". A monitoring system accepts these requests (with an abstract user "address" to send alerts to). The monitoring system also monitors an information base for changes (insertion, deletion, change). The information base is described by the same taxonomy used by users to express their interests.

When a change occurs in the information base (the type of change to be alerted for may be specified by users), the system must find the users to alert on the basis of their interests

A brute force approach will check all user interest specifications exhaustively, and compute whether each changed document d satisfies any given specification S. We can test whether a document d satisfies a specification S by applying the query specified in S to the singleton set {d} and test if d is retrieved. However, this strategy requires to perform, for each information base change, as many queries as there are user specifications and may be quite expensive in practice. For this reason, we define alternate strategies which reduce the number of evaluations required

We are primarily interested into the efficient solution of dynamic taxonomy specifications. Additional expressions, such as information retrieval queries, will usually be composed by AND with taxonomic expressions, and can therefore be solved, if required, after the corresponding taxonomic expression is satisfied.

We will start from the simplest case, in which:

a) the specification is expressed as a conjunction of terminal concepts;

b) documents are classified under terminal concepts only.

As regards conjunctive specifications and document classification under terminal concepts only, we use two abstract storage structures:

1. a directory of specifications, in the form:

SD: [SID]→[N, SPEC]

where SID is an abstract identifier which uniquely identifies the specification, SPEC is the specification itself (optional), N is the number of concepts referenced in the specification. optionally, other fields (such as the user "address") will be stored in this structure.

2. a specification "inversion", in the form:

SI: [CID]→{SID}

listing for each concept c (represented by its concept identifier) all the specifications (represented by their specification id) using that concept.

When a specification is created, its abstract identifier is created, its directory entry is created in SD and the set of concepts referenced in the specification are stored in the inversion SI.

When a document d is inserted, deleted or changed, let C be the set of concepts (terminal concepts by assumption) under which d is classified. The set of specifications that apply to d are then found in the following way.

Let K be the set of concepts used to classify document d. For each concept k in K, let SID(k) be the list of specifications for k (accessible through relation SI) ordered by increasing specification id's. We define MergeCount(K) as the set composed of pairs (SID, N) such that SID is in MergeCount(K) if SID belongs to a SID(k), k in K. If the pair (SID, N) is in MergeCount(K), N counts the number of SID(k) referencing SID. MergeCount(K) can be produced at a linear cost, by merging the SID(k) lists.

Let S be a set initially empty, which represents the set of specifications satisfied by d.

For each pair (SID, N)
retrieve SID N from SD;
if SID.N=N: S=S union SID

As regards specifications using unrestricted set operations, let S (represented by SID(S)) be a specification. Transform S into a disjunctive normal form (i.e. as a disjunction of conjunctions). Let each conjunctive clause in S be called a component of S. We denote by SIDi(S) the i-th component of S.

Store the directory of specifications as two abstract relations:

SD (as before, with N omitted)

SCD: [COMPONENT]→[SDI, N], where COMPONENT stores components of specifications, COMPONENT SDI represents the specification id of the specification S of which COMPONENT is a component, and COMPONENT N is the number of concepts referenced in the component

The specification inversion is stored as:

SI: [CID]→{COMPONENT}, where CID is a concept identifier and CID COMPONENT is the set of components referencing the concept identified by CID.

Let K be the set of concepts used to classify document d, for each concept k in K, let COMPONENT(k) be the list of components for k (accessible through relation SI) ordered by increasing component id's. Define ComponentMergeCount (K) as the set composed of pairs (COMPONENT, N) such that COMPONENT is in ComponentMergeCount(K) if COMPONENT belongs to a COMPONENT(k), k in K. If the pair (COMPONENT, N) is in ComponentMergeCount (K), N counts the number of COMPONENT(k) referencing COMPONENT. ComponentMergeCount(K) can be produced at a linear cost, by merging the COMPONENT(k) lists

Let S be a set initially empty.

For each pair (COMPONENT, N), retrieve COMPONENT N through relation SCD; if COMPONENT N=N: S=S union COMPONENT.SDI (COMPONENT.SDI is accessed through relation SCD). S represents the set of specifications satisfied by d.

As regards specifications and document classification under non-terminal concepts to which they refer, the specification inversion SI needs to be modified in the following way.

If a specification or component Z references concept C, represented by CID(C) then:

C is a terminal concept:
CID(C).SDI=CID(C) SDI union Z, if Z is a specification
CID(C).COMPONENT=CID(C).COMPONENT union Z, if Z is a component

C is a non-terminal concept:
for each k in $C^{down}(C)$
CID(k).SDI=CID(k).SDI union Z, if Z is a specification
CID(k).COMPONENT=CID(k).COMPONENT union Z, if Z is a component

The set S of satisfied specifications is computed as per the previous cases

The above-disclosed techniques allow computing the specifications satisfied by a document d. In case it is desired to determine the specifications satisfied by a set of documents D (whose cardinality is greater than 1), the above-disclosed techniques can be applied in two ways. In the first way, the techniques are applied without modifications to

US 7,340,451 B2

**19**

every document d in D, then removing possible duplicate specifications In the second way, K is defined as the set of concepts used to classify D, the adequate technique is chosen among the described ones and the set S of "candidate" specifications is determined Every specification s in S is then checked, performing it on D.

The invention claimed is:

1. A process for retrieving information on large heterogeneous databases, wherein information retrieval is performed through visual queries on dynamic taxonomies, said dynamic taxonomies being an organization of concepts that ranges from a most general concept to a most specific concept, said concepts and their generalization or specialization relationships being an intension, documents in said databases being able to be classified under different concepts, said documents and their classification being called an extension, said process comprising:

    initially displaying a complete taxonomy for said retrieval;

    selecting subsets of interest of said complete taxonomy in order to refine said retrieval, said subsets of interest being specified by selecting taxonomy concepts and combining taxonomy concepts through boolean operations or being specified through querying methods, which retrieve classified documents according to different selection criteria, including words contained in a document;

    displaying a reduced taxonomy for said selected set, said reduced taxonomy being derived from the original taxonomy by pruning the concepts under which no document in the selected subset of interest is classified; and

    iteratively repeating said steps of selecting subsets and of displaying a reduced taxonomy to further refine said retrieval,

wherein:

    said process is performed on documents of any type and format;

    said intension is organized as a hierarchy of concepts or as a directed acyclic graph of concepts, thereby allowing a concept to have multiple fathers;

    said process dynamically reconstructs all relationships among concepts based on the classification without requiring, in the intension, concept relationships in addition to generalization or specialization, a relationship between any two concepts existing if and only if at least one document is classified (1) under a first concept or any descendants of the first concept, and (2) under a second concept, or any descendants of the second concept;

    documents in said classification are classified under a concept at any level in said intension, including concepts with no sons;

    said taxonomy supports operations for concept insertion, deletion, and modification;

    said taxonomy supports operations for document insertion and classification, deletion, and reclassification;

    documents in said classification are classified manually, programmatically, or automatically;

    said process allows retrieval through different languages on a same database, while maintaining the same classification for all said languages; and

    said step of displaying a reduced taxonomy either reports only the concepts belonging to the reduced taxonomy or, for each such concept, also reports how many documents in the interest set are classified under the concept.

**20**

2. The process according to claim 1, wherein each document d is identified by a unique identifier (DID (d)), and each concept c is identified by a unique identifier (CID (c)), and a conceptual schema for the intension comprises:

    a dictionary relation for each language supported, which binds each concept identifier to a label describing the concept, which will be presented to the user when the taxonomy is displayed;

    a father-to-son relation which lists, for each concept, all sons of the concept, said list being configurable as to be ordered; and

    a son-to-father relation which lists, for each concept, all fathers of the concept; and

    a conceptual schema for the extension comprises, for each concept:

    a deep classification that lists all documents classified under the concept or any descendants of the concept;

    a shallow classification, which lists all documents directly classified under the concept; and

    a classification relation which lists, for each document, all concepts under which the document is directly classified, ancestors of said concepts being recoverable through the son-to-father relation in the intension.

3. The process according to claim 1, wherein boolean operations on concepts are implemented through corresponding set operations on the deep classification of said concepts.

4. The process according to claim 1, wherein said step of displaying a reduced taxonomy for the set selected in said selecting step comprises a testing operation such that a concept is displayed in the reduced taxonomy if an intersection between the set and the deep classification of the concept is not empty, the testing operation being configured to optionally count a number of documents in said intersection to show a user a number of documents in the set that are also classified under the concept, said testing operation being also configured to be applied to the shallow classification, if used, to show the user a number of documents in the set that are also directly classified under the concept, the numbers being useful when documents can be classified at any level of abstraction in the taxonomy, said testing operation being also configured to be applied to a set including a single document d, in order to compute a classification of d, if not explicitly stored, said testing operation being used to produce a reduced tree by testing and displaying the sons of a root and, on subsequent explosion of a concept c, testing and displaying the sons of concept c.

5. The process according to claim 1, wherein said taxonomy supports modification operations on the intension, such operations supporting:

    an insertion of a new concept, performed by inserting the new concept in the dictionaries, in the father-to-son relation, and in the son-to-father relation;

    a deletion of an existing concept C, performed by:

      deleting from the intension all concepts in $C^{down}$ (C), wherein $C^{down}$ (C) denotes a set of all descendants of the concept C, in union with the concept C;

      adding documents in the deep classification of the concept C to the shallow classification of a set of the fathers of the concept C in the taxonomy;

      removing the shallow and deep classifications for all concepts in $C^{down}$ (C);

      removing the concepts in $C^{down}$ (C) from a classification of all documents in the deep classification of the concept C;

    changing a labeling of a concept, said changing step only requiring a modification of an appropriate dictionary;

US 7,340,451 B2

**21**

changing a place of a concept in the taxonomy; and

adding an additional father to a concept in the taxonomy.

6. The process according to claim 1, wherein said taxonomy supports modification operations on the classification, such operations supporting:

an insertion of a new document d, said insertion comprising the steps of: for each $c \in \{C\}$, wherein C denotes a set of concepts under which d must be classified, inserting DID(d) in the shallow classification of c, if c is not a terminal concept and the shallow classification must be stored; inserting DID(d) in the deep classification of $C^{up}$ (c), $C^{up}$ (c) denoting a set of all ancestors of the concept c in union with c; and inserting c in a classification of d;

a deletion of an existing document d, said deletion comprising the steps of: retrieving a set of concepts $\{C\}$under which d is shallowly classified; for each $c \in \{C\}$, deleting DID(d) from the shallow classification of c; for each ancestor of c, c included, deleting DID(d) from the deep classification of each ancestor; deleting an entry corresponding to DID(d) from the classification relation;

a reclassification of an existing document d, according to a different concept, said reclassification comprising the steps of: letting d be initially classified under a concept c, possibly null, c' being a new concept under which d must be classified, possibly null; if both c and c' are non-null, classifying d under c'; if c is null, additionally classifying d under c'; if c' is null, removing the original classification under c; if c is not null, eliminating DID(d) from the shallow classification of c; eliminating DID(d) from the deep classification of all ancestors c" of c, c included; eliminating c from the classification of d; if c' is not null, inserting DID(d) in the shallow classification of c', if the shallow classification of c exists;

inserting DID(d) in the deep classification of all ancestors c" of c, c included; inserting c' in the classification of d.

7. The process according to claim 1, wherein said deep and shallow classifications are physically stored as uncompressed or compressed bit vectors, and a counting of documents in a result of logic operations on bit vectors is performed through a constant table V whose size is $2^n$, whose element V[i] contains a number of bits at 1 in binary number i, and processing the uncompressed form of the bit vector n bits at a time, adding to a counter for every group j of n bits, whose binary value is v', an amount V[v'].

8. The process according to claim 1, wherein said classification is implicitly stored as virtual concepts in external structures, said virtual concepts being concepts for which neither actual sons, that are actual values of a domain to be represented, nor an actual classification are stored, but instead are computed, said virtual concept being able to be a simple virtual concept, which is completely described by four abstract operations:

V1: given a virtual concept v, retrieve all its sons;

V2: given a virtual concept v, retrieve its deep classification;

V3: given the son s of a virtual concept v, retrieve its deep classification; and

V4: given a document d, find all the terminal concepts, descendants of v, under which it is classified;

said abstract operations being implemented based on two abstract relations, for each virtual concept v: a relation $S_v$, which stores a set of documents for each value in a domain of values of the virtual concept; and its inver-

**22**

sion $C_v$, optionally stored, which stores a set of values for each document classified under said virtual concept;

said virtual concept being configured to be a derived virtual concept, which refers to said two abstract relations, with additional restrictions;

additional information being kept in the intension, for each concept, to describe its type; for each simple virtual concept to address said S, and said optional $C_v$ relation; for each derived virtual concept to address said two abstract relations and a restriction to apply to its base relations ($S_v$ and $C_v$).

9. The process according to claim 8, wherein said process accounts for an age of documents implicitly by means of virtual concepts, or by a lazy reclassification of a minimum number of concepts, a representation of time-varying concepts by virtual concepts being characterized in that the time-varying concepts, whose value is represented by abstract timestamps, can be represented by a virtual concept, representing with T the timestamp value of the current time, sons of said time-varying concept V being retrieved through an abstract query that selects all unique T-values in $C_v$ where T is a current time, the deep classification of said time-varying concept V being retrieved through an abstract query that selects all unique DIDs from $C_v$, the classification of a son s of said time-varying concept V being retrieved through an abstract query that selects all unique DIDs in $C_v$ with value=T−s, where T is the current time, in the lazy evaluation of time-varying concepts, the time-varying concepts being split into N intervals, from more recent to older, which are stored as real concepts, for each interval I, the following being kept:

(a) a list L(I) of DIDs in an interval ordered by decreasing timestamps,

(b) an interval representative of IR(I), a last DID in the interval together with its timestamp,

(c) a classification criterion for the interval,

the classification of documents being periodically recomputed, for each interval I, by reclassifying IR(I) if IR(I) needs reclassification and setting IR(I) as the last DID in the ordered list (a), and deleting R(I) DID from I, while iteratively inserting IR(I) in interval i+1 to N if IR(I) meets a classification criterion for interval i.

10. The process according to claim 1, wherein said dynamic taxonomy is used to represent data represented by a single view on an external database, the documents corresponding to tuples, rows, records, or objects, in a view V, and, in order to identify a document, a candidate key of the view being used as document identifier (DID) or two abstract relations being kept for mapping system-generated DIDs to and from a primary key PK of the view, a taxonomy T for V being able to be constructed by inserting concepts of interest for V in the taxonomy, each concept C being associated to a boolean clause B(C, t), where t denotes a tuple, said boolean clause being able to reference any attribute oft and returning true if and only if t must be classified under C, said concept C being a real concept or a virtual concept, said virtual concept using V itself for a synthesis of sons and extensions, wherein if said real concept represents an attribute A of V such that said boolean clause is true when $t.A \in S_c$, where $S_c$ is a subset of the domain of attribute A, the boolean clause is replaced, for a better performance, by a table listing, for each value v in domain(A), corresponding concepts under which t is to be classified, in order to create new taxonomic generalizations, if the sons of a new taxonomic generalization G are real concepts, no boolean clause for G being needed, a classification under G being automatically performed by an inser-

23

24

tion operation for a new document, a binding for real concepts requiring an insertion for any new tuple, a deletion if t is deleted or a reclassification if t is changed, said process, in order to classify t, locating a set C of concepts for which $B(c, t)$, $c \in C$ is satisfied and classifying t under $\forall c \in C$, and binding for virtual concepts is realized by operations of V itself.

**11**. The process according to claim **1**, wherein dynamic taxonomies are used in order to represent user profiles of interest to alert users for new interesting documents based on dynamic taxonomy profiles, said process further comprising the steps of:

- acquiring multiple conceptual expressions from a user, said conceptual expressions defining subjects in which the user is interested;
- accepting said conceptual expressions by a monitoring system;
- coupling, by said monitoring system, an abstract user address, to which alerts are to be sent, to said conceptual expressions;
- monitoring, by said monitoring system, an information base for changes performed thereto, said information base being described by the same taxonomy used by users to express their interests;
- when a change occurs in the information base, finding, by said monitoring system, the users to be alerted based on their interests;
- dynamic taxonomy concepts being used to realize said monitoring step, for said dynamic taxonomy concepts additional expressions, being composed by AND with taxonomic expressions, and being solved, if required, after a corresponding taxonomic expression is satisfied, a checking step whether a document d satisfies a user specification S being performed by applying a query specified in S to a set {d} and checking whether d is retrieved, if specifications only comprise conjunction operations and document classification is only under terminal concepts, two abstract storage structures being used:
- a directory of specifications (SD) relating SID and N, SPEC, where SID is an abstract identifier which uniquely identifies the specification, SPEC is the specification itself, N is a number of concepts referenced in the specification;
- a specification inversion (SI), relating CID and SID, listing for each concept, represented by its concept identifier, all specifications represented by their specification ID using the concept
- wherein, when a specification is created, its abstract identifier is created, its directory entry being created in SD and a set of concepts referenced in the specification being stored in an inversion SI, while, when a document d is changed, C being a set of concepts under which d is classified, a set of specifications that apply to d being found as follows: K being a set of concepts used to classify document d, for each concept k in K, SID(k) is a list of specifications for k, accessible through relation SI, ordered by increasing specification ID's; defining MergeCount(K) as a set composed of pairs (SID, N) such that SID is in MergeCount (K) if SID belongs to a SID (k), k in K; if a pair (SID, N) is in MergeCount(K), N counts a number of SID(k) referencing SID; if S is an initially empty set, which represents a set of specifications satisfied by d, for each pair (SID, N), retrieving SID N from SD; if SD N=N: S=S union SID, when there are specifications using

unrestricted set operations, S, represented by SID(S), being a specification and the following steps being used:

- transforming S in disjunctive normal form as a disjunction of conjunctions, each conjunctive clause in S being called a component of S, SIDi(S) denoting the i-th component of S;
- storing a directory of specifications as two abstract relations: SD, omitting N, and SCD, relating COMPONENT and SDI, N, where COMPONENT stores components of specifications, COMPONENT.SDI represents a specification ID of specification S of which COMPONENT is a component, and COMPONENT.N is a number of concepts referenced in the component;
- storing a specification inversion as relation (SI) between CID and CID.COMPONENT, where CID is a concept identifier and CID.COMPONENT is a set of components referencing the concept identified by CID;
- with K being the set of concepts used to classify document d, for each concept k in K, COMPONENT (k) is a list of components for k, accessible through relation SI, ordered by increasing component ID's;
- defining ComponentMergeCount(K) as a set composed of pairs (COMPONENT, N) such that COMPONENT is in ComponentMergeCount(K) if COMPONENT belongs to a COMPONENT(k), k in K;
- if a pair (COMPONENT, N) is in ComponentMergeCount (K), N counting the number of COMPONENT(k) referencing COMPONENT;
- with S being a set initially empty, for each pair (COMPONENT, N), retrieving COMPONENT.N through relation SCD;
- if COMPONENT N=N: S=S union COMPONENT.SID, S representing a set of specifications satisfied by d; the modification of a specification inversion SI comprising the steps of:
  - if a specification or component Z references concept C, represented by CID(C) then:
    - if C is a terminal concept:
- CID(C).SID=CID(C).SID union Z, if Z is a specification,
- CID(C).COMPONENT=CID(C).COMPONENT union Z, if Z is a component
  - if C is a non-terminal concept, for each k in $C^{down}$ (C):
- CID(k).SID=CID (k).SID union Z, if Z is a specification,
- CID(k).COMPONENT=CID(k).COMPONENT union Z, if Z is a component,

the specifications satisfied by a set of documents D whose cardinality is greater than 1 being computed by applying previous techniques without modifications to every document d in D, then removing possible duplicate specifications; or being computed by: defining as K a set of concepts used to classify D; applying an adequate technique among the described ones; and determining a set S of candidate specifications, every specification s in S being then checked by performing it on D.

**12**. The process according to claim **1**, wherein the reduced taxonomy is totally computed in a single step, wherein RI is a set of concepts in the reduced taxonomy, RI being computed by applying said testing operation, for each concept C in the intension, and further in that said operation is speeded up through the steps of:

- initializing a table S of size I, where I is a number of concepts in the intension and S[i] holds information on a current status of concept i, initialized at pending;

US 7,340,451 B2

**25**                                              **26**

starting from uppermost levels, and continuing down in a tree, processing concept i;

if S[i] is empty, determining that i does not belong to RT, and continuing the processing with a next concept;

if S[i] is not empty, applying said testing operation to i; if said testing operation produces a non-empty intersection, determining that i belongs to RT; otherwise, determining that neither i nor any of its descendants belong to RT and setting to empty all S[j] in S, such that j is a descendant of i in the taxonomy, the descendants of I being either computed from the intension or being precomputed and stored in a table D, holding for each concept in the taxonomy a list of all concepts descending from it in the taxonomy, such a table being recomputed every time the intension changes

13. A method for retrieving items from electronic catalogs, for applications such as electronic commerce or electronic auctions, wherein retrieval is performed through visual queries on dynamic taxonomies, said dynamic taxonomies being a hierarchical organization of concepts, said concepts also comprising features such as price, items in said electronic catalogs being able to be classified under different concepts, said items and their classification being called an extension, said method comprising:

displaying a taxonomy for said retrieval;

selecting a subset of interest of said taxonomy in order to refine said retrieval, said subset of interest being specified by selecting taxonomy concepts and combining said taxonomy concepts through boolean operations, or being specified through querying methods, said querying methods retrieving classified items according to different selection criteria;

displaying a reduced taxonomy for said selected subset of interest, said reduced taxonomy being derived from said taxonomy by eliminating from the extension of said taxonomy all items not in said selected subset of interest and pruning concepts under which no item in said selected subset of interest is classified; and

iteratively repeating said steps of selecting a subset and of displaying a reduced taxonomy to further refine said retrieval,

wherein:

said hierarchical organization of concepts for said electronic catalogs comprises a set of features, each of said features being a descendant concept of the root concept of said organization, each of said features having as descendants in the taxonomy a set of concepts, each concept in said set of concepts representing either a single value or a set of values for said feature;

said items in said electronic catalogs are classified, for each said feature, under zero or more concepts representing either a single value or a set of values for that feature;

said step of displaying a reduced taxonomy either reports only the concepts belonging to the reduced taxonomy or, for each such concept also reports how many items in the interest set are classified under the concept; and

said step of pruning of concepts includes eliminating from the taxonomy the concepts under which no item in the selected subset of interest is classified, or preventing such concepts from being selected in order to specify interest sets.

14. A method for retrieving association rules in data mining applications, wherein retrieval is performed through visual queries on dynamic taxonomies, said dynamic taxonomies being an organization of concepts that ranges from a most general concept to a most specific concept, said concepts and their generalization or specialization relationships being an intension, items in said applications being able to be classified under different concepts, said items and their classification being called an extension, said method comprising:

displaying a taxonomy for said retrieval;

selecting a subset of interest of said taxonomy in order to refine said retrieval, said subset of interest being specified by selecting taxonomy concepts and combining taxonomy concepts through boolean operations, said selected concepts combined through boolean operations being a focus;

displaying a reduced taxonomy for said selected subset of interest, said reduced taxonomy being derived from said taxonomy by eliminating from the extension of said taxonomy all items not in said selected subset of interest and pruning concepts under which no item in said selected subset of interest is classified; and

iteratively repeating said steps of selecting a subset and of displaying a reduced taxonomy to further refine said retrieval,

wherein:

said step of pruning of concepts includes eliminating from the taxonomy the concepts under which no item in the selected subset of interest is classified, or preventing said concepts from being selected in order to specify interest sets;

said intension is organized as a hierarchy of concepts or as a directed acyclic graph of concepts, thereby allowing a concept to have multiple fathers;

each of said association rules defines a probabilistic correlation relationship between the antecedent, said antecedent being a subset of the extension, and the consequent, said consequent being a subset of the extension disjoint from said antecedent;

for each concept in said reduced taxonomy, two association rules exist, the first association rule having the focus of said reduced taxonomy as the antecedent of said association rule and having said concept in the reduced taxonomy as the consequent of said association rule, the second association rule having said concept in the reduced taxonomy as the antecedent of said association rule and having the focus of said reduced taxonomy as the consequent of said association rule;

in said step of displaying a reduced taxonomy, for an association rule in the reduced taxonomy, a measure of confidence is displayed, said measure of confidence being computed as the ratio between the number of items in the intersection of the antecedent and consequent of said association rule over the number of items in the antecedent of said association rule;

in said step of displaying a reduced taxonomy, for an association rule in the reduced taxonomy, a measure of support is displayed, said support being expressed as the number of items in the intersection of the antecedent and consequent of said association rule over the total number of items, or said measure is not displayed; and

in said step of displaying a reduced taxonomy, for an association rule in the reduced taxonomy, a measure of the statistical significance of how the subordinate probability of the consequent of said association rule with respect to the antecedent of said association rule deviates from independence of said consequent and antecedent of said association rule, is displayed or said measure is not displayed.

US 7,340,451 B2

27

28

**15**. A method for retrieving information on large hetero-geneous databases, wherein information retrieval is per-formed through visual queries on dynamic taxonomies, said dynamic taxonomies being an organization of concepts that ranges from a most general concept to a most specific concept, said concepts and their generalization or special-ization relationships being an intension, items in said data-bases being able to be classified under different concepts, said items and their classification being called an extension, said method comprising;

    displaying a taxonomy for said retrieval;

    selecting a subset of interest of said taxonomy in order to refine said retrieval, said subset of interest being speci-fied by selecting taxonomy concepts and combining the taxonomy concepts through boolean operations or being specified through querying methods, said query-ing methods retrieving classified items according to different selection criteria;

    displaying a reduced taxonomy for said subset of interest, said reduced taxonomy being derived from said tax-onomy by eliminating from the extension of said tax-onomy all items not in said selected subset of interest and by pruning concepts under which no item in said selected subset of interest is classified; and

    iteratively repeating said steps of selecting a subset of interest and of displaying a reduced taxonomy to fur-ther refine said retrieval,

wherein:

    said step of pruning of concepts includes eliminating from the taxonomy all the concepts under which no item in the selected subset of interest is classified, or prevent-ing said concepts from being selected in order to specify interest sets;

    said step of displaying a reduced taxonomy either reports only the concepts belonging to the reduced taxonomy or, for each such concept also reports how many items in the interest set are classified under the concept;

    said intension is organized as a hierarchy of concepts or as a directed acyclic graph of concepts, thereby allow-ing a concept to have multiple fathers;

    items in said classification are classified manually, pro-grammatically, or automatically; and

    said method is able to reconstruct relationships among concepts based on the classification, a relationship between any two concepts existing if at least one item is classified (1) under a first concept or any descendants of the first concept, and (2) under a second concept, or any descendants of the second concept.

\*   \*   \*   \*   \*

# U.S. Patent No. 7,340,451

Infringement of U.S. Patent No.

7,340,451

by

www.Newegg.com



**newegg.com**®

## (12) United States Patent
### Sacco

(10) Patent No.: **US 7,340,451 B2**
(45) Date of Patent: **Mar. 4, 2008**

(54) **DYNAMIC TAXONOMY PROCESS FOR BROWSING AND RETRIEVING INFORMATION IN LARGE HETEROGENEOUS DATA BASES**

(76) Inventor: **Giovanni Maria Sacco**, Via Fratelli Robecchi 21, Turin (IT) I-10138

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 455 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/819,946**

(22) Filed: **Apr. 8, 2004**

(65) **Prior Publication Data**
US 2004/0193582 A1 Sep. 30, 2004

**Related U.S. Application Data**

(63) Continuation of application No. 09/668,150, filed as application No. PCT/IT99/00392 on Dec. 2, 1999, now Pat. No. 6,763,349.

(30) **Foreign Application Priority Data**
Dec. 16, 1998 (IT) ............ TO98A1040

(51) **Int. Cl.**
**G06F 7/00** (2006.01)

(52) **U.S. Cl.** ............ 707/3; 707/2; 707/7; 707/102; 707/101; 707/100; 707/104.1

(58) **Field of Classification Search** ........ 707/100, 707/3, 707/102, 707/101, 707/7, 709/200; 707/104.1

See application file for complete search history.

(56) **References Cited**
U.S. PATENT DOCUMENTS
5,664,740 A 7/1997 Keola

FOREIGN PATENT DOCUMENTS
EP 0 694 870 1/1996

OTHER PUBLICATIONS

(57) **ABSTRACT**

A version is disclosed for retrieving information in large heterogeneous data bases, wherein information retrieval through visual sparsing/browsing is supported by deriving interactively the proper corresponding terms by showing a complete taxonomy for the renewal, refining the correspondence by selecting concepts in the taxonomy that is performed by selecting concepts in the taxonomy reduced (customizes for the selected set, and further refining the reduced set through successive iterations of the refining and drawing steps.

18 Claims, 1 Drawing Sheet

This document contains information being disclosed as part of settlement discussions. It should be understood that neither the document nor its contents can be used in any litigation for any purpose and that this document will be treated as coming under Fed.R.Evid. 408.

# U.S. Patent No. 7,340,451 - Claim 13

13. A method for retrieving items from electronic catalogs, for applications such as electronic commerce or electronic auctions, wherein retrieval is performed through visual queries on dynamic taxonomies, said dynamic taxonomies being a hierarchical organization of concepts, said concepts also comprising features such as price, items in said electronic catalogs being able to be classified under different concepts, said items and their classification being called an extension, said method comprising:

displaying a taxonomy for said retrieval;

selecting a subset of interest of said taxonomy in order to refine said retrieval, said subset of interest being specified by selecting taxonomy concepts and combining said taxonomy concepts through boolean operations, or being specified through querying methods, said querying methods retrieving classified items according to different selection criteria.

displaying a reduced taxonomy for said selected subset of interest, said reduced taxonomy being derived from said taxonomy by eliminating from the extension of said taxonomy all items not in said selected subset of interest and pruning concepts under which no item in said selected subset of interest is classified;

and iteratively repeating said steps of selecting a subset and of displaying a reduced taxonomy to further refine said retrieval.

wherein:

said hierarchical organization of concepts for said electronic catalogs comprises a set of features, each of said features being a descendant concept of the root concept of said organization, each of said features having as descendants in the taxonomy a set of concepts, each concept in said set of concepts representing either a single value or a set of values for said feature;

said items in said electronic catalogs are classified, for each said feature, under zero or more concepts representing either a single value or a set of values for that feature;

said step of displaying a reduced taxonomy either reports only the concepts belonging to the reduced taxonomy or, for each such concept also reports how many items in the interest set are classified under the concept;

and said step of pruning of concepts includes eliminating from the taxonomy the concepts under which no item in the selected subset of interest is classified, or preventing such concepts from being selected in order to specify interest sets.

Newegg.com is an electronic commerce website. A Newegg.com user retrieves items from its electronic catalog by performing visual queries on a dynamic taxonomy. A dynamic taxonomy is a hierarchical organization of concepts. A The items in the Newegg.com electronic catalog are classified under different concepts.



User displays root concepts on Newegg.com homepage.

This document contains information being disclosed as part of settlement discussions. It should be understood that neither the document nor its contents can be used in any litigation for any purpose and that this document will be treated as coming under Fed.R.Evid. 408.

# U.S. Patent No. 7,340,451 - Claim 13

13. A method for retrieving items from electronic catalogs, for applications such as electronic commerce or electronic auctions, wherein retrieval is performed through visual queries on dynamic taxonomies, said dynamic taxonomies being a hierarchical organization of concepts, said concepts also comprising features such as price, items in said electronic catalogs being able to be classified under different concepts, said items and their classification being called an extension, said method comprising:

displaying a taxonomy for said retrieval;

selecting a subset of interest of said taxonomy in order to refine said retrieval, said subset of interest being specified by selecting taxonomy concepts and combining said taxonomy concepts through boolean operations, or being specified through querying methods, said querying methods retrieving classified items according to different selection criteria;

displaying a reduced taxonomy for said selected subset of interest, said reduced taxonomy being derived from said taxonomy by eliminating from the extension of said taxonomy all items not in said selected subset of interest and pruning concepts under which no item in said selected subset of interest is classified;

and iteratively repeating said steps of selecting a subset and of displaying a reduced taxonomy to further refine said retrieval.

wherein:

said hierarchical organization of concepts for said electronic catalogs comprises a set of features, each of said features being a descendant concept of the root concept of said organization, each of said features having as descendants the taxonomy a set of concepts, each concept in said set of concepts representing either a single value or a set of values for said feature;

said items in said electronic catalogs are classified, for each said feature, under zero or more concepts representing either a single value or a set of values for that feature;

said step of displaying a reduced taxonomy either reports only the concepts belonging to the reduced taxonomy or, for each such concept also reports how many items in the interest set are classified under the concept;

and said step of pruning of concepts includes eliminating from the taxonomy the concepts under which no item in the selected subset of interest is classified, or preventing such concepts from being selected in order to specify interest sets.

The user displays a taxonomy for retrieving items on his or her computer screen by visiting the Newegg.com website.



Taxonomy for retrieving items.

This document contains information being disclosed as part of settlement discussions. It should be understood that neither the document nor its contents can be used in any litigation for any purpose and that this document will be treated as coming under Fed.R.Evid. 408.

3

# U.S. Patent No. 7,340,451 - Claim 13

13. A method for retrieving items from electronic catalogs, for applications such as
electronic commerce or electronic auctions, wherein retrieval is performed
through visual queries on dynamic taxonomies, said dynamic taxonomies
being a hierarchical organization of concepts, said concepts also comprising
features such as price, items in said electronic catalogs being able to be
classified under different concepts, said items and their classification being
called an extension, said method comprising:

displaying a taxonomy for said retrieval;

selecting a subset of interest of said taxonomy in order to refine said retrieval, said
subset of interest being specified by selecting taxonomy concepts and
combining said taxonomy concepts through boolean operations, or being
specified through querying methods, said querying methods retrieving
classified items according to different selection criteria;

displaying a reduced taxonomy for said selected subset of interest, said reduced
taxonomy being derived from said taxonomy by eliminating from the
extension of said taxonomy all items not in said selected subset of interest
and pruning concepts under which no item in said selected subset of interest
is classified;

and iteratively repeating said steps of selecting a subset and of displaying a
reduced taxonomy to further refine said retrieval,

wherein:

said hierarchical organization of concepts for said electronic catalogs comprises a
set of features, each of said features being a descendant concept of the root
concept of said organization, each of said features having as descendants in
the taxonomy a set of concepts, each concept in said set of concepts
representing either a single value or a set of values for said feature;

said items in said electronic catalogs are classified, for each said feature, under
zero or more concepts representing either a single value or a set of values
for that feature;

said step of displaying a reduced taxonomy either reports only the concepts
belonging to the reduced taxonomy or, for each such concept also reports
how many items in the interest set are classified under the concept;

and said step of pruning of concepts includes eliminating from the taxonomy the
concepts under which no item in the selected subset of interest is classified,
or preventing such concepts from being selected in order to specify interest
sets.

The user refines the retrieval by selecting a subset of interest.



The user selects the subset of interest
Manufacturer-Hewlett-Packard.

This document contains information being disclosed as part of settlement discussions. It
should be understood that neither the document nor its contents can be used in any litigation
for any purpose and that this document will be treated as coming under Fed R. Evid. 408.

4

# U.S. Patent No. 7,340,451 - Claim 13

Alternatively, the user can use the "Advanced Search" toolbar to specify the subset by querying Hewlett-Packard.

13. A method for retrieving items from electronic catalogs, for applications such as electronic commerce or electronic auctions, wherein retrieval is performed through visual queries on dynamic taxonomies, said dynamic taxonomies being a hierarchical organization of concepts, said concepts also comprising features such as price, items in said electronic catalogs being able to be classified under different concepts, said items and their classification being called an extension, said method comprising:

displaying a taxonomy for said retrieval;

selecting a subset of interest of said taxonomy in order to refine said retrieval, said subset of interest being specified by selecting taxonomy concepts and combining said taxonomy concepts through boolean operations, or being specified through querying methods, said querying methods retrieving classified items according to different selection criteria;

displaying a reduced taxonomy for said selected subset of interest, said reduced taxonomy being derived from said taxonomy by eliminating from the extension of said taxonomy all items not in said selected subset of interest and pruning concepts under which no item in said selected subset of interest is classified;

and iteratively repeating said steps of selecting a subset and of displaying a reduced taxonomy to further refine said retrieval,

wherein:

said hierarchical organization of concepts for said electronic catalogs comprises a set of features, each of said features being a descendant concept of the root concept of said organization, each of said features having as descendants in the taxonomy a set of concepts, each concept in said set of concepts representing either a single value or a set of values for said feature;

said items in said electronic catalogs are classified, for each said feature, under zero or more concepts representing either a single value or a set of values for that feature;

said step of displaying a reduced taxonomy either reports only the concepts belonging to the reduced taxonomy or, for each such concept also reports how many items in the interest set are classified under the concept;

and said step of pruning of concepts includes eliminating from the taxonomy the concepts under which no item in the selected subset of interest is classified, or preventing such concepts from being selected in order to specify interest sets.



This document contains information being disclosed as part of settlement discussions. It should be understood that neither the document nor its contents can be used in any litigation for any purpose and that this document will be treated as coming under Fed.R.Evid. 408.

# U.S. Patent No. 7,340,451 - Claim 13

13. A method for retrieving items from electronic catalogs, for applications such as electronic commerce or electronic auctions, wherein retrieval is performed through visual queries on dynamic taxonomies, said dynamic taxonomies being a hierarchical organization of concepts, said concepts also comprising features such as price, items in said electronic catalogs being able to be classified under different concepts, said items and their classification being called an extension, said method comprising:

displaying a taxonomy for said retrieval;

selecting a subset of interest of said taxonomy in order to refine said retrieval, said subset of interest being specified by selecting taxonomy concepts and combining said taxonomy concepts through boolean operations, or being specified through querying methods, said querying methods retrieving classified items according to different selection criteria;

displaying a reduced taxonomy for said selected subset of interest, said reduced taxonomy being derived from said taxonomy by eliminating from the extension of said taxonomy all items not in said selected subset of interest and pruning concepts under which no item in said selected subset of interest is classified;

and iteratively repeating said steps of selecting a subset and of displaying a reduced taxonomy to further refine said retrieval.

wherein:

said hierarchical organization of concepts for said electronic catalogs comprises a set of features, each of said features being a descendant concept of the root concept of said organization, each of said features having as descendants in the taxonomy a set of concepts, each concept in said set of concepts representing either a single value or a set of values for said feature;

said items in said electronic catalogs are classified, for each said feature, under zero or more concepts representing either a single value or a set of values for that feature;

said step of displaying a reduced taxonomy either reports only the concepts belonging to the reduced taxonomy or, for each such concept also reports how many items in the interest set are classified under the concept;

and said step of pruning of concepts includes eliminating from the taxonomy the concepts under which no item in the selected subset of interest is classified, or preventing such concepts from being selected in order to specify interest sets.

The user displays a reduced taxonomy for retrieving items on his or her computer screen by selecting the subset of interest Manufacturer>Hewlett-Packard.

Original taxonomy                    Reduced taxonomy



This document contains information being disclosed as part of settlement discussions. It should be understood that neither the document nor its contents can be used in any litigation for any purpose and that this document will be treated as coming under Fed.R.Evid. 408.

# U.S. Patent No. 7,340,451 - Claim 13

13. A method for retrieving items from electronic catalogs, for applications such as electronic commerce or electronic auctions, wherein retrieval is performed through visual queries on dynamic taxonomies, said dynamic taxonomies being a hierarchical organization of concepts, said concepts also comprising features such as price, items in said electronic catalogs being able to be classified under different concepts, said items and their classification being called an extension, said method comprising:

displaying a taxonomy for said retrieval;

selecting a subset of interest of said taxonomy in order to refine said retrieval, said subset of interest being specified by selecting taxonomy concepts and combining said taxonomy concepts through boolean operations, or being specified through querying methods, said querying methods retrieving classified items according to different selection criteria;

displaying a reduced taxonomy for said selected subset of interest, said reduced taxonomy being derived from said taxonomy by eliminating from the extension of said taxonomy all items not in said selected subset of interest and pruning concepts under which no item in said selected subset of interest is classified;

and iteratively repeating said steps of selecting a subset and of displaying a reduced taxonomy to further refine said retrieval.

wherein:

said hierarchical organization of concepts for said electronic catalogs comprises a set of features, each of said features being a descendant concept of the root concept of said organization, each of said features having as descendants in the taxonomy a set of concepts, each concept in said set of concepts representing either a single value or a set of values for said feature;

said items in said electronic catalogs are classified, for each said feature, under zero or more concepts representing either a single value or a set of values for that feature;

said step of displaying a reduced taxonomy either reports only the concepts belonging to the reduced taxonomy or, for each such concept also reports how many items in the interest set are classified under the concept;

and said step of pruning of concepts includes eliminating from the taxonomy the concepts under which no item in the selected subset of interest is classified, or preventing such concepts from being selected in order to specify interest sets.

The user iteratively repeats the sequence of selecting and displaying to further narrow down the results retrieved from the electronic catalog.

Original taxonomy     Reduced taxonomy     Further reduced taxonomy



This document contains information being disclosed as part of settlement discussions. It should be understood that neither the document nor its contents can be used in any litigation for any purpose and that this document will be treated as coming under Fed.R.Evid. 408.

7

# U.S. Patent No. 7,340,451 - Claim 13

13. A method for retrieving items from electronic catalogs, for applications such as
electronic commerce or electronic auctions, wherein retrieval is performed
through visual queries on dynamic taxonomies, said dynamic taxonomies
being a hierarchical organization of concepts, said concepts also
comprising features such as price, items in said electronic catalogs being
able to be classified under different concepts, said items and their
classification being called an extension, said method comprising:

displaying a taxonomy for said retrieval;

selecting a subset of interest of said taxonomy in order to refine said retrieval, said
subset of interest being specified by selecting taxonomy concepts and
combining said taxonomy concepts through boolean operations, or being
specified through querying methods, said querying methods retrieving
classified items according to different selection criteria.

displaying a reduced taxonomy for said selected subset of interest, said reduced
taxonomy being derived from said taxonomy by eliminating from the
extension of said taxonomy all items not in said selected subset of interest
and pruning concepts under which no item in said selected subset of
interest is classified.

and iteratively repeating said steps of selecting a subset and of displaying a
reduced taxonomy to further refine said retrieval,
wherein:

said hierarchical organization of concepts for said electronic catalogs comprises a
set of features, each of said features being a descendant concept of the
root concept of said organization, each of said features having as
descendants in the taxonomy a set of concepts, each concept in said set of
concepts representing either a single value or a set of values for said
feature;

said items in said electronic catalogs are classified, for each said feature, under
zero or more concepts representing either a single value or a set of values
for that feature;

said step of displaying a reduced taxonomy either reports only the concepts
belonging to the reduced taxonomy or, for each such concept also reports
how many items in the interest set are classified under the concept;

and said step of pruning of concepts includes eliminating from the taxonomy the
concepts under which no item in the selected subset of interest is classified
or preventing such concepts from being selected in order to specify interest
sets.

The hierarchical organization of concepts for Newegg.com's electronic
catalogs comprises a set of features. These features are descendant
concepts of the root concept and each feature has, as its descendant,
a set of concepts.  Each concept in this set of concepts represents
either a single value or set of values for the feature.



Concept
"Manufacturer" is a
feature of Desktop PCs

Concepts Hewlett-Packard,
iBUYPOWER, etc. represent
values of the feature
"Manufacturer."

This document contains information being disclosed as part of settlement discussions. It
should be understood that neither the document nor its contents can be used in any litigation
for any purpose and that this document will be treated as coming under Fed.R.Evid. 408.

8

# U.S. Patent No. 7,340,451 - Claim 13

13. A method for retrieving items from electronic catalogs, for applications such as electronic commerce or electronic auctions, wherein retrieval is performed through visual queries on dynamic taxonomies, said dynamic taxonomies being a hierarchical organization of concepts, said concepts also comprising features such as price, items in said electronic catalogs being able to be classified under different concepts, said items and their classification being called an extension, said method comprising:

displaying a taxonomy for said retrieval;

selecting a subset of interest of said taxonomy in order to refine said retrieval, said subset of interest being specified by selecting taxonomy concepts and combining said taxonomy concepts through boolean operations, or being specified through querying methods, said querying methods retrieving classified items according to different selection criteria.

displaying a reduced taxonomy for said selected subset of interest, said reduced taxonomy being derived from said taxonomy by eliminating from the extension of said taxonomy all items not in said selected subset of interest and pruning concepts under which no item in said selected subset of interest is classified.

and iteratively repeating said steps of selecting a subset and of displaying a reduced taxonomy to further refine said retrieval,

wherein:

said hierarchical organization of concepts for said electronic catalogs comprises a set of features, each of said features being a descendant concept of the root concept of said organization, each of said features having as descendants in the taxonomy a set of concepts, each concept in said set of concepts representing either a single value or a set of values for said feature;

said items in said electronic catalogs are classified, for each said feature, under zero or more concepts representing either a single value or a set of values for that feature;

said step of displaying a reduced taxonomy either reports only the concepts belonging to the reduced taxonomy or, for each such concept also reports how many items in the interest set are classified under the concept;

and said step of pruning of concepts includes eliminating from the taxonomy the concepts under which no item in the selected subset of interest is classified, or preventing such concepts from being selected in order to specify interest sets.

The items in the electronic catalogs are classified, for each feature, under either no concepts or some concepts. These concepts represent either a single value or a set of values for that feature.



Hewlett-Packard is a single value of the feature: Manufacturer. $300 – $400 is a set of values for the feature: Price.

This document contains information being disclosed as part of settlement discussions. It should be understood that neither the document nor its contents can be used in any litigation for any purpose and that this document will be treated as coming under Fed.R.Evid. 408.

9

# U.S. Patent No. 7,340,451 - Claim 13

13. A method for retrieving items from electronic catalogs, for applications such as electronic commerce or electronic auctions, wherein retrieval is performed through visual queries on dynamic taxonomies, said dynamic taxonomies being a hierarchical organization of concepts, said concepts also comprising features such as price, items in said electronic catalogs being able to be classified under different concepts, said items and their classification being called an extension, said method comprising:

displaying a taxonomy for said retrieval;

selecting a subset of interest of said taxonomy in order to refine said retrieval, said subset of interest being specified by selecting taxonomy concepts and combining said taxonomy concepts through boolean operations, or being specified through querying methods, said querying methods retrieving classified items according to different selection criteria;

displaying a reduced taxonomy for said selected subset of interest, said reduced taxonomy being derived from said taxonomy by eliminating from the extension of said taxonomy all items not in said selected subset of interest and pruning concepts under which no item in said selected subset of interest is classified;

and iteratively repeating said steps of selecting a subset and of displaying a reduced taxonomy to further refine said retrieval,

wherein:

said hierarchical organization of concepts for said electronic catalogs comprises a set of features, each of said features being a descendant concept of the root concept of said organization, each of said features having as descendants in the taxonomy a set of concepts, each concept in said set of concepts representing either a single value or a set of values for said feature;

said items in said electronic catalogs are classified, for each said feature, under zero or more concepts representing either a single value or a set of values for that feature;

said step of displaying a reduced taxonomy either reports only the concepts belonging to the reduced taxonomy or, for each such concept also reports how many items in the interest set are classified under the concept;

and said step of pruning of concepts includes eliminating from the taxonomy the concepts under which no item in the selected subset of interest is classified, or preventing such concepts from being selected in order to specify interest sets.

The user displays a reduced taxonomy on his or her computer screen, which either: (1) reports only the concepts belonging to the reduced taxonomy; or (2) for each such concept also reports how many items in the interest set are classified under the concept.

Original taxonomy

Reduced taxonomy



Concepts belonging to reduced taxonomy; each concept also reports how many items in the interest set are classified under that concept.

For example, the number of items in the interest set, Hewlett-Packard, and classified under the concept, Price>$300-$400 is reported as 7 items.

his document contains information being disclosed as part of settlement discussions. It iould be understood that neither the document nor its contents can be used in any litigation r any purpose and that this document will be treated as coming under Fed.R.Evid. 408.

10

# U.S. Patent No. 7,340,451 - Claim 13

13. A method for retrieving items from electronic catalogs, for applications such as electronic commerce or electronic auctions, wherein retrieval is performed through visual queries on dynamic taxonomies, said dynamic taxonomies being a hierarchical organization of concepts, said concepts also comprising features such as price, items in said electronic catalogs being able to be classified under different concepts, said items and their classification being called an extension, said method comprising:

displaying a taxonomy for said retrieval;

selecting a subset of interest of said taxonomy in order to refine said retrieval, said subset of interest being specified by selecting taxonomy concepts and combining said taxonomy concepts through boolean operations, or being specified through querying methods, said querying methods retrieving classified items according to different selection criteria;

displaying a reduced taxonomy for said selected subset of interest, said reduced taxonomy being derived from said taxonomy by eliminating from the extension of said taxonomy all items not in said selected subset of interest and pruning concepts under which no item in said selected subset of interest is classified,

and iteratively repeating said steps of selecting a subset and of displaying a reduced taxonomy to further refine said retrieval,

wherein:

said hierarchical organization of concepts for said electronic catalogs comprises a set of features, each of said features being a descendant concept of the root concept of said organization, each of said features having as descendants in the taxonomy a set of concepts, each concept in said set of concepts representing either a single value or a set of values for said feature;

said items in said electronic catalogs are classified, for each said feature, under zero or more concepts representing either a single value or a set of values for that feature;

said step of displaying a reduced taxonomy either reports only the concepts belonging to the reduced taxonomy or, for each such concept also reports how many items in the interest set are classified under the concept;

and said step of pruning of concepts includes eliminating from the taxonomy the concepts under which no item in the selected subset of interest is classified, or preventing such concepts from being selected in order to specify interest sets.

When the user selects a concept, concepts are pruned by: (1) eliminating concepts under which no item in that subset of interest is classified, or (2) preventing such concepts from being selected.

## Original taxonomy



## Reduced taxonomy

For example, the selection of Hewlett-Packard prunes the two concepts: "$100 - 200" and "$200 - $300", because no Hewlett-Packard items are classified under those concepts.

This document contains information being disclosed as part of settlement discussions. It should be understood that neither the document nor its contents can be used in any litigation for any purpose and that this document will be treated as coming under Fed.R.Evid. 408.

11

## LICENSE AGREEMENT

This License Agreement ("Agreement") is made as of March __, 2009 ("Effective Date") between Newegg, Inc., a Delaware corporation with its principal place of business in California ("Newegg") and 21 srl, a foreign company with its principal place of business in Italy ("21 srl"). As used herein, "Party" refers to either 21 srl or, and "Parties" refers to both 21 srl and Newegg collectively.

WHEREAS, Newegg seeks a non-exclusive license under all patents owned, controlled, or licensable by 21 srl, and to resolve any past, current or future disputes related thereto.

NOW, THEREFORE, in consideration of the above premises and the mutual covenants contained herein and other good and valuable consideration, the Parties hereby agree as follows:

## 1.0 DEFINITIONS.

1.1 "Licensed Product" means any product, service, devices, system, hardware, software, website or other offering that is designed, made, used, sold, offered for sale, leased, purchased, licensed or imported by or for Newegg or a Newegg Affiliate.

1.2 "21 srl Patents" means (i) all patents and patent applications (along with patents issuing thereon) in all jurisdictions worldwide that are, as of the date of this Agreement, assigned to, owned by, or controlled by 21 srl, or to which 21 srl has a right to assert a claim of infringement or to grant licenses, including without limitation U.S. Patent No. 7,340,451 and pending applications and (ii) any divisionals, continuations, continuations-in-part, reissues, reexaminations, utility models, foreign counterpart, parent or extension of any patent or application in this Paragraph, and any patent or patent application whose priority is based upon or in common with such.

1.3 "Affiliate" means, with respect to a corporation or other entity, any other corporation or entity that directly or indirectly controls, is controlled by, or is under common control with such corporation or entity. For purposes of this definition, "control" means the possession, directly or indirectly, of the power to direct or cause the direction of management or policies of a corporation or other entity whether through the ownership of voting securities, by contract or otherwise. No individual member of 21 srl, including specifically, Giovanni M. Sacco and Maria Teresa Grassi Mantelli, shall be deemed an Affiliate under this Agreement.

## 2.0 LICENSE AND RELEASE.

2.1 <u>License</u>. 21 srl, on behalf of itself and its successors and assigns, grants to Newegg and its Affiliates a nonexclusive, perpetual, irrevocable, fully paid-up, royalty-free, worldwide license under the 21 srl Patents to make, have made, use, purchase,

sell, offer for sale, license, lease, import, export, or otherwise dispose of Licensed Products, and to practice and have practiced any method in connection therewith.

2.2    Covenant.  21 srl, on behalf of itself, and its successors and assigns, hereby covenants not to sue Newegg and its Affiliates or its direct or indirect customers, users, licensees, distributors, retailers, or direct and indirect suppliers for infringement of the 21 srl Patents with respect to Licensed Products licensed above in Paragraph 2.1.

2.3    Release.  21 srl, on behalf of itself, its successors and assigns, hereby releases, acquits and forever discharges Newegg and its Affiliates (together with its predecessors, successors, agents, attorneys, insurers, servants, distributors, retailers, suppliers, employees, officers, directors, users and customers) from any and all actions, causes of action, claims or demands, liabilities, losses, damages, attorney fees, court costs, or any other form of claim or compensation for known and unknown acts of infringement of the 21 srl Patents that happened prior to the Effective Date, and covenants not to sue any released party on account of any such claim.

## 3.0    CONSIDERATION.

3.1    Within ten (10) business days of the Effective Date, or within ten (10) business days of the last signature set out below, whichever is later, Newegg will pay to 21 srl the sum of _____ United States Dollars ($_____ US).  Payment shall be made by electronic transfer of funds to 21 srl's attorneys, Niro, Scavone, Haller & Niro, and sent by wire transfer to:

> Northern Trust Company
> 50 South LaSalle Street
> Chicago, Illinois 60675
> ABA #071000152
> For the account of:
> Niro, Scavone, Haller & Niro Client Trust
> #0002721546
> Swift code:CNORUS44
> Tax I.D. No. 36-2863773

3.2    The payment of Paragraph 3.1 is made in accordance with the listings on Alexa.com based upon the revenues of Newegg applicable to use of its websites for direct sale of products and shall be the total compensation to 21 srl for the rights granted in this Agreement.  No additional payment will be made to 21 srl or any other party by Newegg, except as provided in Paragraph 6.2 below.

## 4.0    WARRANTIES.

4.1    Newegg and 21 srl warrant and represent that they are validly existing businesses and in good standing under the laws of the respective jurisdictions in which they have activities, and have the full power and authority to enter into this Agreement

and to perform their respective obligations hereunder and consummate the transactions contemplated herein.

4.2   Newegg warrants and represents that its current annual domestic revenues directly applicable to use of its websites do not exceed $_____ (U.S.).

4.3   21 srl represents and warrants that it does not directly or indirectly own or control, nor is it owned or controlled by or in common with, any other company or other entity that owns any patents or patent applications other than the 21 srl Patents.

4.4   21 srl represents and warrants to Newegg that: (a) it has all requisite legal right, power and authority to execute, deliver and perform this Agreement; (b) it owns the 21 srl Patents, and that no other third party, including but not limited to Giovanni M. Sacco, owns any right to recover for infringement of the 21 srl Patents by Newegg; and (c) it has not granted and will not grant any licenses or other rights, under the 21 srl Patents or otherwise, that would conflict with or prevent the licenses and rights granted to Newegg hereunder.   21 srl represents and warrants that there are no liens, conveyances, mortgages, assignments, encumbrances, or other agreements that would prevent or impair the full and complete exercise of the terms of this Agreement.

## 5.0   TERM AND TERMINATION.

5.1   This Agreement shall not be binding on the parties until it has been signed below by both parties, at which time it shall be deemed effective as of its Effective Date. The Agreement shall remain in full force and effect until the expiration of the last to expire of the 21 srl Patents.   At that time, the licenses, covenants, and releases of Section 2.0 shall remain in effect in perpetuity with respect to rights granted prior to the expiration.

5.2   This Agreement may only be terminated by mutual written agreement of the Parties.

## 6.0   ASSIGNABILITY.

6.1   This Agreement shall be binding upon, inure to the benefit of and be enforceable by the Parties and their successors and permitted assigns.

6.2   This Agreement is personal to Newegg and no rights under it or the license granted may be assigned, transferred or conveyed in any manner to any third party (including in a merger or other consolidation) without the prior express written consent of 21 srl, which consent may be withheld in its sole discretion.

## 7.0   CONFIDENTIALITY.

7.1   The terms of this Agreement are confidential.   The Parties shall keep terms and particulars of this Agreement strictly confidential and no Party shall now or hereafter disclose such terms and particulars to any third party except: (i) with the prior written consent of the other Party, (ii) as may be required by applicable law, regulation

- 3 -

or order of a governmental authority of competent jurisdiction, (iii) during the course of litigation so long as the disclosure of such terms and conditions is subject to the same restrictions as is the confidential information of the other litigating parties, such restrictions are embodied in a court-entered protective order limiting disclosure to outside counsel and such disclosing Party provides the other Party written notice at least ten (10) business days prior to such disclosure, (iv) in confidence to the professional legal and financial advisors representing such Party, or (v) in confidence to any party covered by the releases, licenses or covenants granted herein. With respect to the foregoing (ii), such disclosing Party shall, to the extent legally permissible, provide the other Party with prior written notice of such applicable law, regulation or order and, at the request of the other Party, use reasonable efforts to limit the disclosure of the terms and conditions of this Agreement, and to obtain a protective order or other confidential treatment.

7.2    Neither Party shall issue a press release or make any other public statement regarding this Agreement or the settlement of the Lawsuit, except that Newegg may make any statement it deems appropriate to satisfy its various public reporting obligations and 21 srl may privately advise other prospective licensees of the 21 srl Patents that Newegg is a licensee in accordance with the attached schedules.

## 8.0    NOTICES.

8.1    All notices required or permitted to be given hereunder shall be in writing and shall be deemed delivered (i) upon receipt if delivered by hand, (ii) the next business day after being sent by prepaid, nationally-recognized, overnight air courier, (iii) five (5) business days after being sent by registered or certified airmail, return receipt required, postage prepaid, or (iv) upon transmittal when transmitted by confirmed telecopy (provided that such notice is followed notice pursuant to any of (i) – (iii) above). All notices shall be addressed as follows:

For Newegg:


with a copy to:

For SRL:
Ms. Maria Teresa Grasi Mantelli
Amministratore Unico
21 srl
Via De Canis 3
1-14100 Asti (AT), Italy
mtmantelli@yahoo.it

with a copy to:
Raymond P. Niro, Jr.
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602
Fax:  (312) 236-3137

- 4 -

## 9.0   MISCELLANEOUS.

9.1   Nothing in this Agreement is intended or shall be deemed to constitute a partnership, agency, employer-employee, or joint venture relationship between the Parties. Neither Party shall incur any debts or make any commitments for the other. There is no fiduciary duty or special relationship of any kind between the Parties to this Agreement. Each Party expressly disclaims any reliance on any act, word, or deed of the other Party in entering into this Agreement.

9.2   If any portion of this Agreement is found to be invalid, illegal, or unenforceable for any reason, the remainder of the Agreement shall continue in force and, if needed, the parties or a court of competent jurisdiction shall substitute suitable provisions having like economic effect and intent.

9.3   This Agreement cannot be modified, terminated or amended in any respect orally or by conduct of the parties. Any termination, modification, or amendment may be made only by a writing signed by all parties.

9.4   This Agreement may be executed in any number of separate counterparts and will become fully binding upon the exchange of facsimile or electronic copies of the required signatures, each of which shall be deemed an original, but all of which, when taken together, shall constitute one and the same instrument.

9.5   Each party and counsel have reviewed and approved this Agreement, and accordingly any presumption or rule of construction permitting ambiguities to be resolved against the drafting party shall not be employed in the interpretation or application of this Agreement.

9.6   This Agreement sets forth the entire understanding of the parties with respect to the 21 srl Patents, and replaces any prior oral or written communications between them.

IN WITNESS WHEREOF, this Agreement has been duly executed by the Parties to be effective as of the Effective Date.

Newegg, Inc.                                    21 srl

By: _____        By:    Maria Teresa Grassi Mantelli
Its: _____        Its:    Amministratore Unico
Date:_____                     Date:_____

                                                      Giovanni M. Sacco

                                                      _____

                                                      Date:_____