# EXHIBIT 2

## NIRO, SCAVONE, HALLER & NIRO
### 181 WEST MADISON STREET - SUITE 4600
### CHICAGO, ILLINOIS 60602-4515
### TELEPHONE NO. (312) 236-0733
### FACSIMILE NO. (312) 236-3137

TO: Tally Liu

FROM: Raymond Niro Jr.

DATE: April 7, 2009

TOTAL NUMBER OF PAGES (including cover page): __2__

If you do not receive all of the pages, please call (312) 236-0733 and ask for Susan Swierk.

**COMMENTS:**

This facsimile transmission is intended only for the use of the individual to whom it is addressed. It may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. Dissemination or copying of this transmission by anyone other than the named recipient (or his/her agent) is strictly prohibited. If this facsimile has been sent to you in error, please contact the sender immediately at 1-800-659-0733.

## NIRO, SCAVONE, HALLER & NIRO

| | | |
|---|---|---|
| RAYMOND P. NIRO<br>TIMOTHY J. HALLER<br>WILLIAM L. NIRO<br>JOSEPH N. HOSTENY, III<br>ROBERT A. VITALE, JR.<br>PAUL K. VICKREY<br>DEAN D. NIRO<br>RAYMOND P. NIRO, JR.<br>PATRICK F. SOLON<br>ARTHUR A. GASEY<br>CHRISTOPHER J. LEE<br>DAVID J. SHEIKH<br>VASILIOS D. DOSSAS<br>SALLY WIGGINS<br>RICHARD B. MEGLEY, JR.<br>MATTHEW G. McANDREWS<br>LEE F. GROSSMAN | 181 WEST MADISON STREET-SUITE 4600<br>CHICAGO, ILLINOIS 60602-4635<br>———<br>TELEPHONE (312) 236-0733<br>FACSIMILE (312) 236-3137<br><br>This communication is part of settlement discussions and is subject to the provisions of **Rule 408, Fed.R.Evid.** | PAUL C. GIBBONS<br>GREGORY P. CASIMER<br>DOUGLAS M. HALL<br>DINA M. HAYES<br>FREDERICK C. LANEY<br>DAVID J. MAHALEK<br>KARA L. SZPONDOWSKI<br>ROBERT A. CONLEY<br>LAURA A. KENNEALLY<br>TAHITI ARSULOWICZ<br>BRIAN E. HAAN<br>JOSEPH A. CULIG<br>ANNA B. FOLGERS<br>———<br>OF COUNSEL:<br>THOMAS G. SCAVONE<br>JOHN C. JANKA |

April 7, 2009

Facsimile: (909) 395-8907

Tally C. Liu
Chairman and CEO
NEWEGG, INC.
16839 East Gale Avenue
City of Industry, CA 91745

  Re: Sacco United States Patent No. 7,340,451

Dear Mr. Liu:

  We are disappointed that you have not responded to our letter of March 4, 2009, offering to begin licensing discussions for Professor Giovanni Sacco's '451 patent.

  To date, the following companies have agreed to settlement and accepted a license under the '451 patent: Apple, Walgreens, OfficeMax, CDW Corp. and W.W. Grainger. We expect to conclude negotiations shortly with other major companies in the e-commerce marketplace as well. These agreements include rights not only to the '451 patent, but also the pending '451 continuation application, which we believe will issue with valuable and important claims in the area of dynamic taxonomy.

  If there is an interest in resolving this matter amicably, we need to hear back from you soon. Thank you for your prompt attention, and please let us know if there is any additional information that will assist in your timely evaluation.

            Sincerely,

            Raymond P. Niro, Jr.

RPNjr/sls