# EXHIBIT 3

**NIRO, SCAVONE, HALLER & NIRO**
**181 WEST MADISON STREET - SUITE 4600**
**CHICAGO, ILLINOIS 60602-4515**
**TELEPHONE NO. (312) 236-0733**
**FACSIMILE NO. (312) 236-3137**

TO: Mira Wolff

FROM: Raymond Niro Jr.

DATE: September 17, 2009 TIME: 11:39 AM

TOTAL NUMBER OF PAGES (including cover page): _____ **2** _____

If you do not receive all of the pages, please call (312) 236-0733 and ask for Susan Swierk.

**COMMENTS:**

This facsimile transmission is intended only for the use of the individual to whom it is addressed. It may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. Dissemination or copying of this transmission by anyone other than the named recipient (or his/her agent) is strictly prohibited. If this facsimile has been sent to you in error, please contact the sender immediately at 1-800-659-0733.

## NIRO, SCAVONE, HALLER & NIRO

RAYMOND P. NIRO
TIMOTHY J. HALLER
WILLIAM L. NIRO
JOSEPH N. HOSTENY, III
ROBERT A. VITALE, JR.
PAUL K. VICKREY
DEAN D. NIRO
RAYMOND P. NIRO, JR.
PATRICK F. SOLON
ARTHUR A. GASEY
CHRISTOPHER J. LEE
DAVID J. SHEIKH
VASILIOS D. DOSSAS
SALLY WIGGINS
RICHARD B. MEGLEY, JR.
MATTHEW G. McANDREWS
LEE F. GROSSMAN

181 WEST MADISON STREET–SUITE 4600

CHICAGO, ILLINOIS 60602–4635

———

TELEPHONE (312) 236–0733

FACSIMILE (312) 236–3137

PAUL C. GIBBONS
GREGORY P. CASIMER
DOUGLAS M. HALL
DINA M. HAYES
FREDERICK C. LANEY
DAVID J. MAHALEK
KARA L. SZPONDOWSKI
ROBERT A. CONLEY
LAURA A. KENNEALLY
TAHITI ARSULOWICZ
BRIAN E. HAAN
JOSEPH A. CULIG
ANNA B. FOLGERS

———

OF COUNSEL:
THOMAS G. SCAVONE
JOHN C. JANKA

This communication is part of settlement discussions
and is subject to the provisions of **Rule 408, Fed.R.Evid.**

September 17, 2009

**Facsimile: (626) 271-9483**

Mira Wolff, Esq.
Senior Corporate Counsel
NEWEGG, INC.
16839 East Gale Avenue
City of Industry, CA 91745

Re:     Sacco United States Patent No. 7,340,451

Dear Ms. Wolff:

We are writing in follow-up to our prior correspondence concerning Newegg's infringement of U.S. Patent No. 7,340,451, invented by Professor Giovanni Sacco of Torino, Italy.

In your letter of April 16, 2009, you indicated that Newegg is reviewing "the claims being made and will get back to [us] in the next few weeks." To date, we have not received any response. If there is an interest in resolving this matter amicably, we need to hear back from Newegg shortly.

Please be advised that the current list of licensees under the '451 patent now includes Apple, CDW, Dell, Office Depot, OfficeMax, Sears, W.W. Grainger and Walgreens. Our client remains willing to provide Newegg with the same relative terms as the others in the industry if agreement can be reached without further delay.

We also wanted to inform you that litigation was initiated on June 18, 2009 in the Northern District of Illinois against Enable Holdings/uBid, Best Buy, Dell and Lowe's, Case No. 1:09-cv-3667. The deadline to amend the pleadings is October 9, 2009, so it is important that you respond to this letter promptly.

Sincerely,

Raymond P. Niro, Jr.

RPNjr/sls