John N. Zarian (SBN 145080)
Brook B. Bond (SBN 144815)
Justin N. Stewart
ZARIAN MIDGLEY & JOHNSON PLLC
University Plaza
960 Broadway Ave., Ste. 250
Boise, Idaho 83706
Telephone: (208) 562-4900
Facsimile: (208) 562-4901
E-Mail: zarian@zarianmidgley.com

Mira S. Wolff (SBN 161672)
NEWEGG INC.
16839 E. Gale Avenue
City of Industry, CA 91745
Telephone: (626) 271-9700, x. 22032
Facsimile: (626) 271-9483
E-Mail: Mira.S.Wolff@newegg.com

Attorneys for Defendants
NEWEGG INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWEGG INC., a Delaware corporation,<br><br>        Plaintiff,<br>v.<br>21 srl, a foreign corporation,<br><br>        Defendant. | Case No. CV-09-7322 CAS (AJWx)<br><br>**DECLARATION OF JOHN N. ZARIAN IN SUPPORT OF MOTION TO ENJOIN**<br><br>**JURY TRIAL DEMANDED** |

I, JOHN N. ZARIAN, declare as follows:

    1.    I am a member of Zarian Midgley & Johnson, PLLC, counsel for Newegg Inc. ("Newegg") in this matter. I am duly licensed to practice law in the State of Idaho and the State of California.

2. I have personal knowledge of the matters set forth in this declaration, and, if called upon, could and would testify competently and truthfully to the facts set forth herein.

3. I am familiar with Newegg's Complaint for Declaratory Judgment filed in the instant litigation. I am also familiar with the complaint filed by 21srl ("Plaintiff" or "21srl") in the Northern District of Illinois. (A true and correct copy of 21srl's Complaint is attached hereto as Exhibit 1.)

4. On October 8, 2009, Newegg filed an action against 21srl in the United States District Court for the Central District of California, seeking a declaration that U.S. Patent No. 7,340,451 ("the '451 patent") is invalid and not infringed.

5. On October 9, 2009, by email, Newegg sent a courtesy copy of the summons and complaint to 21srl's litigation counsel in Chicago, asking whether counsel would accept service on behalf of 21srl. (A true and correct copy of the email is attached hereto as Exhibit 2.)

6. Ten days later, on October 19, 2009, 21srl's counsel sent an email to Newegg, representing they were not authorized to accept service. (A true and correct copy of the October 19, 2009 email is attached hereto as Exhibit 3.)

7. On October 20, 2009, the same litigation counsel who sent the foregoing email filed the complaint on behalf of 21srl in the Northern District of Illinois.

8. 21srl purports to be the owner of U.S. Patent No. 7,340,451 ("the '451 patent"), issued to Giovanni Sacco ("Sacco") on March 4, 2008.

9. The '451 patent was prosecuted by patent attorneys and/or patent agents working in or near Alexandria or Arlington, Virginia. (A true and correct copy of the Power of Attorney Document is attached hereto as Exhibit 4.)

10. On or about July 9, 2008, Sacco executed an assignment of interest in the '451 patent to 21srl. (A true and correct copy of the USPTO Patent Assignment Details is attached hereto as Exhibit 5.)

11. I understand that 21srl has granted numerous patent licenses to various U.S. companies, including Apple Computer, which is headquartered in Cupertino, California. (*See* Exhibit 1.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of November, 2009, at Chicago, Illinois.

_____
JOHN N. ZARIAN

ZARIAN MIDGLEY
ATTORNEYS AT LAW
BOISE, ID

Declaration of John N. Zarian in Support of Motion to Enjoin          3

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of November, 2009, I electronically filed the foregoing DECLARATION OF JOHN N. ZARIAN IN SUPPORT OF MOTION TO ENJOIN with the Clerk of the Court, using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Raymond P. Niro
Raymond P. Niro, Jr.
Brian E. Haan
Anna B. Folgers
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602 4515
Phone: (312) 236 0733
Fax: (312) 236 3137
rniro@nshn.com; rnirojr@nshn.com;
bhaan@nshn.com; afolgers@nshn.com

　　　　　　　　　　　　　　　　　　　*/s/ John N. Zarian*
　　　　　　　　　　　　　　　　　　　John N. Zarian