# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| 21 SRL,<br><br>            Plaintiff,<br><br>  v.<br><br>NEWEGG INC.,<br><br>            Defendant. | Civil Action No.<br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff 21 srl complains of Defendant, Newegg Inc., as follows:

1. This is a claim for patent infringement that arises under the patent laws of the United States, Title 35 of the United States Code. This Court has original jurisdiction over the subject matter of this claim under 28 U.S.C. §§ 1331 and 1338(a).

2. 21 srl is an Italian corporation that has a principal place of business at Via De Canis 3, I-14100 Asti (AT) Italy.

3. 21 srl owns and has standing to sue for infringement of United States Patent No. 7,340,451 B2 (the "'451 patent"), entitled "Dynamic Taxonomy Process for Browsing and Retrieving Information in Large Heterogeneous Data Bases," which issued on March 4, 2008.

4. Newegg Inc. ("Newegg") is a Delaware corporation with its principal place of business at 16839 E. Gale Avenue, City of Industry, CA 91745. Newegg operates and conducts business through the website newegg.com, among others.

5. This Court has personal jurisdiction over Newegg because, among other things, it transacts business in this judicial district, at least by operating and/or conducting business through the website newegg.com.com, among others, in such a way as to reach customers in

Illinois and this judicial district. Newegg has specifically committed acts of infringement in this judicial district.

6. Venue is proper in this district under 28 U.S.C. §§ 1391(b)-(d) and 1400(b).

7. Despite receiving notice, Newegg has infringed and continues to infringe at least claim 13 of the '451 patent by knowingly and actively inducing others to infringe, contributing to the infringement of others and/or aiding and abetting users' direct infringement through the use of the newegg.com and other websites. Newegg had knowledge of the '451 patent at the time it committed these acts of infringement and acted with the specific intent to induce, contribute to and/or aid and abet users' infringement.

8. 21 srl has complied with the provisions of 35 U.S.C. § 287.

9. Newegg's infringement, contributory infringement and/or inducement to infringe the '451 patent has been willful, deliberate and objectively reckless.

10. Newegg's knowing and intentional inducement to infringe, contributory infringement, and aiding and abetting of users' direct infringement through the use of its websites has injured 21 srl and 21 srl is entitled to recover damages adequate to compensate it for such infringement, but in no event less than a reasonable royalty.

11. Newegg's infringing activities have injured and will continue to injure 21 srl unless and until this Court enters an injunction prohibiting further infringement and, specifically, enjoining further inducement to infringe, contributory infringement, and aiding and abetting of users' direct infringement of the '451 patent.

WHEREFORE, Plaintiff 21 srl respectfully asks this Court to enter judgment against Newegg Inc., and against its subsidiaries, successors, parents, affiliates, officers, directors,

agents, servants, employees, and all persons in active concert or participation with them, granting the following relief:

    a.    The entry of judgment in favor of 21 srl and against Newegg;

    b.    An award of damages adequate to compensate 21 srl for the infringement that has occurred, but in no event less than a reasonable royalty as permitted by 35 U.S.C. § 284, together with prejudgment interest from the date the infringement began;

    c.    Increased damages as permitted under 35 U.S.C. § 284;

    d.    A finding that this case is exceptional and an award to 21 srl of its reasonable attorneys' fees and costs as provided by 35 U.S.C. § 285;

    e.    A permanent injunction prohibiting further infringement, inducement to infringe and/or contributory infringement of the '451 patent; and,

    f.    Such other relief that 21 srl is entitled to under law, and any other and further relief that this Court or a jury may deem just and proper.

## JURY DEMAND

21 srl demands a trial by jury on all issues presented in this Complaint.

Respectfully submitted,

/s/ Raymond P. Niro, Jr.
Raymond P. Niro
Raymond P. Niro, Jr.
Brian E. Haan
Anna B. Folgers
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602 4515
Phone: (312) 236 0733
Fax: (312) 236 3137
rniro@nshn.com; rnirojr@nshn.com;
bhaan@nshn.com; afolgers@nshn.com

Attorneys for Plaintiff, 21 srl

3