# EXHIBIT 3

# Jeff Parry

| | |
|---|---|
| **From:** | Swierk, Susan L [swierk@nshn.com] |
| **Sent:** | Monday, October 19, 2009 1:57 PM |
| **To:** | Julie Willie |
| **Cc:** | Haan, Brian; Folgers, Anna |
| **Subject:** | RE: Acceptance of Service on behalf of 21 srl |

Ms. Willie –

Thank you for providing a copy of the complaint filed against 21 srl in the Central District of California.

We are not authorized to accept service on behalf of 21 srl. Please call me if you have any questions.

Raymond


**Sent on Behalf of Raymond P. Niro, Jr.**
by Susan Swierk, legal assistant
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, IL 60602
(312) 236-0733
Fax: (312) 236-3137

---

> **From:** Julie Willie [mailto:willie@zarianmidgley.com]
> **Sent:** Friday, October 09, 2009 11:07 AM
> **To:** Niro, Raymond P; Niro, Raymond P Jr; Haan, Brian; Folgers, Anna
> **Cc:** John Zarian
> **Subject:** Acceptance of Service on behalf of 21 srl
>
> Counsel,
>
> Attached is a Complaint filed October 8, 2009 in the Central District of California numbered CV09-7322 CAS (AJWx) and entitled "NEWEGG INC. v 21 srl".
>
> Please indicate whether you are willing to accept service on behalf of Defendant 21 srl.
>
> Thank you.
>
> Julie Willie
> Senior Legal Assistant
>
> 
> *Intellectual Property Matters and Complex Litigation*
>
> **Zarian Midgley & Johnson PLLC**
> University Plaza
> 960 Broadway Ave., Suite 250
> Boise, ID 83706
> Direct: (208) 562-4850
> Main: (208) 562-4900

Fax: (208) 562-4901
Web: www.zarianmidgley.com



Zarian Midgley is a member of the MSI Global Alliance, www.msiglobal.org, an international association of independent legal and accounting firms with over 250 member firms in 100 countries.

*This message may contain information that is privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, please be advised that any disclosure, copying, distribution or use of this information is prohibited. If you have received this message in error, please notify the sender and delete the original message and all copies thereof immediately.  Thank you.*