# EXHIBIT 5

 United States Patent and Trademark Office 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Assignments on the Web** > **Patent Query**

## Patent Assignment Details
**NOTE: Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.**

| | | |
|---|---|---|
| **Reel/Frame:** 021217/0898 | | **Pages:** 2 |
| | **Recorded:** 07/11/2008 | |
| **Attorney Dkt #:** 329094US2SD | | |
| **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | | |

**Total properties: 2**

1  **Patent #:** 6763349   **Issue Dt:** 07/13/2004   **Application #:** 09868339   **Filing Dt:** 06/18/2001
   **Title:** DYNAMIC TAXONOMY PROCESS FOR BROWSING AND RETRIEVING INFORMATION IN LARGE HETEROGENEOUS DATA BASES

2  **Patent #:** 7340451   **Issue Dt:** 03/04/2008   **Application #:** 10819946   **Filing Dt:** 04/08/2004
   **Publication #:** US20040193593   **Pub Dt:** 09/30/2004
   **Title:** DYNAMIC TAXONOMY PROCESS FOR BROWSING AND RETRIEVING INFORMATION IN LARGE HETEROGENEOUS DATA BASES

**Assignor**
1  SACCO, GIOVANNI                                                                    **Exec Dt:** 07/09/2008

**Assignee**
1  21 SRL
   VIA DE CANIS 3
   1-14100 ASTI (AT), ITALY

**Correspondence name and address**
   OBLON, SPIVAK, MCCLELLAND MAIER & NEUSTA
   1940 DUKE STREET
   ALEXANDRIA, VA 22314

Search Results as of: 11/09/2009 04:00 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350.
Web interface last modified: October 18, 2008 v.2.0.2

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |