John N. Zarian (SBN 145080)
Brook B. Bond (SBN 144815)
Justin Stewart
ZARIAN MIDGLEY & JOHNSON PLLC
University Plaza
960 Broadway Ave., Ste. 250
Boise, Idaho 83706
Telephone: (208) 562-4900
Facsimile: (208) 562-4901
E-Mail: zarian@zarianmidgley.com

Mira S. Wolff (SBN 161672)
NEWEGG INC.
16839 E. Gale Avenue
City of Industry, CA 91745
Telephone: (626) 271-9700, x. 22032
Facsimile: (626) 271-9483
E-Mail: Mira.S.Wolff@newegg.com

Attorneys for Plaintiff
NEWEGG INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWEGG INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>21 sr1, a foreign corporation,<br><br>Defendant. | Case No. CV-09-7322 CAS (AJWx)<br><br>*Honorable Christina A. Snyder*<br><br>**[PROPOSED] ORDER ENJOINING 21 SRL IN LATER-FILED ACTION**<br><br>**JURY TRIAL DEMANDED** |

Upon Plaintiff's Motion to Enjoin 21 srl in Later-Filed Action, dated November 10, 2009, the Court, having considered the evidence and argument presented by both parties, and good cause appearing for Plaintiff's motion, the Court **HEREBY ORDERS**:

Defendant 21 srl and its respective officers, directors, employees, agents, attorneys, and all persons in active concert or participation with any of them are **HEREBY ENJOINED** from prosecuting the suit currently pending in the U.S.

District Court for the Northern District of Illinois, captioned 21 srl v. Newegg Inc., Case No. 1:09-cv-06590, or any other suits filed after October 8, 2009 against Newegg Inc. for alleged infringement of U.S. Patent No. 7,340,451.

**IT IS SO ORDERED.**

DATED: _____, 2009

                                                         Christina A. Snyder
                                                         United States District Judge

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of November, 2009, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will automatically send email notification of such filing to all counsel who have entered an appearance in this action.

*/s/ John N. Zarian*
John N. Zarian