UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-7322-CAS(AJWx) | Date | November 18, 2009 |
|---|---|---|---|
| Title | *NEWEGG, INC. v. 21 SRl* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS)

The court is in receipt of Plaintiff's Motion to Enjoin 21 SRL in Later-Filed Action filed November 10, 2009. The Court sets the following briefing schedule as follows:

Oppositions shall be filed on or before December 14, 2009;
Reply shall be filed on or before December 21, 2009;
Hearing is set on **January 4, 2010** at **10:00 a.m.**

Plaintiff is ordered to serve by personal service a copy of this minute order, plaintiff's motion and supporting documents on defendant forthwith. Thereafter, plaintiff shall file a proper proof of service.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |