David K. Caplan (Bar No. 181174)
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363
DCaplan@kmwlaw.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NEWEGG INC., <br><br> Plaintiff, <br><br> v. <br><br> 21 SRL, <br><br> Defendant. | Case No.: 2:09-cv-07322-CAS-AJW <br><br> **DECLARATION OF DAVID K. CAPLAN IN SUPPORT OF 21 SRL'S SPECIAL AND LIMITED APPEARANCE AND MOTION TO STRIKE PLAINTIFF'S MOTION TO ENJOIN** |

I, David Caplan, declare:

1.  I am an attorney duly licensed to practice law in the State of California and I am a member of the Bar of this Court. I am a partner of the firm Keats McFarland & Wilson LLP, attorney of record for specially appearing 21 SRL, the named defendant in this action. Except as otherwise stated herein, I have personal knowledge of the facts stated in this declaration and, if called upon to do so, I could and would competently testify thereto.

2.  Attached as Exhibit 1 hereto is a true and correct copy of the Memorandum Opinion and Order dated December 9, 2009, issued by Judge Darrah in 21 SRL v. Enable Holdings, Inc., Case No. 09-cv-03667 (N.D. Ill). I am informed and believe that Judge Darrah provided this unsigned copy to all parties at a hearing held that same day, and instructed counsel for 21 srl to inform this Court of the ruling.

3. Attached as Exhibit 2 hereto is a true and correct copy of 21 SRL's Response To Defendant's Motion to Transfer or Stay, filed in 21 SRL v. Newegg Inc., Case No. 09-cv-6590 on November 16, 2009.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 10, 2009   By: /s/
                                David Caplan

CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2009, I caused the foregoing:

SPECIAL AND LIMITED APPEARANCE AND MOTION TO STRIKE PLAINTIFF'S MOTION TO ENJOIN [DKT. 6]

NOTICE OF INTERESTED PARTIES

DECLARATION OF DAVID K. CAPLAN IN SUPPORT OF 21 SRL'S SPECIAL AND LIMITED APPEARANCE AND MOTION TO STRIKE PLAINTIFF'S MOTION TO ENJOIN

To be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

| | |
|---|---|
| John N. Zarian (SBN 145080)<br>Brook B. Bond (SBN 144815)<br>Justin N. Stewart<br>ZARIAN MIDGLEY & JOHNSON PLLC<br>University Plaza<br>960 Broadway Ave., Ste. 250<br>Boise, Idaho 83706<br>Telephone: (208) 562-4900<br>Facsimile: (208) 562-4901<br>E-Mail: zarian@zarianmidgley.com | Mira S. Wolff (SBN 161672)<br>NEWEGG INC.<br>16839 E. Gale Avenue<br>City of Industry, CA 91745<br>Telephone: (626) 271-9700, x. 22032<br>Facsimile: (626) 271-9483<br>E-Mail: Mira.S.Wolff@newegg.com |

I further certify that the foregoing was served upon the above referenced attorneys via e-mail and U.S. Mail.

__/s/_____

Kim Tyson

Proof of Service