David K. Caplan (Bar No. 181174)
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363
DCaplan@kmwlaw.com

Attorney for Defendant

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| NEWEGG INC.,<br><br>                        Plaintiff,<br><br>          v.<br><br>21 SRL,<br><br>                        Defendant. | Case No.: 2:09-cv-07322-CAS-AJW<br><br>**NOTICE OF INTERESTED PARTIES**<br><br>**Pursuant to LR 7.1-1** |

Pursuant to Local Rule 7.1-1 counsel for specially appearing defendant 21 srl provides the following Notice of Interested Parties:

The undersigned, counsel of record for 21 SRL, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

21 srl

Dated: December 10, 2009         By:_/s/_____

                                    David K. Caplan
                                    Keats McFarland & Wilson LLP
                                    Attorney for the Defendant

CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2009, I caused the foregoing:

SPECIAL AND LIMITED APPEARANCE AND MOTION TO STRIKE PLAINTIFF'S MOTION TO ENJOIN [DKT. 6]

NOTICE OF INTERESTED PARTIES

DECLARATION OF DAVID K. CAPLAN IN SUPPORT OF 21 SRL'S SPECIAL AND LIMITED APPEARANCE AND MOTION TO STRIKE PLAINTIFF'S MOTION TO ENJOIN

To be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

| | |
|---|---|
| John N. Zarian (SBN 145080)<br>Brook B. Bond (SBN 144815)<br>Justin N. Stewart<br>ZARIAN MIDGLEY & JOHNSON PLLC<br>University Plaza<br>960 Broadway Ave., Ste. 250<br>Boise, Idaho 83706<br>Telephone: (208) 562-4900<br>Facsimile: (208) 562-4901<br>E-Mail: zarian@zarianmidgley.com | Mira S. Wolff (SBN 161672)<br>NEWEGG INC.<br>16839 E. Gale Avenue<br>City of Industry, CA 91745<br>Telephone: (626) 271-9700, x. 22032<br>Facsimile: (626) 271-9483<br>E-Mail: Mira.S.Wolff@newegg.com |

I further certify that the foregoing was served upon the above referenced attorneys via e-mail and U.S. Mail.

__/s/_____

Kim Tyson

Proof of Service