David K. Caplan (Bar No. 181174)
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363
DCaplan@kmwlaw.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NEWEGG INC., <br><br> Plaintiff, <br><br> v. <br><br> 21 SRL, <br><br> Defendant. | Case No.: 2:09-cv-07322-CAS-AJW <br><br> **SUPPLEMENTAL DECLARATION OF DAVID K. CAPLAN IN SUPPORT OF 21 SRL'S SPECIAL AND LIMITED APPEARANCE AND MOTION TO STRIKE PLAINTIFF'S MOTION TO ENJOIN** |

I, David Caplan, declare:

1. I am an attorney duly licensed to practice law in the State of California and I am a member of the Bar of this Court. I am a partner of the firm Keats McFarland & Wilson LLP, attorney of record for specially appearing 21 SRL, the named defendant in this action. Except as otherwise stated herein, I have personal knowledge of the facts stated in this declaration and, if called upon to do so, I could and would competently testify thereto.

2. Attached as Exhibit 1 hereto is a true and correct copy of the signed Memorandum Opinion and Order dated December 9, 2009, issued by Judge Darrah in <u>21 SRL v. Enable Holdings, Inc.</u>, Case No. 09-cv-03667 (N.D. Ill). This document is the signed version of the Memorandum and Order attached as Exhibit 1 to my declaration filed on December 10, 2009.

3. Attached as Exhibit 2 hereto is a true and correct copy of a minute order from Judge Darrah in <u>21 SRL v. Enable Holdings, Inc.</u>, Case No. 09-cv-03667 (N.D. Ill) in which Judge Darrah indicated ruling on Newegg's pending Motion to Transfer or Stay, filed in <u>21 SRL v. Newegg Inc.</u>, Case No. 09-cv-6590, will be made on January 28, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 11, 2009      By:     /s/
                                                       David Caplan

CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2009, I caused the foregoing:

**SUPPLEMENTAL DECLARATION OF DAVID K. CAPLAN IN SUPPORT OF 21 SRL'S SPECIAL AND LIMITED APPEARANCE AND MOTION TO STRIKE PLAINTIFF'S MOTION TO ENJOIN**

To be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

| | |
|---|---|
| John N. Zarian (SBN 145080)<br>Brook B. Bond (SBN 144815)<br>Justin N. Stewart<br>ZARIAN MIDGLEY & JOHNSON PLLC<br>University Plaza<br>960 Broadway Ave., Ste. 250<br>Boise, Idaho 83706<br>Telephone: (208) 562-4900<br>Facsimile: (208) 562-4901<br>E-Mail: zarian@zarianmidgley.com | Mira S. Wolff (SBN 161672)<br>NEWEGG INC.<br>16839 E. Gale Avenue<br>City of Industry, CA 91745<br>Telephone: (626) 271-9700, x. 22032<br>Facsimile: (626) 271-9483<br>E-Mail: Mira.S.Wolff@newegg.com |

I further certify that the foregoing was served upon the above referenced attorneys via e-mail and U.S. Mail.

__/s/_____
Kim Tyson

Proof of Service