UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-7322-CAS(AJWx) | Date | December 11, 2009 |
|---|---|---|---|
| Title | *NEWEGG, INC. v. 21 SRL* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS)

The court is in receipt of the Special and Limited Appearance and Motion to Strike Plaintiff's Motion to Enjoin filed December 10, 2009. The efiling of this document was under the category of an opposition but the caption states it is a motion. Instead of the Court issuing a deficiency on said filing, the Court sets the following briefing schedule and hearing on the Motion to Strike Plaintiff's Motion to Enjoin as follows:

Oppositions shall be filed on or before December 21, 2009;
Reply shall be filed on or before December 28, 2009;
Hearing is set on **January 4, 2010** at **10:00 a.m.**, to be heard simultaneously with plaintiff's Motion to Enjoin.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |