John N. Zarian (SBN 145080)
Brook B. Bond (SBN 144815)
ZARIAN MIDGLEY & JOHNSON PLLC
University Plaza
960 Broadway Ave., Ste. 250
Boise, Idaho 83706
Telephone: (208) 562-4900
Facsimile: (208) 562-4901
E-Mail: zarian@zarianmidgley.com

Mira S. Wolff (SBN 161672)
NEWEGG INC.
16839 E. Gale Avenue
City of Industry, CA 91745
Telephone: (626) 271-9700, x. 22032
Facsimile: (626) 271-9483
E-Mail: Mira.S.Wolff@newegg.com

Attorneys for Plaintiff
NEWEGG INC.

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWEGG INC., a Delaware corporation, )<br><br>Plaintiff, )<br><br>v. )<br><br>21 SRL, a foreign corporation, )<br><br>Defendant. ) | Case No. CV-09-7322 CAS (AJWx)<br><br>*Honorable Judge Snyder*<br><br>**DECLARATION OF BROOK B. BOND IN SUPPORT OF MOTION TO ENJOIN** |

I, Brook B. Bond, declare as follows:

1.     I am an attorney of Zarian Midgley & Johnson, PLLC, counsel for Newegg Inc. ("Newegg") in this matter. I am duly licensed to practice law in the State of Idaho and the State of California.

2.     I have personal knowledge of the matters set forth in this declaration, and, if called upon, could and would testify competently and truthfully to the facts set forth herein.

1

3.     Attached as <u>Exhibit 1</u> hereto is a true and correct copy of the U.S. State Department circular regarding service of process in Italy under the Hague Convention on the Service Abroad of Judicial and Extra Judicial Documents in Civil and Commercial Matters, available at http://travel.state.gov/law/info/judicial/judicial_653.html.

4.     Attached as <u>Exhibit 2</u> hereto is a true and correct copy of a letter from Glenda Fichtner of APS International, received by my office on December 17, 2009, regarding the status of Newegg's request for translation and service of the summons and complaint in this matter on 21srl in Italy.

5.     Attached as <u>Exhibit 3</u> hereto is a true and correct copy of the signed Memorandum Opinion and Order dated December 9, 2009, issued by Judge Darrah in *21 SRL v. Enable Holdings, Inc.*, Case. No. 09-cv-03667 (N.D. Ill.).

6.     Attached as <u>Exhibit 4</u> hereto is a true and correct copy of a minute order from Judge Darrah in *21 SRL v. Enable Holdings, Inc.*, Case. No. 09-cv-03667 (N.D. Ill.) in which Judge Darrah indicated that the status hearing previously scheduled for January 28, 2010 has been rescheduled to February 4, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  December 21, 2009

Brook B. Bond

Declaration of Brook B. Bond In Support of Motion to Enjoin

1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of December, 2009, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will automatically send email notification of such filing to all counsel who have entered an appearance in this action.

Brook B. Bond

3

Declaration of Brook B. Bond In Support of Motion to Enjoin