EXHIBIT 2

APS International Plaza • 7800 Glenroy Road
Minneapolis, Minnesota 55439-3122
PHONE: (952) 831-7776
FAX: (952) 831-8150
TOLL FREE: (800) 328-7171

# APS International, Ltd.

www.CivilActionGroup.com

Email: GEF@CivilActionGroup.com

December 17, 2009

Attn: Mr. Justin Stewart
ZARIAN, MIDGLEY & JOHNSON
960 Broadway, Ste. 250
Boise, ID 83706

RE: Newegg Inc. v 21 srl
    Country: Italy
    APS File #255780

    -- 21 srl

Dear Mr. Stewart:

This is to update you regarding the status of your request in the above named case for service of process in Italy in accordance with the Hague Convention on the Service Abroad of Judicial & Extrajudicial Documents in Civil or Commercial Matters, TIAS #10072 (U.S. Treaties and other International Acts) and 20 UST 361 (U.S. Treaties & other International Agreements).

APS received payment from your office in the amount of $2,586.00 to cover the translation of documents and service of process under the Hague Convention. On December 16, 2009, we completed translation of the Summons and Complaint (with exhibits). That same day a document package containing duplicate copies of the Hague service request forms, the original English documents and the Italian translations was shipped via Federal Express to the Central Authority in Italy. Typically, two to three working days are required for transit and customs clearing abroad. Thereafter, foreign government officials usually effect service pursuant to international treaty law in six to eight weeks, and another four to six weeks are usually required for the Proof of Service to be completed, sealed, and returned to the United States. **The whole matter usually requires twelve to sixteen weeks from the time the documents are sent abroad, and occasionally longer. However, we can neither guarantee the performance of the foreign officials nor predict the outcome based on constraints beyond our control.**

The Treaty acknowledges that some member nations may be dilatory in either serving process or in returning the proof of service. A provision of the Hague Service Convention allows the plaintiff to enter a default judgment if a proof of service is not received within a reasonable period not less than six months from the date of submittal, and, if reasonable follow-up efforts have been made by the plaintiff to obtain service in accordance with the Treaty.

Although only a small percentage of cases fall into this category, an initial follow-up is completed between 4-6 months after transmittal abroad depending on the country. If necessary, a second follow-up will be done as well, but not less than 30 days after the first follow-up. Finally, a supporting affidavit, which will assist you in the application for a default judgment, will be completed and sent to you if no response is received from the foreign government.

Your fee for service covers our preparation and processing of the necessary documents to request service abroad as well as the out-of-pocket costs of which we are aware. The only time you may be charged extra is if the foreign government imposes special surcharges to execute your request, or, if you ask APS to do something which is not normal to the Hague Service Convention process. Of course, you will always be informed in advance before any additional fees are incurred.

The fee charged includes the standard follow-ups done by APS. It also includes (if necessary) a supporting affidavit which you can use to apply for a default judgment against the defendant - even if no proof has been received by the foreign government.

In the event service of process or any other APS service is determined to be improper or invalid for any reason occasioned by the acts or omissions of APS, we will cause the documents to be reserved at no additional cost, or make a full refund to the client. However, if service of process or any other APS service is determined to be improper or invalid for any reason occasioned by the acts or omissions of the U.S. Department of State officials, government officials and/or foreign government officials, the documents will be resubmitted for a nominal charge. APS shall not be liable for any incidental or consequential damages. No refund will be made for failure to serve, copy or file documents because of ambiguous instructions, improper documents supplied, incomplete documents supplied, the unavailability of the party at the time of service, or inadequate or incorrect address.

We appreciate your business and enjoy handling this matter for you.

Sincerely,

*Glenda Fichtner*

Glenda Fichtner
International Division
(800) 328-7171, ext. 336
GEF@CivilActionGroup.com