FILED

2009 DEC 30  AM 9: 25

DIST. COURT
DIST. OF CALIF.
LOS ANGELES

BY ____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWEGG INC. | CASE NUMBER |
| | 2:09-CV-7322-CAS(AJWx) |
| PLAINTIFF(S) | |
| v. | RECEIPT FOR FOREIGN SERVICE FROM |
| 21 SRL | UNTIED STATED POST OFFICE RE COMPLAINT |
| DEFENDANT(S). | |

(ATTACH RECEIPT(S) FOR REGISTERED MAIL HERE)

Please See Attached

CV-75 (06/07)   RECEIPT FOR FOREIGN SERVICE FROM U.S. POST OFFICE RE COMPLAINT

# ZM ZARIAN✦MIDGLEY

### ZARIAN MIDGLEY & JOHNSON PLLC
University Plaza ✦ 960 Broadway Ave. ✦ Suite 250 ✦ Boise, ID 83706
Tel: (208) 562-4900 ✦ Fax: (208) 562-4901 ✦ www.zarianmidgley.com

Justin N. Stewart
stewart@zarianmidgley.com

December 22, 2009

***VIA FEDERAL EXPRESS***

Clerk's Office
United States District Court
Central District of California
312 North Spring Street
Los Angeles, CA 90012

Re: Case No. CV09-7322-CAS (AJWx); *Newegg v. 21 srl*

Dear Sir or Madam:

Pursuant to Federal Rule of Civil Procedure 4(f)(2)(C)(ii), please mail the enclosed documents to Defendant 21 SRL in the above-referenced matter. In particular, please mail (by a method requiring a signed receipt) the enclosed documents to:

21 SRL
Via De Canis 3
I-14100 Asti (AT)
Italy

The enclosed documents include: (1) an English copy of the Summons and Complaint, (2) an Italian translation of the Summons and Complaint, (3) a copy of Plaintiff's Motion to Enjoin 21 SRL in Later-Filed Action and supporting documents, and (4) a copy of the Civil Minutes of November 18, 2009 in the above-referenced matter.

Also enclosed is a check in the amount of $25.00 to cover the fee for international mailing. Should you have any questions regarding this matter, please do not hesitate to contact me at (208) 562-4914.

Best regards,

Justin N. Stewart
Attorneys for Plaintiff, Newegg Inc.

JNS:jw
Enclosures

---



Zarian Midgley is a member of the MSI Global Alliance, www.msiglobal.org, an international association of independent legal and accounting firms with over 250 member firms in 100 countries.

Through MSI and associated law firms, the firm has affiliates in cities throughout the United States, including:

**Los Angeles ✦ Salt Lake City ✦ Las Vegas**

LC707065402US

LC707065402US

## United States Postal Service
**Customs Declaration**     **CN 22**
May be opened officially    See Instructions on Reverse
Do not duplicate without USPS approval.

Cut ———— Cut

- [ ] Gift
- [x] Documents
- [ ] Commercial sample
- [ ] Other

| Quantity and detailed description of contents (1) | Weight (2) lb. oz. | Value (3) (US $) |
|---|---|---|

| For commercial items only *If known*, HS tariff number (4) and country of origin of goods (5) | Total Weight (6) | Total Value (7) (US $) |
|---|---|---|

I, the undersigned, whose name and address are given on the item, certify that the particulars given in this declaration are correct and that this item does not contain any dangerous article or articles prohibited by legislation or by postal or customs regulations.

Date and sender's signature (8)

PS Form **2976**, January 2004

## Customs Declaration CN 22 — Sender's Declaration
I, the undersigned, whose name and address are given on the item, certify that the particulars given in this declaration are correct and that this item does not contain any dangerous article or articles prohibited by legislation or by postal or customs regulations. This copy will be retained at the post office for 30 days.

**Sender's Name & Address**
CLERK, U.S. District Court
Central District of California
312 N. Spring Street
Los Angeles, CA 90012

**Addressee's Name & Address**
21 SRL
Via De Canis 3
I-14100 Asti (AT)
ITALY

Date and sender's signature

Detached from PS Form **2976**, January 2004     **Post Office Copy**

---

**Registered No.**     **Date Stamp**

| Reg. Fee | |
| Handling Charge | Return Receipt |
| Postage | Restricted Delivery |
| Received by | |

Customer Must Declare Full Value $

Domestic Insurance up to $25,000 is included based upon the **declared value**. International Indemnity is limited. (See Reverse).

OFFICIAL USE

**FROM:**
CLERK, U.S. District Court
Central District of California
312 N. Spring Street
Los Angeles, CA 90012

**TO:**
21 SRL
Via De Canis 3
I-14100 Asti (AT)
ITALY

PS Form **3806**, **Receipt for Registered Mail**    Copy 1 - Customer
May 2007 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com* ®

| Item Description (Nature de l'envoi) | Registered ☐ (Article recommandé) | Letter ☐ (Lettre) | Printed Matter ☐ (Imprimé) | Other ☐ (Autre) | Recorded Delivery ☐ (Envoi à livraison attestée) | Express Mail International ☐ |
|---|---|---|---|---|---|---|
| Insured Parcel ☐ (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | | Article Number | | | |

**Office of Mailing** (Bureau de dépôt): 21 SRL

**Date of Posting** (Date de dépôt): 12/28/09

**Addressee Name or Firm** (Nom ou raison sociale du destinataire): VIA DE CANIS 3

**Street and No.** (Rue et No.): I-14100 Asti (AT)

**Place and Country** (Localité et pays): ITALY

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Date: 

Signature of Addressee (Signature du destinataire):

Office of Destination Employee Signature (Signature de l'agent du bureau du destination):

Postmark of the office of destination (Timbre du bureau de destination)

PS Form **2865**, February 1997 (Reverse)

2:09-CV-7322-CAS (AJWx)

---

**UNITED STATES POSTAL SERVICE®**

**Return Receipt for International Mail**
(Registered, Insured, Recorded Delivery, Express Mail)

*Administration des Postes des Etats-Unis d'Amérique*

*Par Avion*

Postmark of the office returning the receipt / Timbre du bureau renvoyant l'avis

Return by the quickest route (air or surface mail), à découvert and postage free

A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.

The sender completes and indicates the address for the return of this receipt.
(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)

**Name or Firm** (Nom ou raison sociale):  Clerk, U.S. District Court Central District of California

**Street and Number** (Rue et no.): 312 N. Spring Street

**City, State, and ZIP + 4** (Localité et code postal): Los Angeles, CA 90012

UNITED STATES OF AMERICA — Etats-Unis d'Amérique

PS Form **2865**, February 1997   **Avis de réception**   **CN07** (Old C5)

**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
U.S. COURTHOUSE
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

21 SRL
Via De Canis 3
I-14100 Asti (AT)
ITALY

```
              LOS ANGELES, California
                      900129997
              0545300012 -0098
12/30/2009     (800)275-8777        09:16:16 AM
  ================================================
                  Sales Receipt
Product           Sale  Unit          Final
Description       Qty   Price         Price

Italy - First-Class                  $14.00
Mail Int'l   Large Env
1 lb.  8.00 oz.
  Return Receipt                      $2.30
  Registered                         $11.50
  Insured Value :            $0.00
  Article Value :            $0.00
  Label #:          RE327214379US
  Customs Form #: LC707065402US
  Customer Postage                  -$27.80
  Subtotal:                           $0.00
                                  ========

  Issue PVI:                          $0.00
                             _____

Total:                                $0.00

Paid by:

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Prepare your international packages online
and save time.
Pay postage online and save money too.
www.usps.com/clicknship

Bill#: 1000201668737
Clerk: 08

   All sales final on stamps and postage
    Refunds for guaranteed services only
         Thank you for your business
******************************************
******************************************
              PICK UP A FREE
            RECYCLING ENVELOPE
   Take an envelope to recycle your inkjet
   cartridge, cell phone or small electronics
              free of charge!
******************************************
******************************************

******************************************
******************************************
           HELP US SERVE YOU BETTER

   Go to: https://postalexperience.com/Pos

          TELL US ABOUT YOUR RECENT
               POSTAL EXPERIENCE

             YOUR OPINION COUNTS
******************************************
******************************************


                 Customer Copy
```

Registered No. RE327214379US Date Stamp

| Reg. Fee | $11.50 | | | 0012 |
|---|---|---|---|---|
| Handling Charge | $0.00 | Return Receipt | $2.30 | |
| Postage | $14.00 | Restricted Delivery | $0.00 | |
| Received by | | | | |
| Customer Must Declare Full Value $ | $0.00 | | Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). | |

To Be Completed By Post Office

OFFICIAL USE

FROM: Clerk, U.S. District Court
Central District of California
312 N. Spring Street
Los Angeles, CA  90012

TO: 21 SRL
Via Ilay Canis 3
I-14100 Asti (AT)
ITALY

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form 3806, May 2007 (7530-02-000-9051)   Receipt for Registered Mail   Copy 1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®