David K. Caplan (Bar No. 181174)
dcaplan@kmwlaw.com
Christian C. Dowell (Bar No. 241973)
cdowell@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Attorneys for Defendant
21 SRL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NEWEGG, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>21 SRL,<br><br>            Defendant. | Case No.: 2:09-cv-07322-CAS-AJW<br><br>**DEFENDANT 21 SRL'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date:     March 1, 2010<br>Time:    10:00 am<br>            Hon. Christina A. Snyder |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on March 1, 2010, at 10:00 am, or as soon thereafter as the matter may be heard in the courtroom of Honorable Christina A Snyder, defendant 21SRL ("21 SRL") will and hereby does move the Court for an order dismissing plaintiff NEWEGG, INC.'s ("Newegg") declaratory action. This motion is based on 28 U.S.C. § 2201, and on the grounds that two cases are pending in

the Northern District of Illinois which allege infringement of the same patent as at issue in this case - a case filed previous to this case, and companion case between the parties.

The motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, and the pleadings and papers on file in this matter. This motion is made following the parties' previous motion practice related to this issue in December 2009, and the conference of counsel that took place pursuant to Local Rule 7-3 on January 27, 2010.

Dated: January 29, 2010         By:_____/s/_____
                                    David K. Caplan
                                    Keats McFarland & Wilson LLP
                                    Attorney for Defendant 21 SRL