1 David K. Caplan (Bar No. 181174)
dcaplan@kmwlaw.com
2 Christian C. Dowell (Bar No. 241973)
cdowell@kmwlaw.com
3 KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
4 Penthouse Suite
Beverly Hills, California 90212
5 Telephone: (310) 248-3830
Facsimile: (310) 860-0363
6
Attorneys for Defendant
7 21 SRL

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| NEWEGG, INC., <br><br>　　　　　　Plaintiff, <br><br>　　　v. <br><br>21 SRL, <br><br>　　　　　　Defendant. | Case No.: 2:09-cv-07322-CAS-AJW <br><br> **DECLARATION OF DAVID K. CAPLAN IN SUPPORT OF DEFENDANT 21 SRL'S NOTICE OF MOTION AND MOTION TO DISMISS** <br><br> Date:　　March 1, 2010 <br> Time:　　10:00 am <br>　　　　　Hon. Christina A. Snyder |

DECLARATION OF DAVID K. CAPLAN

I, David K. Caplan, declare:

1. I am an attorney duly licensed to practice law in the State of California and I am a member of the Bar of this Court. I am a partner at the firm Keats McFarland & Wilson LLP, attorneys for Defendant 21 SRL in this action. Except as otherwise stated herein, I have personal knowledge of the facts stated in this declaration and, if called upon to do so, I could and would competently testify thereto.

2. A true and correct copy of a letter from Newegg Inc. dated April 16, 2009, is attached hereto as **Exhibit A.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of January 2010 at Natick, Massachusetts.

By: /s/
David K. Caplan