# Exhibit A

*Newegg, Inc., v. 21 SRL*

Case No. CV 09-07322 CAS (AJWx)

DECLARATION OF DAVID K. CAPLAN IN SUPPORT OF DEFENDANT 21 SRL'S NOTICE OF MOTION AND MOTION TO DISMISS



**Newegg Inc.**
Phone: (626) 271-9700 ext 22032
Fax:   (626) 271-9483
Address: 16839 E. Gale Ave., City of Industry, CA 91745

April 16, 2009

Raymond P. Niro, Jr.
Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, Illinois 60602-4635

Re:   Sacco United States Patent No. 7,340,451

Dear Mr. Niro:

On behalf of Newegg Inc. ("Newegg"), I am responding to your two letters dated March 4, 2009 and April 7, 2009 addressed to Newegg's CEO, Tally Liu. As the letters were addressed to the CEO, it took a while for them to get to the attention of the Legal Department. We are now reviewing your letters and the claims being made and will get back to you in the next few weeks.

In the meantime, please direct all further communication directly to my attention or to the Legal Department. Please do not send any further communications to Newegg's CEO or to any other company representatives outside of the Legal Department.

Regards,

Mira Wolff, Esq.
Senior Corporate Counsel
Newegg, Inc.

EXHIBIT A
PAGE 3