David K. Caplan (Bar. No. 181174)
dcaplan@kmwlaw.com
Christian C. Dowell (Bar No. 241973)
cdowell@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Attorneys for Defendant
21 SRL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NEWEGG, INC., | Case No.: 2:09-cv-07322-CAS-AJW |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER RE DISMISSAL** |
| 21 SRL, | |
| Defendant. | |

| | |
|---|---|
| 1 | |
| 2 | THE COURT having heard Defendant 21 srl's Motion to Dismiss, and having considered the briefs and other materials submitted by the parties and being fully advised, IT IS HEREBY ORDERED THAT: |

Pursuant to 28 U.S.C. § 2201, the Court hereby dismisses all claims made in the Complaint of this declaratory judgment action in light of the pendency of two related actions in the Northern District of Illinois, <u>21 srl v. Best Buy</u>, Case No. 09-cv-3667 (N.D. Ill) and <u>21 srl v. Newegg, Inc.</u>, Case No. 09-cv-6590 (N.D. Ill) (the "Newegg Illinois Action").

Date: _____       _____
               HONORABLE CHRISTINA A. SNYDER
               United States District Judge

- 1 -