John N. Zarian (SBN 145080)
Brook B. Bond (SBN 144815)
ZARIAN MIDGLEY & JOHNSON PLLC
University Plaza
960 Broadway Ave., Ste. 250
Boise, Idaho 83706
Telephone: (208) 562-4900
Facsimile: (208) 562-4901
E-Mail: zarian@zarianmidgley.com

Mira S. Wolff (SBN 161672)
NEWEGG INC.
16839 E. Gale Avenue
City of Industry, CA 91745
Telephone: (626) 271-9700, x. 22032
Facsimile: (626) 271-9483
E-Mail: Mira.S.Wolff@newegg.com

Attorneys for Plaintiff Newegg Inc.

**UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA**

NEWEGG INC., a Delaware corporation,

Plaintiff,

v.

21 SRL, a foreign corporation,

Defendant.

Case No. CV-09-7322 CAS (AJWx)

*Honorable Christina A. Snyder*

**PROOF OF INTERNATIONAL SERVICE UNDER HAGUE CONVENTION**

//

//

//

//

//

//

//

//

**PROOF OF INTERNATIONAL SERVICE UNDER HAGUE CONVENTION**

NOW INTO COURT, through its undersigned counsel, comes Newegg Inc., Plaintiff herein, who submits the attached Proof of International Service of the Summons and Complaint upon Defendant 21 SRL under the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents pursuant to Rule 4(f)(1) of the Federal Rules of Civil Procedure.

DATED: JANUARY 29, 2010.

ZARIAN MIDGLEY & JOHNSON PLLC

*/s/ John N. Zarian*
John N. Zarian

Attorneys for Plaintiff
NEWEGG INC.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of January, 2010, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will automatically send email notification of such filing to all counsel who have entered an appearance in this action.

*/s/ John N. Zarian*
John N. Zarian

8719

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: California

ORIGINALE DA RESTITUIRE ORIGINAL TO RETURN ORIGINAL A RETOURNER

# REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

## *DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| **Identity and address of the applicant** *Identité et adresse du requérant* | **Address of receiving authority** *Adresse de l'autorité destinataire* |
|---|---|
| **Glenda E. Fichtner**<br>**APS INTERNATIONAL, LTD/**<br>**CIVIL ACTION GROUP**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122 U.S.A.**<br>**Tel. 952.831.7776 Fax: 952.831.8150**<br>**Email: GEF@CivilActionGroup.com** | **UFFICIO DEGLI UFFICIALI GIUDIZIARI**<br>**Viale Giulio Cesare, 52**<br>**Rome 00192**<br>**Italy** |

**The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,**
**(identity and address)**
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

*(identité et adresse)* 21 srl
Via De Canis 3, I-14100 Asti (AT), Italy
Tel:

[X] (a) **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.***
*a) selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] (b) **in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:**
*b) selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*

[ ] (c) **by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.**
*c) le cas échéant, par remise simple (article 5, alinéa 2).*

**The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.**
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

Summary of the Documents to be Served
Summons
Civil Cover Sheet
Complaint for Declaratory and Other Relief
Exhibit 1
Translations

APS INTERNATIONAL
Civil Action Group
7800 Glenroy Road
Minneapolis, MN 55439-3122

**Done at** *Fait à* Minneapolis, Minnesota, U.S.A. **, the** *le* 12/16/2009

**Signature and/or stamp.**
*Signature et/ou cachet.*

Glenda Fichtner

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)

USM-94
(Est. 11/22/77)

*** Delete if inappropriate.**
*. Rayer les mentions inutiles*

Cron. N. 27 A/bis A/ter
Trasferta Euro 1,65
Spese postali »
anticipate dall'erario.
L'Ufficiale Giudiziario
- 5 GEN. 2010

Asti, lì 08/01/2010

Io sottoscritto Ufficiale Giudiz. addetto all'Ufficio Unico presso il Tribunale di Asti ho notificato l'avanti esteso atto al sig. ___

mediante consegna a mani dell'impiegato dello studio ass. Bello e Gatto Sig Berardi Cristina Manuela ove la società ha la sede legale

UFFICIALE GIUDIZIARIO B3
TRIBUNALE DI ASTI
*Roberta Roatti*

Chron. Reg. # 27 A/ter
Travel 1.65 Euros
Postal Fees : _____
anticipated revenue.
*The Court Clerk*
Jan. 7, 2010
(Initialized)

Asti **01/08/2010**

I, the undersigned Court Clerk, in charge of the Court Clerk Office at the Court of Asti, have served the foregoing documentation upon Mr. **21 srl**

by delivering it personally **to the employee of Boero e Gatto Insurance Company,** ***Mrs. (Illegible) Cristina Manuela*, where said insurance company has its registered office**

THE COURT CLERK B3
COURT OF ASTI
Roberta Roatti
/s/*Roberta Roatti*

# ORIGINALE

Nome e indirizzo:
ZARIAN MIDGLEY & JOHNSON PLLC
960 BROADWAY AVENUE
SUITE 250
BOISE, IDAHO 83706
(208) 562-4900

**CORTE DISTRETTUALE STATUNITENSE**
**DISTRETTO CENTRALE DELLA CALIFORNIA**

NEWEGG INC., una società del Delaware

ATTRICE

contro

21 srl, una società straniera

CONVENUTA.

CASO NUMERO

**CV09-7322 CAS AJWx**

**CITAZIONE IN GIUDIZIO**

A: CONVENUTA: 21 srl

È stata depositata una causa contro di voi.

Entro 20 giorni dalla notifica di questa citazione in giudizio a voi (senza contare il giorno della ricezione), dovete notificare all'attrice una comparsa di risposta all'allegata ☒ domanda giudiziale ☐ domanda giudiziale emendata _________ ☐ domanda riconvenzionale ☐ eccezione riconvenzionale o istanza come previsto dalla Norma 12 delle Norme Federali di Procedura Civile. La risposta o istanza deve essere notificata all'avvocato dell'attrice, John N. Zarian, il cui indirizzo è Zarian, Midgley & Johnson PLLC, 960 Broadway Ave., S.te 250, Boise, ID 83706. In mancanza, sarà emessa una sentenza in contumacia nei vostri confronti per la soddisfazione delle richieste di parte attrice. Dovete anche depositare la vostra comparsa di risposta o istanza presso la corte.

Il Cancelliere della Corte Distrettuale statunitense

Data: 08 OTTOBRE 2009

F.to *(Illeggibile)*
Il Vice Cancelliere

*(Sigillo della Corte)*

*[Accordare 60 giorni se la parte convenuta è gli Stati Uniti o un ente pubblico statunitense, o un funzionario o dipendente pubblico statunitense. Accordare 60 giorni come da Norma 12(a)(3)].*

# COPIA

## CORTE DISTRETTUALE STATUNITENSE, DISTRETTO CENTRALE DELLA CALIFORNIA
## COPERTINA DI PROCEDIMENTO CIVILE

I. (a) ATTORI (Marcare se ci si autorappresenta ☐)
NEWEGG INC., una società del Delaware

CONVENUTI
21 srl, una società straniera

(b) Avvocato (Nome dello Studio, indirizzo e numero telefonico. Se ci si autorappresenta, fornire i dati relativi)
ZARIAN MIDGLEY & JOHNSON, PLLC
960 Broadway Avenue, Suite 250, Boise, ID 83706
(208) 562-4900

Avvocati (se noti)

NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, IL 60602-4635

II. BASE DI GIURISDIZIONE (Marcare con una X una sola casella)
☐ 1 Attore Governo USA
☐ 2 Convenuto Governo USA
☑ 3 Problema federale (Governo USA non è parte in causa)
☐ 4 Diversità (Indicare cittadinanza delle parti alla voce III)

III. CITTADINANZA DELLE PARTI PRINCIPALI – Solo per casi di diversità
(Marcare una casella per l'attore ed una casella per il convenuto)

| | Attore | Convenuto |
|---|---|---|
| Cittadino di questo stato | ☐ 1 | ☐ 1 |
| Cittadino di altro stato | ☐ 2 | ☐ 2 |
| Cittadino o soggetto di stato straniero | ☐ 3 | ☐ 3 |
| Sede principale o costituita in questo stato | ☐ 4 | ☐ 4 |
| Sede principale e costituita in altro stato | ☐ 5 | ☐ 5 |
| Nazione straniera | ☐ 6 | ☐ 6 |

IV. ORIGINI (Marcare con una X una sola casella)
☑ 1 Procedura originaria
☐ 2 Trasferito da corte statale
☐ 3 Rinviato da corte d'appello
☐ 4 Ripristinato o riaperto
☐ 5 Trasferito da altro distretto (Precisare):
☐ 6 Contenzioso multi-distrettuale
☐ 7 Appello di giudice distrettuale verso giudizio di primo grado

V. RICHIESTE DELLA DOMANDA GIUDIZIALE:
RICHIESTA DI GIURIA ☑ Sì ☐ No (Marcare "Sì" solo se richiesto nella domanda giudiziale)
AZIONE COLLETTIVA in base all'F.R.C.P. 23: ☐ Sì ☑ No
DENARO RICHIESTO NELLA DOMANDA GIUDIZIALE: $ ____________________

VI. CAUSA DELL'AZIONE (Citare lo statuto USA in base al quale si esegue il deposito e descrivere brevemente il tipo di causa. Non citare gli statuti giurisdizionali a meno che non si tratti di diversità)
Domanda giudiziale per sentenza dichiarativa e non violazione di brevetto

VII. NATURA DELLA CAUSA (Marcare con una X una sola casella)
ALTRI STATUTI
☐ 400 Reimpossessamento statale
☐ 410 Antitrust
☐ 430 Banche e diritto bancario
☐ 450 Commerciale/Tassi ICC, ecc.
☐ 460 Deportazione
☐ 470 Organizzazioni compromesse da corruzione e racket
☐ 480 Credito del consumatore
☐ 490 TV via cavo / satellitare
☐ 810 Servizio selettivo
☐ 850 Commercio titoli/materie prime
☐ 875 Legge del consumatore 12 USC 3410
☐ 890 Altre azioni statutarie
☐ 891 Legge agraria

(segue)

☐ 892 Legge di standardizzazione economica
☐ 893 Materie ambientali
☐ 894 Legge di stanziamento di energia
☐ 895 Legge di libera informazione
☐ 900 Appello di libera determinazione in base a equo accesso alla giustizia
☐ 950 Costituzionalità di statuti statali

CONTRATTI
☐ 110 Assicurazione
☐ 120 Marina
☐ 130 Legge militare
☐ 140 Strumento negoziabile
☐ 150 Recupero di pagamento eccedente ed esecuzione di decisione giudiziale
☐ 151 Legge di assistenza sanitaria
☐ 152 Recupero di mutui scolastici morosi (Escluso i veterani)
☐ 153 Recupero di esuberi di pagamento dei benefit per i reduci
☐ 160 Cause di azionisti
☐ 190 Altro contratto
☐ 195 Responsabilità diretta
☐ 196 Concessione esclusiva

PROPRIETÀ IMMOBILIARE
☐ 210 Confisca di terreno
☐ 220 Decadenza
☐ 230 Fitto ed esecuzione
☐ 240 Illeciti edilizi
☐ 245 Responsabilità diretta
☐ 290 Tutte le altre proprietà immobiliari

ILLECITI
LESIONI PERSONALI
☐ 310 Aeromobile
☐ 315 Responsabilità diretta di aeromobile
☐ 320 Aggressione, calunnia e diffamazione
☐ 330 Responsabilità di dipendenti federali
☐ 340 Marina
☐ 345 Responsabilità diretta marina
☐ 350 Veicoli a motore
☐ 355 Responsabilità diretta di veicoli a motore
☐ 360 Altre lesioni personali
☐ 362 Negligenza medica – Lesioni personali
☐ 365 Responsabilità diretta – Lesioni personali
☐ 368 Responsabilità diretta da lesioni personali da amianto

IMMIGRAZIONE
☐ 462 Richiesta di naturalizzazione
☐ 463 *Habeas Corpus* – Detenzione di cittadino straniero
☐ 465 Altra azione di immigrazione

ILLECITI
PROPRIETÀ PERSONALE
☐ 370 Altra frode
☐ 371 Buona fede nell'affitto
☐ 380 Altri danni a proprietà personale
☐ 385 Responsabilità diretta di proprietà personale

FALLIMENTO
☐ 422 Appello 28 USC 158
☐ 423 Ritiro 28 USC 157

DIRITTI CIVILI
☐ 441 Voto
☐ 442 Impiego
☐ 443 Alloggio / Sistemazioni
☐ 444 Welfare

(segue)

☐ 445 Americani affetti da invalidità – Impiego
☐ 446 Americani affetti da invalidità - Altro
☐ 440 Altri diritti civili

ISTANZE DI PRIGIONIERI
☐ 510 Mozioni per annullamento di sentenze – *Habeas Corpus*
☐ 530 Generale
☐ 535 Pena di morte
☐ 540 Mandamus / Altro
☐ 550 Diritti civili
☐ 555 Condizioni di prigionia

FORFEIT/PENALI
☐ 610 Agricoltura
☐ 620 Altri cibi e farmaci
☐ 625 Sequestro di proprietà associata a stupefacenti - Codice 21 USA 881
☐ 630 Legge sui liquori
☐ 640 Treni e autocarri
☐ 650 Regolamenti aeronautici
☐ 660 Sicurezza/protezione lavorativa
☐ 690 Altro

LAVORO
☐ 710 Legge sugli standard lavorativi
☐ 720 Rapporti di lavoro/direttivi
☐ 730 Legge sulla divulgazione lavorativa e rapporti di lavoro/direttivi
☐ 740 Legge sul lavoro nelle ferrovie
☐ 790 Altro contenzioso lavorativo
☐ 791 Legge per la protezione di impiego, pensione, assicurazione

DIRITTI PROPRIETARI
☐ 820 Diritti d'autore
☑ 830 Brevetto
☐ 840 Marchio di fabbrica

PREVIDENZA SOCIALE
☐ 861 HIA (1395 ff)
☐ 862 Silicosi (923)
☐ 863 DIWC/DIWW 405(g)
☐ 864 SSID Titolo XVI
☐ 865 RSI (405(g))

CAUSE FISCALI FEDERALI
☐ 870 Tasse (Attore o convenuto USA)
☐ 871 IRS – Terza parte 26 USC 7609

**CV09-7322**

---

SOLO PER L'UFFICIO: Numero di caso: ______________________________

**DOPO AVER COMPLETATO LA PARTE FRONTALE DEL MODULO CV-71, COMPLETARE LE INFORMAZIONI RICHIESTE QUI SOTTO.**

## CORTE DISTRETTUALE STATUNITENSE, DISTRETTO CENTRALE DELLA CALIFORNIA
### COPERTINA DI PROCEDIMENTO CIVILE

**VIII(a). CASI IDENTICI.** Quest'azione è stata già depositata presso questa corte e archiviata, trasferita o chiusa? ☒ No ☐ Sì
Se sì, indicare il numero del caso (o dei casi): ______

**VIII(b). CASI ASSOCIATI.** Vi sono casi già depositati presso questa corte che sono associati al caso di specie? ☒ No ☐ Sì
Se sì, indicare il numero del caso (o dei casi): ______

I casi civili sono ritenuti associati se un caso depositato in precedenza e il caso di specie:
(Marcare tutte quelle del caso)
- ☐ A. derivano dalle stesse o simili transazioni, accadimenti o eventi; o
- ☐ B. richiedono una determinazione delle stesse, o sostanzialmente simili, questioni di fatto e di diritto associate; o
- ☐ C. per altre ragioni che comporterebbero una sostanziale duplicazione di lavoro se esaminate da giudici diversi; o
- ☐ D. coinvolgono lo stesso brevetto, marchio di fabbrica o copyright ed è presente uno dei fattori sopra identificato in A, B o C.

**IX. COMPETENZA TERRITORIALE:** (Quando si completano le seguenti informazioni, se necessario usare un foglio supplementare)

(a) Elencare la contea di questo distretto; contea della California esterna a questo distretto; Stato se diverso dalla California; o Paese straniero, in cui risiede CIASCUN attore nominato.
☐ Marcare qui se il governo, i suoi enti o dipendenti costituiscono la parte attrice. Se questa casella è marcata, passare alla voce (b).

| Contea in questo distretto:* | Contea della California esterna a questo distretto; Stato, se diverso dalla California; o Paese straniero |
|---|---|
| Los Angeles | |

(b) Elencare la contea di questo distretto; contea della California esterna a questo distretto; Stato se diverso dalla California; o Paese straniero, in cui risiede CIASCUN attore nominato.
☐ Marcare qui se il governo, i suoi enti o dipendenti costituiscono la parte convenuta. Se questa casella è marcata, passare alla voce (c).

| Contea in questo distretto:* | Contea della California esterna a questo distretto; Stato, se diverso dalla California; o Paese straniero |
|---|---|
| | Italia |

(c) Elencare la contea di questo distretto; contea della California esterna a questo distretto; Stato se diverso dalla California; o Paese straniero, dove è sorta CIASCUN ricorso.
Nota: in casi di confisca di terreno, usare l'ubicazione del tratto di terreno coinvolto.

| Contea in questo distretto* | Contea della California esterna a questo distretto; Stato, se diverso dalla California; o Paese straniero |
|---|---|
| *Los Angeles* | |

*** Contee di Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara o San Luiz Obispo**
Nota: in casi di confisca di terreno, usare l'ubicazione del tratto di terreno coinvolto.

**X. FIRMA DELL'AVVOCATO (O PRO PER):** F.to *(Illeggibile)* Data *7 ottobre 2009*

**Avviso agli avvocati/alle parti:** la Copertina di Caso Civile CV-71 (JS-44) e le informazioni in essa contenute non sostituiscono né integrano il deposito e la notifica di documenti processuali o altra documentazione obbligatoria di diritto. Questo modulo, approvato dalla Conferenza Giudiziale degli Stati Uniti nel settembre 1974, è richiesto come previsto dalla Norma Locale 3-1, non è depositato ma viene usato dal Cancelliere della Corte a scopo statistico, di competenza territoriale e per avviare il registro di ruolo civile. (Per ulteriori informazioni dettagliate, consultare il foglio di istruzioni separato)

Legenda per i codici statistici associati ai casi di Previdenza Sociale:

| Natura del Codice di Causa | Abbreviazione | Dichiarazione sostanziale della causa dell'azione |
|---|---|---|
| 861 | HIA | Tutti i ricorsi per benefici assicurativi sanitari (Medicare) in base al Titolo 18, Parte A, del Social Security Act, con relative modifiche. Inoltre, includono ricorsi contro ospedali, strutture paramediche professionali, ecc. per la certificazione come fornitori di servizi in base al programma. (42 U.S.C. 1935FF(b)). |
| 862 | BL | Tutti i ricorsi per i benefici di "silicosi" secondo il Titolo 4, Parte B, del Federal Coal Mine Health and Safety Act del 1969. (30 U.S.C. 923) |
| 863 | DIWC | Tutti i ricorsi depositati da lavoratori assicurati per benefici assicurativi per invalidità secondo il Titolo 2 del Social Security Act, con relative modifiche; oltre a tutti i ricorsi per i benefici assicurativi di bambini in base all'invalidità. (42 U.S.C. 405(g)). |

| | | |
|---|---|---|
| 863 | DIWW | Tutti i ricorsi per benefici assicurativi di vedove o vedovi basati sulla invalidità secondo il Titolo 2 del Social Security Act, con relative modifiche (42 U.S.C. 405(g)). |
| 864 | SSID | Tutti i ricorsi per pagamenti di reddito supplementare basati sulla invalidità depositati in base al Titolo 16 del Social Security Act, con relative modifiche. |
| 865 | RSI | Tutti i ricorsi per benefici di pensionamento (anzianità) e sopravvivenza in base al Titolo 2 del Social Security Act, con relative modifiche. (42 U.S.C. (g)). |

John N. Zarian (SBN 145080)
Brook B. Bond (SBN 144815)
ZARIAN MIDGLEY & JOHNSON PLLC
University Plaza
960 Broadway Ave., Ste. 250
Boise, Idaho 83706
Telefono: (208) 562-4900
Fax: (208) 562-4901
E-mail: zarian@zarianmidgley.com

Mira S. Wolff (SBN 161672)
NEWEGG INC.
16839 E. Gale Avenue
City of Industry, CA 91745
Telefono: (626) 271-9700, x 22032
Fax: (626) 271-9483
E-mail: Mira.S.Wolff@newegg.com

Avvocati dell'attrice
NEWEGG INC.

DEPOSITATO

8 OTTOBRE 2009 ORE 10,16
CANCELLIERE DELLA CORTE DISTRETTUALE USA
DISTRETTO CENTRALE DELLA CALIFORNIA
LOS ANGELES

## CORTE DISTRETTUALE STATUNITENSE

## DISTRETTO CENTRALE DELLA CALIFORNIA

NEWEGG INC., una società del Delaware,

Attrice,

contro

21 srl, una società straniera,

Convenuta.

Caso n.ro **CV09-7322 CAS AJWx**

**DOMANDA GIUDIZIALE PER SODDISFAZIONE DICHIARATIVA E DI ALTRO TIPO**

**RICHIESTA DI GIURIA**

Newegg Inc., una società del Delaware ("Newegg" o "Attrice"), deposita questa domanda giudiziale contro la convenuta 21 srl ("21 srl" o "Convenuta") e sostiene quanto segue:

## LE PARTI

1. L'Attrice NEWEGG INC. è una società del Delaware con sede principale a 16839 E. Gale Avenue, City of Industry, California 91745.

2.     L'Attrice è una società di e-commerce che offre prodotti a consumatori in base ad un'insuperata esperienza di shopping, consegna rapida e straordinaria assistenza clienti.

3.     La Convenuta 21 srl, sulla base di informazioni e convinzioni, è una società italiana organizzata secondo le leggi italiane.  L'Attrice è informata e ritiene che 21 srl abbia la sede a Via de Canis 3, I-14100 Asti (AT), Italia.

4.     La Convenuta 21 srl sostiene di essere la proprietaria del Brevetto USA n.ro 7.340.451 ("il Brevetto '451"), emesso a Giovanni Sacco ("Sacco") il 4 marzo 2008.  Il Brevetto '451 è una continuazione del n.ro di serie 09/868,339, depositato il 18 giugno 2001 e risultante nell'emissione del Brevetto USA n.ro 6.763.349, che elenca anche Sacco come inventore e che era stato assegnato anche da Sacco alla Convenuta 21 srl.

5.     Il 9 luglio 2008, Sacco stipulava un'assegnazione di interesse a favore della Convenuta 21 srl, che elencava un indirizzo ad Asti, Italia, una città di circa 75.000 abitanti nella regione nordoccidentale italiana del Piemonte.  Newegg è informata e ritiene che l'indirizzo elencato per 21 srl ad Asti, Italia sia condiviso con altre imprese, compreso una società di costruzioni generale, un contabile pubblico abilitato e/o un consulente commerciale.

6.     Newegg è informata e ritiene e pertanto afferma che, dal 2003, Sacco ha presentato, inoltrato e/o pubblicato documenti di ricerca in molte città statunitensi, tra cui Miami, Las Vegas, Seattle, Philadelphia e Palo Alto, California; e che, prima di ciò, Sacco aveva presentato, inoltrato e/o pubblicato almeno un documento di ricerca a Los Angeles, California.  Newegg è informata e ritiene che, prima di trasferirsi in Italia, Sacco risiedeva ed era impiegato negli Stati Uniti, compreso l'impiego presso l'Università di Purdue, l'Università del Maryland e il Laboratorio di Ricerca IBM (System-R Group) di San Jose, California.

7.     Newegg è informata e ritiene che la Convenuta 21 srl abbia concesso numerose licenze di brevetto basate sul Brevetto '451 a società ubicate negli Stati Uniti, tra cui una o più società della California.

Per esempio, Newegg è informata e ritiene che 21 srl abbia concesso una licenza di brevetto ad Apple Computer, che ha la sede principale a Cupertino, California. La Convenuta 21 srl sostiene che l'elenco attuale di licenziatari basato sul Brevetto '451 include anche CDW, Dell, OfficeMax, Sears e Walgreens.

## GIURISDIZIONE E COMPETENZA TERRITORIALE

8. La presente è un'azione per ottenere una sentenza dichiarativa di non violazione e invalidità di brevetto. La giurisdizione su quest'azione deriva dalla Federal Declaratory Judgment Act, 28 U.S.C., sezioni 2201 e 2202. Esiste una controversia processabile nell'assunto del 28 U.S.C., sezioni 2201 e 2202 tra l'Attrice, da un lato, e la Convenuta, dall'altro, se il Brevetto USA n.ro 7.340.451 B2 ("Processo di tassonomia dinamica per navigare e richiamare informazioni in ampie ed eterogenee banche dati") sia valido, applicabile e se sia stato violato.

9. Anche la giurisdizione su quest'azione deriva dalle leggi sui brevetti statunitensi, Titolo 35, Codice USA e in virtù delle disposizioni del 28 U.S.C., sezioni 1331 e 1338.

10. Sulla base di informazioni e convinzioni, giusta è la competenza territoriale in questo distretto giudiziario in virtù del 28 U.S.C., sezioni 1391 e 1400.

## AFFERMAZIONI

11. Nella corrispondenza datata 4 marzo 2009 e trasmessa a City of Industry, California, la Convenuta ha accusato Newegg di violare il Brevetto '451 in base alle affermazioni secondo cui Newegg sta inducendo attivamente gli utenti del suo sito web ad "attuare ciascuna delle fasi descritte nel Claim 13". (Una copia autentica e veritiera della predetta lettera, compreso la scheda del claim discusso di seguito, è allegata al presente come Allegato 1).

12. Nella predetta lettera, la Convenuta includeva una scheda di claim chiamata "Violazione del Brevetto USA n.ro 7,340.451 da www.Newegg.com", asserendo di fissare la base supposta per la presunta violazione.

13. Nella lettera, la Convenuta dichiarava che Newegg "adesso sa del brevetto ['451]" e la presunta violazione del Claim 13 da parte degli utenti del sito web di Newegg. La lettera suggeriva che Newegg poteva eliminare la sua presunta "violazione" del Brevetto '451 negoziando un accordo di licenza e pagando le royalty alla Convenuta. Perciò. la lettera suggeriva che. in mancanza di un accordo di licenza o altro consenso della Convenuta. la responsabilità dell'Attrice per la presunta violazione del brevetto sarebbe aumentata giorno dopo giorno.

14. La Convenuta inviava altre due lettere riguardo la presunta violazione dell'Attrice, la prima il 7 aprile 2009 e la seconda il 17 settembre 2009.

15. Nella lettera del 7 aprile 2009. la Convenuta indicava che se vi fosse stato un interesse nel "risolvere questa faccenda in modo amichevole". sarebbe stato necessario discutere appena possibile con Newegg.

16. Nella lettera del 17 settembre 2009. la Convenuta informava Newegg di aver citato numerose altre società. La Convenuta inoltre informava Newegg dell'importanza di rispondere tempestivamente alla lettera in quanto "la scadenza per rettificare le note scritte" nel contenzioso che precede era il 9 ottobre 2009.

17. Questo linguaggio delle lettere della Convenuta costituisce chiaramente una minaccia all'applicazione del brevetto '451 contro l'Attrice in un'azione civile nell'immediato futuro.

18. Con la sua condotta, la Convenuta ha fatto numerose minacce di violazione contro Newegg, una società le cui attività di cui è accusata si sono svolte in California. Inoltre. la Convenuta 21 srl sta esercitando i suoi diritti di brevetto tramite le licenze in tutti gli Stati Uniti. compreso uno o più licenziatari nella California e l'inventore elencato nel Brevetto '451 ha presentato. inoltrato e/o pubblicato documenti di ricerca in città statunitensi. compreso le città della California e di questo distretto giudiziario. Newegg è

informata e ritiene che la Convenuta 21 srl abbia beneficiato e tratto profitto dai suoi brevetti statunitensi collocando prodotti brevettati in commercio in questo distretto giudiziario.

19.    In base a queste circostanze, è in atto una sostanziale controversia tra le parti che hanno interessi legali avversari circa la sufficiente immediatezza e realtà di garantire l'emanazione di una sentenza dichiarativa.  Inoltre, i principi di fair play e sostanziale giustizia richiedono che la controversia sia risolta in questo foro giudiziario.

## CAPO I

## SENTENZA DICHIARATIVA DI NON VIOLAZIONE

## (BREVETTO '451)

20.    L'Attrice riafferma e incorpora per riferimento le affermazioni contenute nei paragrafi da 1 a 19, incluso, come se queste fossero quivi ripetute integralmente.

21.    L'Attrice sostiene che la sua condotta non viola, direttamente o indirettamente, alcun claim valido e applicabile del Brevetto '451, né che l'Attrice fabbrica, usa, vende, importa o offre in vendita alcun prodotto o servizio che viola o induce alcuna terza parte a violare, un claim valido e applicabile del Brevetto '451. Per esempio, ogni elemento del Claim 13 non è violato dall'Attrice o dagli utenti del sito web dell'Attrice. Inoltre, né l'Attrice né gli utenti del sito web dell'Attrice esercitano controllo o direzione sull'intero processo del Claim 13.  Di conseguenza, per almeno queste ragioni, l'Attrice non viola direttamente o indirettamente il Claim 13.  *Ved. ad es. Muniauction, Inc. contro Thompson Corp.*, 532 F.3d 1318 (Fed. Cir. 2008).

22.    D'altro canto, la Convenuta sostiene che uno o più claim indipendenti del Brevetto '451, compreso il Claim 13, riguardano la condotta dell'Attrice.

23.    Pertanto, una controversia processabile è sorta, e adesso esiste, tra l'Attrice e la Convenuta e l'Attrice pertanto chiede che la corte emani una sentenza che stabilisca i diritti e le relazioni tra le parti

dichiarando che l'Attrice non viola, direttamente o indirettamente, alcun claim valido e applicabile del Brevetto '451.

## CAPO II

## SENTENZA DICHIARATIVA DI INVALIDITÀ

## (BREVETTO '451)

24.    L'Attrice riafferma e incorpora per riferimento le affermazioni contenute nei paragrafi da 1 a 19, incluso, come se queste fossero quivi ripetute integralmente.

25.    L'Attrice sostiene che alcuni o tutti i claim del Brevetto '451 sono invalidi per non essere conformi ai requisiti del 35 U.S.C., sezioni 101, 102, 103 e/o 112. Per esempio, l'elaborazione di quanto meno il Claim 13, nel caso di specie, non è collegato ad una macchina e non contempla la trasformazione di un articolo, in quanto per i claim di elaborazione è necessario qualificarsi come brevetto eleggibile secondo un precedente legale corrente. *Ved. In re Bilski*, 545 F:3d. 943 (Fed. Cir. 2008) (*en banc*). Di conseguenza, alcuni o tutti i claim del brevetto '451 sono invalidi per ritenere la materia del contendere in questione non statutaria secondo il 35 U.S.C., sezione 101.

26.    D'altro canto, la Convenuta sostiene che uno o più claim del Brevetto '451, compreso il Claim 13, sono validi in quanto emessi dall'United States Patent and Trademark Office [Ufficio Brevetti e Marchi di Fabbrica Statunitense], e che l'Attrice è pertanto tenuta a cessare e desistere la fabbricazione, l'uso, la vendita e l'offerta in vendita di certi prodotti o servizi.

27.    Pertanto, una controversia processabile è sorta, e adesso esiste, tra l'Attrice e la Convenuta e l'Attrice pertanto chiede che la corte emani una sentenza che stabilisca i diritti e le relazioni tra le parti dichiarando che alcuni o tutti i claim del Brevetto '451 sono invalidi e non si attengono ai requisiti del 35 U.S.C., sezioni 101, 102, 103 e/o 112.

## RICHIESTA DI RISARCIMENTO

PERTANTO, l'Attrice chiede rispettosamente quanto segue:

1. Una sentenza che dichiari che:

   a. l'Attrice non fabbrica, usa, vende, importa o offre in vendita qualsiasi prodotto o servizio che viola, direttamente o indirettamente, qualsiasi claim valido ed applicabile del Brevetto '451.

   b. Qualcuno o tutti i claim del Brevetto '451 sono invalidi per non essere conformi ai requisiti del 35 U.S.C., sezioni 101, 102, 103 e/o 112.

   c. L'Attrice riceverà i costi e gli onorari legali relativi a quest'azione, e quant'altra e ulteriore soddisfazione la corte ritenga appropriata; e

   d. Questo caso è considerato eccezionale in base al 35 U.S.C., sezione 285;

2. Risarcimento danni come da prova;

3. Costi e onorari legali dell'Attrice come da prova; e

4. Per quant'altra e ulteriore soddisfazione che la corte possa ritenere giusta e ragionevole.

DATA: 7 OTTOBRE 2009

ZARIAN MIDGLEY & JOHNSON PLLC

F.to *Brook B. Bond*
Brook B. Bond

Avvocati dell'Attrice
NEWEGG INC.

## RICHIESTA DI GIURIA

L`Attrice chiede rispettosamente che il processo si svolga in presenza di una giuria.

DATA: 7 OTTOBRE 2009

ZARIAN MIDGLEY & JOHNSON PLLC


F.to *Brook B. Bond*
Brook B. Bond

Avvocati dell`Attrice
NEWEGG INC.

# Allegato 1

NIRO, SCAVONE, HALLER & NIRO
181 WEST MADISON STREET – SUITE 4600
CHICAGO, ILLINOIS 60602-4635
-------
TELEFONO (312) 236-0733
FAX (312) 236-3137

RAYMOND P. NIRO
TIMOTHY J. HALLER
WILLIAM L. NIRO
JOSEPH N. HOSTENY, III
ROBERT A. VITALE, JR.
JOHN C. JANKA
PAUL K. VICKREY
DEAN D. NIRO
RAYMOND P. NIRO, JR.
PATRICK F. SOLON
ARTHUR A. GASEY
CHRISTOPHER J. LEE
DAVID J. SHEIKH
VASILIOS D. DOSSAS
SALLY WIGGINS
RICHARD B. MECLEY, JR.
MATTHEW G. McANDREWS
LEE F. GROSSMAN

PAUL C. GIBBONS
GREGORY P. CASIMER
DOUGLAS M. HALL
DINA M. HAYES
FREDERICK C. LANEY
DAVID J. MAHALEK
KARA L. SZPONDOWSKI
ROBERT A. CONLEY
NICHOLAS M. DUDZIAK
LAURA A. KENNEALLY
TAHITI ARSULOWICZ
BRIAN E. HAAN
JOSEPH A. CULIG
ANNA B. FOLGERS
-----
DEL CONSIGLIO:
THOMAS G. SCAVONE

Questa comunicazione fa parte delle discussioni di definizione
ed è soggetta alle disposizioni della **Norma 408, Norme Fed. di Prova**

4 marzo 2009

**Federal Express**

Tally C. Liu
Presidente e CEO
NEWEGG. INC.
16839 East Gale Avenue
City of Industry. CA 91745

Ogg.: Brevetto statunitense Sacco n.ro 7,340,451

Egregio Sig. Liu,

rappresentiamo la società italiana 21 srl nella distribuzione di licenze e applicazione del suo Brevetto statunitense n.ro 7.340.451 (il Brevetto '451). Una copia del Brevetto '451 è allegata alla presente. Come spiegato di seguito. l'inventore del processo di tassonomia dinamica trattato nel Brevetto '451 è il professore Giovanni Sacco.

Le scriviamo per consentire un contatto tra Newegg e 21 srl e l'inventore del Brevetto '451. Giovanni Sacco e per offrire a Newegg una licenza in termini altamente favorevoli per ciò che riteniamo sia un brevetto essenziale nel campo del dettaglio online. e vale a dire per consentire ad un utente di individuare dati per raffinamenti progressivi tramite varie categorie di informazioni. per esempio, dal tipo di prodotto alla fascia di prezzo al nome di marca. disponibilità, taglia. fabbricante. colore o altra categoria.

Al momento. il Brevetto '451 è stato dato con successo in licenza ad Apple, Walgreens e OfficeMax e ci troviamo nella fase finale dei negoziati con numerose altre importanti società nel mercato dell'e-commerce. Esiste anche un contenzioso per l'applicazione del Brevetto '451 attualmente in corso contro CDW nel Distretto settentrionale dell'Illinois, caso n.ro 1:08cv7350.

**Giovanni Sacco**

Il professore Sacco è attualmente un professore associato dei Sistemi Informativi e Interazione Umana Computeristica presso il Dipartimento di Informatica dell'Università di Torino, Italia. Egli ha lavorato nella ricerca presso la Purdue University, presso l'IBM Research di San Jose (adesso Almaden) con il System-R Group e presso l'University del Maryland. È stato il noto inventore di due brevetti statunitensi e il co-inventore di un brevetto IBM sulla tecnologia di banca dati relazionale. Il professore Sacco ha occupato posizioni lavorative nel settore della ricerca e dell'industria per oltre 25 anni.

Il professore Sacco è stato anche autore di pubblicazioni scientifiche in varie riviste e conferenze internazionali, compreso un lavoro sulla sicurezza con Dorothy Denning (Comm of the ACM 24:8, 1981) che costituisce una delle basi dell'architettura di sicurezza Kerberos MIT ed è stata adottata come riferimento da oltre 500 pubblicazioni scientifiche.

**Il Claim 13 del Brevetto '451**

Il Claim 13 del Brevetto '451 viene illustrato qui di seguito:

> 13. Un metodo per richiamare articoli da cataloghi elettronici, per le applicazioni come il commercio elettronico o le aste elettroniche, laddove il richiamo viene eseguito tramite interrogazioni visive su tassonomie dinamiche, le quali costituiscono un'organizzazione gerarchica di concetti. Tali concetti inoltre comprendono caratteristiche come il prezzo, gli articoli in detti cataloghi elettronici sono in grado di essere classificati secondo concetti diversi, detti articoli e la loro classificazione sono chiamati estensione; detto metodo comprende:
>
> visualizzazione di una tassonomia per detto richiamo;
>
> selezione di una sottoserie di interesse di detta tassonomia per poter raffinare detto richiamo, detta sottoserie di interesse viene specificata selezionando concetti di tassonomia e combinando detti concetti di tassonomia tramite operazioni booleane o viene specificata tramite metodi a interrogazione, con detti metodi a interrogazione che richiamano articoli classificati secondo diversi criteri selettivi;
>
> visualizzazione di una tassonomia ridotta per detta sottoserie selezionata di interesse; detta tassonomia ridotta è derivata da detta tassonomia eliminando dall'estensione di detta tassonomia tutti gli articoli non in detta selezionata sottoserie di interesse e concetti di sfoltita in base ai quali nessun articolo è classificato in detta selezionata sottoserie di interesse; e
>
> ripetizione iterativa di dette fasi di selezione di una sottoserie e di visualizzazione di una tassonomia ridotta per affinare ulteriormente detto richiamo,

laddove:

detta organizzazione gerarchica di concetti per detti cataloghi elettronici comprende una serie di funzioni, ciascuna di queste funzioni costituisce un concetto discendente del concetto radicale di detta organizzazione, ciascuna di dette funzioni ha come discendenti nella tassonomia una serie di concetti, ciascun concetto in detta serie di concetti rappresenta un valore singolo o una serie di valori per quella funzione;

detti articoli in detti cataloghi elettronici sono classificati, per ciascuna predetta funzione, sotto zero o più concetti che rappresentano un valore singolo o una serie di valori per quella funzione;

detta fase di visualizzazione di una ridotta tassonomia che riferisce solo i concetti appartenenti alla ridotta tassonomia o, per ciascun concetto riferisce anche quanti articoli nella serie di interesse sono classificati secondo quel concetto; e

detta fase di sfoltita di concetti include l'eliminazione dalla tassonomia di concetti secondo i quali nessun articolo nella sottoserie selezionata di interesse è classificato o impedisce che tali concetti siano selezionati per poter specificare le serie di interesse.

(Brevetto '451, col. 25, righe 16-62). Deve sapere che 21 srl ha anche richieste di brevetti in corso nello stesso campo basate sulle stesse date prioritarie del Brevetto '451.

**Il sito web in questione**

Alleghiamo una scheda che illustra il Claim 13 con il sito web newegg.com di Newegg.

**Istigazione**

La sezione 271(b) della legge sui brevetti proibisce l'istigazione attiva alla violazione. Naturalmente, Newegg adesso è a conoscenza del brevetto di Sacco e sa anche che gli utenti del sito web di Newegg attuano ciascuna delle fasi descritte nel Claim 13 come illustrato nell'allegata scheda del claim. Ci auguriamo che Newegg ciò lo terrà a mente nello stabilire se deve ottenere una licenza da 21 srl che consentirà agli utenti del suo sito web (e acquirenti dei suoi prodotti) di usare lecitamente la tecnologia brevettata.

**La proposta licenza di 21 srl**

21 srl offre una licenza interamente pagata per un importo in soluzione unica che varia a seconda del volume d'uso dell'invenzione brevettata in base alle statistiche Alexa (www.alexa.com), e vale a dire:

| Classificazione Alexa (In base alle visite degli utenti) | Royalty |
|---|---|
| Oltre 10.001 | $ 200.000 |
| Da 1.001 a 10.000 | $ 400.000 |
| Da 501 a 1.000 | $ 600.000 |
| Da 101 a 500 | $ 800.000 |
| Da 1 a 100 | $1.000.000 |

Alleghiamo l'accordo di licenza standard del nostro cliente per la Sua considerazione.

**Esigenza di una tempestiva considerazione**

Il nostro obiettivo è una risoluzione ragionata ma tempestiva di questa faccenda. La preghiamo di fornirci ulteriori informazioni di cui potreste aver bisogno e noi ve le faremo avere tempestivamente. Ancora, la nostra speranza è che gli esperti tecnici e legali di Newegg concordino che una licenza è necessaria e che sia possibile una pronta risoluzione di questa faccenda.

Cordiali saluti,

F.to *Raymond P. Niro, Jr.*
Raymond P. Niro, Jr.

RPNjr/sls
Allegati

# Brevetto statunitense n.ro 7,340,451

[*COLONNA SINISTRA*]

Violazione del brevetto statunitense n.ro 7,340,451 di www.Newegg.com

*NEWEGG.com*®

[*COLONNA DESTRA*]

US007340451B2

(12) **Brevetto Statunitense**
Sacco

(10) Brevetto n.ro: US 7,340,451 B2
(45) Data del brevetto: *4 marzo 2008

(54) **PROCESSO DI TASSONOMIA DINAMICA PER NAVIGARE E RICHIAMARE INFORMAZIONI IN AMPIE ED ETEROGENEE BANCHE DATI**

(76) Inventore: **Giovanni Sacco**, Via Duchessa Jolanda 21, Torino (IT) I-10138

(*) Avviso: soggetto a qualsiasi clausola rinunciataria, il termine di questo brevetto viene ampliato o regolato secondo il 35 U.S.C. 154(b) di 455 giorni.

Questo brevetto è soggetto ad una clausola rinunciataria terminale.

(21) Richiesta n.ro: **10/819,946**

(22) Depositato: **8 aprile 2004**

(65) **Dati di pubblicazione precedente**
US 2004/0193593 A1 30 settembre 2004

**Dati di richiesta statunitense associata**
(63) Continuazione della richiesta n.ro 09/868,339, depositata come richiesta n.ro PCT/IT99/00401 il 3 dicembre 1999, adesso brevetto n.ro 6,763,349.

(30) **Dati prioritari di richiesta straniera**
16 dicembre 1998 (IT) ........................TO98A1049

(51) **Int. Cl.**
***G06F 17/30*** (2006.01)

(52) U.S. Cl. .................707/3; 707/2; 707/7 707/101; 707/103 R; 707/104.1

(58) **Campo di ricerca classificativa** 707/1-10, 707/100-104.1; 200-205
Ved. cartella di richiesta per la storia di ricerca completa.

(56) **Riferimenti citati**

DOCUMENTI DI BREVETTO STATUNITENSE

5,644,740 A 7/1997 Kiuchi

DOCUMENTI DI BREVETTO STRANIERO

EP 0 694 829 1/1996

ALTRE PUBBLICAZIONI

M. A. Hearst, *et al.*, Conferenza ACM-SIGIR internazionale annuale su ricerca e sviluppo del richiamo delle informazioni, pagg. 246-255, "Cat-A-Cone: An Interactive Interface for Specifying Searched and Viewing Retrieval Results Using a Large Category Hierarchy", 1997.

G. Schmeltz Pedersen Procedimenti della Conferenza ACM-SIGIR internazionale annuale su ricerca e sviluppo del richiamo delle informazioni, vol. 16. pagg. 270-279, "A Browser for Bibliographic Information Retrieval, Based on an Application of Lattice Theory", 1993.

G. A. Story, *et al.*, Computer, US, IEEE Computer Society, vol. 25, N.ro 9, pagg. 17-25. "The Rightpages Image-Based Electronic Library for Alerting and Browsing", 1 settembre 1992.

*Esaminatore primario* – Isaac Woo
(74) *Avvocato, agente o ditta* – Oblon. Spivak, McLelland, Maier & Neustadt, P.C.

(57) **COMPENDIO**

Viene divulgato un processo per il richiamo di informazioni in ampie ed eterogenee banche dati, laddove il richiamo di informazioni tramite interrogazione/navigazione visiva è supportato da tassonomie dinamiche: il processo consiste in fasi di: inizialmente illustrazione di una tassonomia completa per il richiamo; raffinazione del richiamo tramite una selezione di sottoserie di interesse, laddove la raffinazione viene eseguita selezionando i concetti nella tassonomia e combinandoli tramite operazioni booleane; mostrare una tassonomia ridotta per la serie selezionata; e ulteriore raffinazione del richiamo tramite un'esecuzione iterativa delle fasi di raffinazione e illustrazione.

**Claim 15. 1 Foglio con disegno**

PRESENTAZIONE INIZIALE
DI TASSONOMIA COMPLETA

RAFFINAZIONE DEL RICHIAMO
TRAMITE UNA SELEZIONE DI
SOTTOSERIE DI INTERESSE

MOSTRARE UNA TASSONOMIA
RIDOTTA PER LA SERIE SELEZIONATA

ULTERIORE RAFFINAZIONE DEL RICHIAMO
TRAMITE UNA
ESECUZIONE ITERATIVA DI RAFFINAZIONE
E ILLUSTRAZIONE DELLE FASI

Questo documento contiene informazioni divulgate come parte di discussioni di definizione. S'intende che né il documento né il suo contenuto possono essere usati in alcun contenzioso a qualsiasi scopo e che questo documento sarà trattato come stabilito dalla Norma Fed. di Prova 408.

# Brevetto USA n.ro 7,340,451 – Claim 13

[*COLONNA SINISTRA*]

13. Un metodo per richiamare articoli da cataloghi elettronici, per le applicazioni come il commercio elettronico o le aste elettroniche, laddove il richiamo viene eseguito tramite interrogazioni visive su tassonomie dinamiche, le quali costituiscono un'organizzazione gerarchica di concetti. Tali concetti inoltre comprendono caratteristiche come il prezzo, gli articoli in detti cataloghi elettronici sono in grado di essere classificati secondo concetti diversi, detti articoli e la loro classificazione sono chiamati estensione: detto metodo comprende:

visualizzazione di una tassonomia per detto richiamo;

selezione di una sottoserie di interesse di detta tassonomia per poter raffinare detto richiamo, detta sottoserie di interesse viene specificata selezionando concetti di tassonomia e combinando detti concetti di tassonomia tramite operazioni booleane o viene specificata tramite metodi a interrogazione, con detti metodi a interrogazione che richiamano articoli classificati secondo diversi criteri selettivi;

visualizzazione di una tassonomia ridotta per detta sottoserie selezionata di interesse: detta tassonomia ridotta è derivata da detta tassonomia eliminando dall'estensione di detta tassonomia tutti gli articoli non in detta selezionata sottoserie di interesse e concetti di sfoltita in base ai quali nessun articolo è classificato in detta selezionata sottoserie di interesse; e

ripetizione iterativa di dette fasi di selezione di una sottoserie e di visualizzazione di una tassonomia ridotta per affinare ulteriormente detto richiamo,

laddove:

detta organizzazione gerarchica di concetti per detti cataloghi elettronici comprende una serie di funzioni, ciascuna di queste funzioni costituisce un concetto discendente del concetto radicale di detta organizzazione, ciascuna di dette funzioni ha come discendenti nella tassonomia una serie di concetti, ciascun concetto in detta serie di concetti rappresenta un valore singolo o una serie di valori per quella funzione;

detti articoli in detti cataloghi elettronici sono classificati, per ciascuna predetta funzione, sotto zero o più concetti che rappresentano un valore singolo o una serie di valori per quella funzione;

detta fase di visualizzazione di una ridotta tassonomia che riferisce solo i concetti appartenenti alla ridotta tassonomia o, per ciascun concetto riferisce anche quanti articoli nella serie di interesse sono classificati secondo quel concetto; e

detta fase di sfoltita di concetti include l'eliminazione dalla tassonomia di concetti secondo i quali nessun articolo nella sottoserie selezionata di interesse è classificato o impedisce che tali concetti siano selezionati per poter specificare le serie di interesse.

---

[*COLONNA DESTRA*]

Newegg.com è un sito web di commercio elettronico. Un utente di Newegg.com richiama articoli dal suo catalogo elettronico eseguendo interrogazioni visive su una tassonomia dinamica. Una tassonomia dinamica è un'organizzazione gerarchica di concetti. Gli articoli nel catalogo elettronico Newegg.com sono classificati secondo concetti diversi.

[*PAGINA DEL SITO WEB ILLEGGIBILE*]

L'utente visualizza i concetti radicali sulla pagina principale di Newegg.com.

Questo documento contiene informazioni divulgate che fanno parte delle discussioni di definizione. S'intende che né il documento né il suo contenuto possono essere usati in alcun contenzioso a qualsiasi scopo e che questo documento sarà trattato come stabilito dalla Norma Fed. di Prova 408.

# Brevetto USA n.ro 7,340,451 – Claim 13

[*COLONNA SINISTRA*]

13. Un metodo per richiamare articoli da cataloghi elettronici, per le applicazioni come il commercio elettronico o le aste elettroniche, laddove il richiamo viene eseguito tramite interrogazioni visive su tassonomie dinamiche, le quali costituiscono un'organizzazione gerarchica di concetti. Tali concetti inoltre comprendono caratteristiche come il prezzo, gli articoli in detti cataloghi elettronici sono in grado di essere classificati secondo concetti diversi, detti articoli e la loro classificazione sono chiamati estensione: detto metodo comprende:

visualizzazione di una tassonomia per detto richiamo;

selezione di una sottoserie di interesse di detta tassonomia per poter raffinare detto richiamo, detta sottoserie di interesse viene specificata selezionando concetti di tassonomia e combinando detti concetti di tassonomia tramite operazioni booleane o viene specificata tramite metodi a interrogazione, con detti metodi a interrogazione che richiamano articoli classificati secondo diversi criteri selettivi;

visualizzazione di una tassonomia ridotta per detta sottoserie selezionata di interesse; detta tassonomia ridotta è derivata da detta tassonomia eliminando dall'estensione di detta tassonomia tutti gli articoli non in detta selezionata sottoserie di interesse e concetti di sfoltita in base ai quali nessun articolo è classificato in detta selezionata sottoserie di interesse; e

ripetizione iterativa di dette fasi di selezione di una sottoserie e di visualizzazione di una tassonomia ridotta per affinare ulteriormente detto richiamo,

laddove:

detta organizzazione gerarchica di concetti per detti cataloghi elettronici comprende una serie di funzioni, ciascuna di queste funzioni costituisce un concetto discendente del concetto radicale di detta organizzazione, ciascuna di dette funzioni ha come discendenti nella tassonomia una serie di concetti, ciascun concetto in detta serie di concetti rappresenta un valore singolo o una serie di valori per quella funzione;

detti articoli in detti cataloghi elettronici sono classificati, per ciascuna predetta funzione, sotto zero o più concetti che rappresentano un valore singolo o una serie di valori per quella funzione;

detta fase di visualizzazione di una ridotta tassonomia che riferisce solo i concetti appartenenti alla ridotta tassonomia o, per ciascun concetto riferisce anche quanti articoli nella serie di interesse sono classificati secondo quel concetto; e

detta fase di sfoltita di concetti include l'eliminazione dalla tassonomia di concetti secondo i quali nessun articolo nella sottoserie selezionata di interesse è classificato o impedisce che tali concetti siano selezionati per poter specificare le serie di interesse.

-----------------------------------------------

[*COLONNA DESTRA*]

L'utente visualizza una tassonomia per richiamare gli articoli sullo schermo del suo computer visitando il sito web Newegg.

[*PAGINA DEL SITO WEB ILLEGGIBILE*]

Tassonomia per richiamare articoli.

Questo documento contiene informazioni divulgate che fanno parte delle discussioni di definizione. S'intende che né il documento né il suo contenuto possono essere usati in alcun contenzioso a qualsiasi scopo e che questo documento sarà trattato come stabilito dalla Norma Fed. di Prova 408.

# Brevetto USA n.ro 7,340,451 – Claim 13

[*COLONNA SINISTRA*]

13. Un metodo per richiamare articoli da cataloghi elettronici, per le applicazioni come il commercio elettronico o le aste elettroniche, laddove il richiamo viene eseguito tramite interrogazioni visive su tassonomie dinamiche, le quali costituiscono un'organizzazione gerarchica di concetti. Tali concetti inoltre comprendono caratteristiche come il prezzo, gli articoli in detti cataloghi elettronici sono in grado di essere classificati secondo concetti diversi, detti articoli e la loro classificazione sono chiamati estensione; detto metodo comprende:

visualizzazione di una tassonomia per detto richiamo;

selezione di una sottoserie di interesse di detta tassonomia per poter raffinare detto richiamo, detta sottoserie di interesse viene specificata selezionando concetti di tassonomia e combinando detti concetti di tassonomia tramite operazioni booleane o viene specificata tramite metodi a interrogazione, con detti metodi a interrogazione che richiamano articoli classificati secondo diversi criteri selettivi;

visualizzazione di una tassonomia ridotta per detta sottoserie selezionata di interesse; detta tassonomia ridotta è derivata da detta tassonomia eliminando dall'estensione di detta tassonomia tutti gli articoli non in detta selezionata sottoserie di interesse e concetti di sfoltita in base ai quali nessun articolo è classificato in detta selezionata sottoserie di interesse; e

ripetizione iterativa di dette fasi di selezione di una sottoserie e di visualizzazione di una tassonomia ridotta per affinare ulteriormente detto richiamo,

laddove:

detta organizzazione gerarchica di concetti per detti cataloghi elettronici comprende una serie di funzioni, ciascuna di queste funzioni costituisce un concetto discendente del concetto radicale di detta organizzazione, ciascuna di dette funzioni ha come discendenti nella tassonomia una serie di concetti, ciascun concetto in detta serie di concetti rappresenta un valore singolo o una serie di valori per quella funzione;

detti articoli in detti cataloghi elettronici sono classificati, per ciascuna predetta funzione, sotto zero o più concetti che rappresentano un valore singolo o una serie di valori per quella funzione;

detta fase di visualizzazione di una ridotta tassonomia che riferisce solo i concetti appartenenti alla ridotta tassonomia o, per ciascun concetto riferisce anche quanti articoli nella serie di interesse sono classificati secondo quel concetto; e

detta fase di sfoltita di concetti include l'eliminazione dalla tassonomia di concetti secondo i quali nessun articolo nella sottoserie selezionata di interesse è classificato o impedisce che tali concetti siano selezionati per poter specificare le serie di interesse.

------------------------------------------------

[*COLONNA DESTRA*]

L'utente raffina il richiamo selezionando una sottoserie di interesse.

[*PAGINA DEL SITO WEB ILLEGGIBILE*]

L'utente seleziona la sottoserie di interesse Fabbricante>Hewlett-Packard.

**Fabbricante**
**Hewlett-Packard** (72)

Questo documento contiene informazioni divulgate che fanno parte delle discussioni di definizione. S'intende che né il documento né il suo contenuto possono essere usati in alcun contenzioso a qualsiasi scopo e che questo documento sarà trattato come stabilito dalla Norma Fed. di Prova 408.

# Brevetto USA n.ro 7,340,451 – Claim 13

[*COLONNA SINISTRA*]

13. Un metodo per richiamare articoli da cataloghi elettronici, per le applicazioni come il commercio elettronico o le aste elettroniche, laddove il richiamo viene eseguito tramite interrogazioni visive su tassonomie dinamiche, le quali costituiscono un'organizzazione gerarchica di concetti. Tali concetti inoltre comprendono caratteristiche come il prezzo, gli articoli in detti cataloghi elettronici sono in grado di essere classificati secondo concetti diversi, detti articoli e la loro classificazione sono chiamati estensione; detto metodo comprende:

visualizzazione di una tassonomia per detto richiamo;

selezione di una sottoserie di interesse di detta tassonomia per poter raffinare detto richiamo, detta sottoserie di interesse viene specificata selezionando concetti di tassonomia e combinando detti concetti di tassonomia tramite operazioni booleane o viene specificata tramite metodi a interrogazione, con detti metodi a interrogazione che richiamano articoli classificati secondo diversi criteri selettivi;

visualizzazione di una tassonomia ridotta per detta sottoserie selezionata di interesse; detta tassonomia ridotta è derivata da detta tassonomia eliminando dall'estensione di detta tassonomia tutti gli articoli non in detta selezionata sottoserie di interesse e concetti di sfoltita in base ai quali nessun articolo è classificato in detta selezionata sottoserie di interesse; e

ripetizione iterativa di dette fasi di selezione di una sottoserie e di visualizzazione di una tassonomia ridotta per affinare ulteriormente detto richiamo,

laddove:

detta organizzazione gerarchica di concetti per detti cataloghi elettronici comprende una serie di funzioni, ciascuna di queste funzioni costituisce un concetto discendente del concetto radicale di detta organizzazione, ciascuna di dette funzioni ha come discendenti nella tassonomia una serie di concetti, ciascun concetto in detta serie di concetti rappresenta un valore singolo o una serie di valori per quella funzione:

detti articoli in detti cataloghi elettronici sono classificati, per ciascuna predetta funzione, sotto zero o più concetti che rappresentano un valore singolo o una serie di valori per quella funzione;

detta fase di visualizzazione di una ridotta tassonomia che riferisce solo i concetti appartenenti alla ridotta tassonomia o, per ciascun concetto riferisce anche quanti articoli nella serie di interesse sono classificati secondo quel concetto; e

detta fase di sfoltita di concetti include l'eliminazione dalla tassonomia di concetti secondo i quali nessun articolo nella sottoserie selezionata di interesse è classificato o impedisce che tali concetti siano selezionati per poter specificare le serie di interesse.

-----------------------------------------------

[*COLONNA DESTRA*]

In alternativa, l'utente può usare la barra strumenti "Ricerca avanzata" per specificare la sottoserie interrogando Hewlett-Packard.

[*PAGINA DEL SITO WEB ILLEGGIBILE*]

Questo documento contiene informazioni divulgate che fanno parte delle discussioni di definizione. S'intende che né il documento né il suo contenuto possono essere usati in alcun contenzioso a qualsiasi scopo e che questo documento sarà trattato come stabilito dalla Norma Fed. di Prova 408.

# Brevetto USA n.ro 7,340,451 – Claim 13

[*COLONNA SINISTRA*]

13. Un metodo per richiamare articoli da cataloghi elettronici. per le applicazioni come il commercio elettronico o le aste elettroniche, laddove il richiamo viene eseguito tramite interrogazioni visive su tassonomie dinamiche, le quali costituiscono un'organizzazione gerarchica di concetti. Tali concetti inoltre comprendono caratteristiche come il prezzo, gli articoli in detti cataloghi elettronici sono in grado di essere classificati secondo concetti diversi, detti articoli e la loro classificazione sono chiamati estensione; detto metodo comprende:

visualizzazione di una tassonomia per detto richiamo;

selezione di una sottoserie di interesse di detta tassonomia per poter raffinare detto richiamo, detta sottoserie di interesse viene specificata selezionando concetti di tassonomia e combinando detti concetti di tassonomia tramite operazioni booleane o viene specificata tramite metodi a interrogazione, con detti metodi a interrogazione che richiamano articoli classificati secondo diversi criteri selettivi:

visualizzazione di una tassonomia ridotta per detta sottoserie selezionata di interesse; detta tassonomia ridotta è derivata da detta tassonomia eliminando dall'estensione di detta tassonomia tutti gli articoli non in detta selezionata sottoserie di interesse e concetti di sfoltita in base ai quali nessun articolo è classificato in detta selezionata sottoserie di interesse; e

ripetizione iterativa di dette fasi di selezione di una sottoserie e di visualizzazione di una tassonomia ridotta per affinare ulteriormente detto richiamo,

laddove:

detta organizzazione gerarchica di concetti per detti cataloghi elettronici comprende una serie di funzioni, ciascuna di queste funzioni costituisce un concetto discendente del concetto radicale di detta organizzazione, ciascuna di dette funzioni ha come discendenti nella tassonomia una serie di concetti, ciascun concetto in detta serie di concetti rappresenta un valore singolo o una serie di valori per quella funzione;

detti articoli in detti cataloghi elettronici sono classificati, per ciascuna predetta funzione. sotto zero o più concetti che rappresentano un valore singolo o una serie di valori per quella funzione;

detta fase di visualizzazione di una ridotta tassonomia che riferisce solo i concetti appartenenti alla ridotta tassonomia o, per ciascun concetto riferisce anche quanti articoli nella serie di interesse sono classificati secondo quel concetto; e

detta fase di sfoltita di concetti include l'eliminazione dalla tassonomia di concetti secondo i quali nessun articolo nella sottoserie selezionata di interesse è classificato o impedisce che tali concetti siano selezionati per poter specificare le serie di interesse.

---

[*COLONNA DESTRA*]

L'utente visualizza una tassonomia ridotta per richiamare gli articoli sullo schermo del suo computer selezionando la sottoserie di interesse. Fabbricante>Hewlett-Packard.

**Tassonomia originale** **Tassonomia ridotta**

[*PAGINA DEL SITO WEB ILLEGGIBILE*]

Questo documento contiene informazioni divulgate che fanno parte delle discussioni di definizione. S'intende che né il documento né il suo contenuto possono essere usati in alcun contenzioso a qualsiasi scopo e che questo documento sarà trattato come stabilito dalla Norma Fed. di Prova 408.

# Brevetto USA n.ro 7,340,451 – Claim 13

[*COLONNA SINISTRA*]

13. Un metodo per richiamare articoli da cataloghi elettronici, per le applicazioni come il commercio elettronico o le aste elettroniche, laddove il richiamo viene eseguito tramite interrogazioni visive su tassonomie dinamiche, le quali costituiscono un'organizzazione gerarchica di concetti. Tali concetti inoltre comprendono caratteristiche come il prezzo, gli articoli in detti cataloghi elettronici sono in grado di essere classificati secondo concetti diversi, detti articoli e la loro classificazione sono chiamati estensione; detto metodo comprende:

visualizzazione di una tassonomia per detto richiamo;

selezione di una sottoserie di interesse di detta tassonomia per poter raffinare detto richiamo, detta sottoserie di interesse viene specificata selezionando concetti di tassonomia e combinando detti concetti di tassonomia tramite operazioni booleane o viene specificata tramite metodi a interrogazione. con detti metodi a interrogazione che richiamano articoli classificati secondo diversi criteri selettivi;

visualizzazione di una tassonomia ridotta per detta sottoserie selezionata di interesse; detta tassonomia ridotta è derivata da detta tassonomia eliminando dall'estensione di detta tassonomia tutti gli articoli non in detta selezionata sottoserie di interesse e concetti di sfoltita in base ai quali nessun articolo è classificato in detta selezionata sottoserie di interesse; e

ripetizione iterativa di dette fasi di selezione di una sottoserie e di visualizzazione di una tassonomia ridotta per affinare ulteriormente detto richiamo,

laddove:

detta organizzazione gerarchica di concetti per detti cataloghi elettronici comprende una serie di funzioni, ciascuna di queste funzioni costituisce un concetto discendente del concetto radicale di detta organizzazione, ciascuna di dette funzioni ha come discendenti nella tassonomia una serie di concetti, ciascun concetto in detta serie di concetti rappresenta un valore singolo o una serie di valori per quella funzione;

detti articoli in detti cataloghi elettronici sono classificati, per ciascuna predetta funzione, sotto zero o più concetti che rappresentano un valore singolo o una serie di valori per quella funzione;

detta fase di visualizzazione di una ridotta tassonomia che riferisce solo i concetti appartenenti alla ridotta tassonomia o. per ciascun concetto riferisce anche quanti articoli nella serie di interesse sono classificati secondo quel concetto; e

detta fase di sfoltita di concetti include l'eliminazione dalla tassonomia di concetti secondo i quali nessun articolo nella sottoserie selezionata di interesse è classificato o impedisce che tali concetti siano selezionati per poter specificare le serie di interesse.

---

[*COLONNA DESTRA*]

L'utente ripete iterativamente la sequenza di selezione e visualizzazione per assottigliare ulteriormente i risultati richiamati dal catalogo elettronico.

**Tassonomia originale** **Tassonomia ridotta** **Tassonomia ulteriormente ridotta**

[***PAGINA DEL SITO WEB ILLEGGIBILE***]

Questo documento contiene informazioni divulgate che fanno parte delle discussioni di definizione. S'intende che né il documento né il suo contenuto possono essere usati in alcun contenzioso a qualsiasi scopo e che questo documento sarà trattato come stabilito dalla Norma Fed. di Prova 408.

# Brevetto USA n.ro 7,340,451 – Claim 13

[*COLONNA SINISTRA*]

13. Un metodo per richiamare articoli da cataloghi elettronici, per le applicazioni come il commercio elettronico o le aste elettroniche, laddove il richiamo viene eseguito tramite interrogazioni visive su tassonomie dinamiche, le quali costituiscono un'organizzazione gerarchica di concetti. Tali concetti inoltre comprendono caratteristiche come il prezzo, gli articoli in detti cataloghi elettronici sono in grado di essere classificati secondo concetti diversi, detti articoli e la loro classificazione sono chiamati estensione; detto metodo comprende:

visualizzazione di una tassonomia per detto richiamo;

selezione di una sottoserie di interesse di detta tassonomia per poter raffinare detto richiamo, detta sottoserie di interesse viene specificata selezionando concetti di tassonomia e combinando detti concetti di tassonomia tramite operazioni booleane o viene specificata tramite metodi a interrogazione, con detti metodi a interrogazione che richiamano articoli classificati secondo diversi criteri selettivi;

visualizzazione di una tassonomia ridotta per detta sottoserie selezionata di interesse; detta tassonomia ridotta è derivata da detta tassonomia eliminando dall'estensione di detta tassonomia tutti gli articoli non in detta selezionata sottoserie di interesse e concetti di sfoltita in base ai quali nessun articolo è classificato in detta selezionata sottoserie di interesse; e

ripetizione iterativa di dette fasi di selezione di una sottoserie e di visualizzazione di una tassonomia ridotta per affinare ulteriormente detto richiamo,

laddove:

detta organizzazione gerarchica di concetti per detti cataloghi elettronici comprende una serie di funzioni, ciascuna di queste funzioni costituisce un concetto discendente del concetto radicale di detta organizzazione, ciascuna di dette funzioni ha come discendenti nella tassonomia una serie di concetti, ciascun concetto in detta serie di concetti rappresenta un valore singolo o una serie di valori per quella funzione;

detti articoli in detti cataloghi elettronici sono classificati, per ciascuna predetta funzione, sotto zero o più concetti che rappresentano un valore singolo o una serie di valori per quella funzione;

detta fase di visualizzazione di una ridotta tassonomia che riferisce solo i concetti appartenenti alla ridotta tassonomia o, per ciascun concetto riferisce anche quanti articoli nella serie di interesse sono classificati secondo quel concetto: e

detta fase di sfoltita di concetti include l'eliminazione dalla tassonomia di concetti secondo i quali nessun articolo nella sottoserie selezionata di interesse è classificato o impedisce che tali concetti siano selezionati per poter specificare le serie di interesse.

-----------------------------------------------

[*COLONNA DESTRA*]

L'organizzazione gerarchica di concetti per i cataloghi elettronici di Newegg.com comprende una serie di funzioni. Queste funzioni sono concetti discendenti del concetto radicale e ciascuna funzione ha, come suo discendete, una serie di concetti. Ciascun concetto in questa serie di concetti rappresenta o un valore singolo o una serie di valori per la funzione.

Concetto radicale

PC desktop [*PAGINA DEL SITO WEB ILLEGGIBILE*]

Concetto "Fabbricante" è una funzione di PC desktop

Fabbricante

I concetti Hewlett-Packard, IBUYPOWER, ecc., rappresentano valori della funzione "Fabbricante"

Questo documento contiene informazioni divulgate che fanno parte delle discussioni di definizione. S'intende che né il documento né il suo contenuto possono essere usati in alcun contenzioso a qualsiasi scopo e che questo documento sarà trattato come stabilito dalla Norma Fed. di Prova 408.

# Brevetto USA n.ro 7,340,451 – Claim 13

[*COLONNA SINISTRA*]

13. Un metodo per richiamare articoli da cataloghi elettronici, per le applicazioni come il commercio elettronico o le aste elettroniche, laddove il richiamo viene eseguito tramite interrogazioni visive su tassonomie dinamiche, le quali costituiscono un'organizzazione gerarchica di concetti. Tali concetti inoltre comprendono caratteristiche come il prezzo, gli articoli in detti cataloghi elettronici sono in grado di essere classificati secondo concetti diversi, detti articoli e la loro classificazione sono chiamati estensione; detto metodo comprende:

visualizzazione di una tassonomia per detto richiamo;

selezione di una sottoserie di interesse di detta tassonomia per poter raffinare detto richiamo, detta sottoserie di interesse viene specificata selezionando concetti di tassonomia e combinando detti concetti di tassonomia tramite operazioni booleane o viene specificata tramite metodi a interrogazione. con detti metodi a interrogazione che richiamano articoli classificati secondo diversi criteri selettivi;

visualizzazione di una tassonomia ridotta per detta sottoserie selezionata di interesse; detta tassonomia ridotta è derivata da detta tassonomia eliminando dall'estensione di detta tassonomia tutti gli articoli non in detta selezionata sottoserie di interesse e concetti di sfoltita in base ai quali nessun articolo è classificato in detta selezionata sottoserie di interesse; e

ripetizione iterativa di dette fasi di selezione di una sottoserie e di visualizzazione di una tassonomia ridotta per affinare ulteriormente detto richiamo,

laddove:

detta organizzazione gerarchica di concetti per detti cataloghi elettronici comprende una serie di funzioni, ciascuna di queste funzioni costituisce un concetto discendente del concetto radicale di detta organizzazione, ciascuna di dette funzioni ha come discendenti nella tassonomia una serie di concetti, ciascun concetto in detta serie di concetti rappresenta un valore singolo o una serie di valori per quella funzione;

detti articoli in detti cataloghi elettronici sono classificati, per ciascuna predetta funzione. sotto zero o più concetti che rappresentano un valore singolo o una serie di valori per quella funzione;

detta fase di visualizzazione di una ridotta tassonomia che riferisce solo i concetti appartenenti alla ridotta tassonomia o, per ciascun concetto riferisce anche quanti articoli nella serie di interesse sono classificati secondo quel concetto; e

detta fase di sfoltita di concetti include l'eliminazione dalla tassonomia di concetti secondo i quali nessun articolo nella sottoserie selezionata di interesse è classificato o impedisce che tali concetti siano selezionati per poter specificare le serie di interesse.

-----------------------------------------------

[*COLONNA DESTRA*]

Gli articoli nei cataloghi elettronici sono classificati per ciascuna funzione. secondo nessuno o qualche concetto.
Questi concetti rappresentano o un valore singolo o una serie di valori per quella funzione.

**Fabbricante** — **Prezzo:**

Hewlett-Packard (72) — $300 - $400 (21)

[*PAGINA DEL SITO WEB ILLEGGIBILE*]

Hewlett-Packard è un valore singolo della funzione: Fabbricante.
$300 - $400 è una serie di valori per la funzione: Prezzo.

Questo documento contiene informazioni divulgate che fanno parte delle discussioni di definizione. S'intende che né il documento né il suo contenuto possono essere usati in alcun contenzioso a qualsiasi scopo e che questo documento sarà trattato come stabilito dalla Norma Fed. di Prova 408.

# Brevetto USA n.ro 7,340,451 – Claim 13

[*COLONNA SINISTRA*]

13. Un metodo per richiamare articoli da cataloghi elettronici, per le applicazioni come il commercio elettronico o le aste elettroniche, laddove il richiamo viene eseguito tramite interrogazioni visive su tassonomie dinamiche, le quali costituiscono un'organizzazione gerarchica di concetti. Tali concetti inoltre comprendono caratteristiche come il prezzo, gli articoli in detti cataloghi elettronici sono in grado di essere classificati secondo concetti diversi, detti articoli e la loro classificazione sono chiamati estensione; detto metodo comprende:

visualizzazione di una tassonomia per detto richiamo;

selezione di una sottoserie di interesse di detta tassonomia per poter raffinare detto richiamo, detta sottoserie di interesse viene specificata selezionando concetti di tassonomia e combinando detti concetti di tassonomia tramite operazioni booleane o viene specificata tramite metodi a interrogazione, con detti metodi a interrogazione che richiamano articoli classificati secondo diversi criteri selettivi;

visualizzazione di una tassonomia ridotta per detta sottoserie selezionata di interesse; detta tassonomia ridotta è derivata da detta tassonomia eliminando dall'estensione di detta tassonomia tutti gli articoli non in detta selezionata sottoserie di interesse e concetti di sfoltita in base ai quali nessun articolo è classificato in detta selezionata sottoserie di interesse; e

ripetizione iterativa di dette fasi di selezione di una sottoserie e di visualizzazione di una tassonomia ridotta per affinare ulteriormente detto richiamo,

laddove:

detta organizzazione gerarchica di concetti per detti cataloghi elettronici comprende una serie di funzioni, ciascuna di queste funzioni costituisce un concetto discendente del concetto radicale di detta organizzazione, ciascuna di dette funzioni ha come discendenti nella tassonomia una serie di concetti, ciascun concetto in detta serie di concetti rappresenta un valore singolo o una serie di valori per quella funzione;

detti articoli in detti cataloghi elettronici sono classificati, per ciascuna predetta funzione, sotto zero o più concetti che rappresentano un valore singolo o una serie di valori per quella funzione;

detta fase di visualizzazione di una ridotta tassonomia che riferisce solo i concetti appartenenti alla ridotta tassonomia o, per ciascun concetto riferisce anche quanti articoli nella serie di interesse sono classificati secondo quel concetto; e

detta fase di sfoltita di concetti include l'eliminazione dalla tassonomia di concetti secondo i quali nessun articolo nella sottoserie selezionata di interesse è classificato o impedisce che tali concetti siano selezionati per poter specificare le serie di interesse.

-----------------------------------------------

[*COLONNA DESTRA*]

L'utente visualizza una tassonomia ridotta sullo schermo del suo computer, che: (1) riferisce solo i concetti appartenenti alla tassonomia ridotta; o (2) per ciascun concetto riferisce anche come molti articoli nella serie interesse sono classificati secondo il concetto.

**Tassonomia originale**

Concetti appartenenti a tassonomia ridotta; ciascun concetto riferisce anche quanti articoli nella serie interesse sono classificati sotto quel concetto.

**Tassonomia ridotta**

[*PAGINA DEL SITO WEB ILLEGGIBILE*]

Per esempio, il numero di articoli nella serie interesse, Hewlett-Packard e classificati sotto il concetto. Prezzo >$300-$400 viene riferito come 7 articoli.

Questo documento contiene informazioni divulgate che fanno parte delle discussioni di definizione. S'intende che né il documento né il suo contenuto possono essere usati in alcun contenzioso a qualsiasi scopo e che questo documento sarà trattato come stabilito dalla Norma Fed. di Prova 408.

# Brevetto USA n.ro 7,340,451 – Claim 13

[*COLONNA SINISTRA*]

13. Un metodo per richiamare articoli da cataloghi elettronici, per le applicazioni come il commercio elettronico o le aste elettroniche, laddove il richiamo viene eseguito tramite interrogazioni visive su tassonomie dinamiche, le quali costituiscono un'organizzazione gerarchica di concetti. Tali concetti inoltre comprendono caratteristiche come il prezzo, gli articoli in detti cataloghi elettronici sono in grado di essere classificati secondo concetti diversi, detti articoli e la loro classificazione sono chiamati estensione; detto metodo comprende:

visualizzazione di una tassonomia per detto richiamo;

selezione di una sottoserie di interesse di detta tassonomia per poter raffinare detto richiamo, detta sottoserie di interesse viene specificata selezionando concetti di tassonomia e combinando detti concetti di tassonomia tramite operazioni booleane o viene specificata tramite metodi a interrogazione, con detti metodi a interrogazione che richiamano articoli classificati secondo diversi criteri selettivi;

visualizzazione di una tassonomia ridotta per detta sottoserie selezionata di interesse; detta tassonomia ridotta è derivata da detta tassonomia eliminando dall'estensione di detta tassonomia tutti gli articoli non in detta selezionata sottoserie di interesse e concetti di sfoltita in base ai quali nessun articolo è classificato in detta selezionata sottoserie di interesse; e

ripetizione iterativa di dette fasi di selezione di una sottoserie e di visualizzazione di una tassonomia ridotta per affinare ulteriormente detto richiamo,

laddove:

detta organizzazione gerarchica di concetti per detti cataloghi elettronici comprende una serie di funzioni, ciascuna di queste funzioni costituisce un concetto discendente del concetto radicale di detta organizzazione, ciascuna di dette funzioni ha come discendenti nella tassonomia una serie di concetti, ciascun concetto in detta serie di concetti rappresenta un valore singolo o una serie di valori per quella funzione;

detti articoli in detti cataloghi elettronici sono classificati, per ciascuna predetta funzione, sotto zero o più concetti che rappresentano un valore singolo o una serie di valori per quella funzione;

detta fase di visualizzazione di una ridotta tassonomia che riferisce solo i concetti appartenenti alla ridotta tassonomia o, per ciascun concetto riferisce anche quanti articoli nella serie di interesse sono classificati secondo quel concetto; e

detta fase di sfoltita di concetti include l'eliminazione dalla tassonomia di concetti secondo i quali nessun articolo nella sottoserie selezionata di interesse è classificato o impedisce che tali concetti siano selezionati per poter specificare le serie di interesse.

--------------------------------------------------

[*COLONNA DESTRA*]

Quando l'utente seleziona un concetto, i concetti sono sfoltiti da: (1) eliminazione di concetti secondo cui nessun articolo è classificato in quella sottoserie di interesse o (2) impedisce che siano selezionati tali concetti.

**Tassonomia originale** **Tassonomia ridotta**

[*PAGINA DEL SITO WEB ILLEGGIBILE*]

Per esempio, la selezione di Hewlett-Packard sfoltisce i due concetti: "$100 - $200" e "$200 - $300" in quanto nessun articolo Hewlett-Packard è classificato sotto questi concetti.

Questo documento contiene informazioni divulgate che fanno parte delle discussioni di definizione. S'intende che né il documento né il suo contenuto possono essere usati in alcun contenzioso a qualsiasi scopo e che questo documento sarà trattato come stabilito dalla Norma Fed. di Prova 408.

ORIGINAL

Name & Address:
ZARIAN MIDGLEY & JOHNSON PLLC
960 BROADWAY AVENUE
SUITE 250
BOISE, IDAHO 83706
(208) 562-4900

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

NEWEGG INC., a Delaware corporation

PLAINTIFF(S)

v.

21 srl, a foreign corporation

DEFENDANT(S).

CASE NUMBER
CV09-7322 CAS AJWX

**SUMMONS**

TO: DEFENDANT(S): 21 srl

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ ____________ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, John N. Zarian, whose address is Zarian, Midgley & Johnson PLLC, 960 Broadway Ave., Ste. 250, Boise, ID 83706. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: 08 OCT 2009

By: [signature]
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

COPY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
NEWEGG INC., a Delaware Corporation

**DEFENDANTS**
21 srl, a foreign corporation

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
ZARIAN MIDGLEY & JOHNSON, PLLC
960 Broadway Avenue, Suite 250, Boise, ID 83706
(208) 562-4900

Attorneys (If Known)
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, IL 60602-4635

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES - For Diversity Cases Only** (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No ☐ **MONEY DEMANDED IN COMPLAINT: $**________

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Complaint for Declaratory Judgment and Non-infringement of Patent

**VII. NATURE OF SUIT (Place an X in one box only.)**

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

**TORTS**
**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/ Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE / PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
☐ 820 Copyrights
☑ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

CV09-7322

**FOR OFFICE USE ONLY:** Case Number: ________

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): ____________

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): ____________

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Italy |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

*** Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): [signature] Date Oct. 7, 2009

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

John N. Zarian (SBN 145080)
Brook B. Bond (SBN 144815)
ZARIAN MIDGLEY & JOHNSON PLLC
University Plaza
960 Broadway Ave., Ste. 250
Boise, Idaho 83706
Telephone: (208) 562-4900
Facsimile: (208) 562-4901
E-Mail: zarian@zarianmidgley.com

Mira S. Wolff (SBN 161672)
NEWEGG INC.
16839 E. Gale Avenue
City of Industry, CA 91745
Telephone: (626) 271-9700, x. 22032
Facsimile: (626) 271-9483
E-Mail: Mira.S.Wolff@newegg.com

Attorneys for Plaintiff
NEWEGG INC.

FILED
2009 OCT -8 AM 10: 16
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEWEGG INC., a Delaware corporation,<br>Plaintiff,<br>v.<br>21 srl, a foreign corporation,<br>Defendant. | Case No. CV09-7322 CAS AJWx<br>**COMPLAINT FOR DECLARATORY AND OTHER RELIEF**<br>**JURY TRIAL DEMANDED** |

Newegg Inc., a Delaware corporation ("Newegg" or "Plaintiff"), files this complaint against defendant 21 srl ("21 srl" or "Defendant") and alleges as follows:

**THE PARTIES**

1. Plaintiff NEWEGG INC. is a Delaware corporation and has its principal place of business located at 16839 E. Gale Avenue, City of Industry, California 91745.

2. Plaintiff is an e-commerce company offering products to consumers on the basis of an unsurpassed shopping experience, rapid delivery, and stellar customer service.

3. Defendant 21 srl, on information and belief, is an Italian corporation organized under the laws of Italy. Plaintiff is informed and believes that 21 srl maintains a place of business at Via de Canis 3, I-14100 Asti (AT), Italy.

4. Defendant 21 srl purports to be the owner of U.S. Patent No. 7,340,451 ("the '451 Patent"), issued to Giovanni Sacco ("Sacco") on March 4, 2008. The '451 Patent is a continuation of Ser. No. 09/868,339, filed June 18, 2001 and resulting in the issuance of U.S. Patent No. 6,763,349, which also lists Sacco as the inventor, and which was also assigned by Sacco to Defendant 21 srl.

5. On or about July 9, 2008, Sacco executed an assignment of interest in favor of Defendant 21 srl, which listed an address in Asti, Italy, a city of approximately 75,000 residents in the Piedmont region of northwestern Italy. Newegg is informed and believes that the address listed for 21 srl in Asti, Italy, is shared by other businesses, including a general construction company, a certified public accountant and/or a business consultant.

6. Newegg is informed and believes and thereon alleges that, since 2003, Sacco has presented, submitted and/or published research papers in cities throughout the United States, including Miami, Las Vegas, Seattle, Philadelphia and Palo Alto, California; and that, prior thereto, Sacco presented, submitted and/or published at least one research paper in Los Angeles, California. Newegg is informed and believes that, prior to relocating to Italy, Sacco resided and was employed in the United States, including employment at Purdue University, the University of Maryland, and the IBM Research Lab (System-R Group) in San Jose, California.

7. Newegg is informed and believes that Defendant 21 srl has granted numerous patent licenses under the '451 Patent to companies located throughout the

United States, including one or more companies in California. For example, Newegg is informed and believes that 21 srl has granted a patent license to Apple Computer, which is headquartered in Cupertino, California. Defendant 21 srl purports that the current list of licensees under the '451 Patent also includes CDW, Dell, OfficeMax, Sears and Walgreens.

## JURISDICTION AND VENUE

8. This is an action for a declaratory judgment of patent non-infringement and invalidity. Jurisdiction over this action arises under the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202. There is a justiciable controversy within the meaning of 28 U.S.C. §§ 2201 and 2202 between Plaintiff, on the one hand, and Defendant, on the other hand, regarding whether U.S. Patent No. 7,340,451 B2 ("Dynamic Taxonomy Process for Browsing and Retrieving Information in Large Heterogeneous Data Bases") is valid, enforceable and infringed.

9. Jurisdiction over this action also arises under the patent laws of the United States, Title 35, United States Code, and pursuant to the provisions of 28 U.S.C. §§ 1331 and 1338.

10. On information and belief, venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 and 1400.

## ALLEGATIONS

11. In correspondence dated March 4, 2009 and transmitted to City of Industry, California, Defendant has accused Newegg of infringing the '451 Patent based on allegations that Newegg is actively inducing users of its website to "practice each of the claimed steps of claim 13." (A true and correct copy of the foregoing letter, including the claim chart discussed below, is attached hereto as Exhibit 1.)

12.   In the foregoing letter, Defendant included a claim chart entitled "Infringement of U.S. Patent No. 7,340,451 by www.Newegg.com," purporting to set forth a supposed basis for the alleged infringement.

13.   In the letter, Defendant went on to state that Newegg "now knows of the ['451] patent" and the alleged infringement of claim 13 by the users of Newegg's website. The letter suggested that Newegg could abate its alleged "infringement" of the '451 Patent by negotiating a license agreement and paying royalties to Defendant. Thus, the letter suggested that, absent a license agreement or other consent from Defendant, Plaintiff's liability for alleged patent infringement would increase each and every day.

14.   Defendant sent two subsequent letters regarding the alleged infringement by Plaintiff, the first on April 7, 2009, and the second on September 17, 2009.

15.   In the letter of April 7, 2009, Defendant stated that if there was an interest in "resolving this matter amicably," it needed to hear from Newegg shortly.

16.   In the letter of September 17, 2009, Defendant informed Newegg that it has sued several other companies. Defendant further informed Newegg that it was important to respond to the letter promptly because "the deadline to amend the pleadings" in the foregoing litigation is October 9, 2009.

17.   This language of Defendant's letters clearly amounts to a threat to enforce the '451 patent against plaintiff in a civil action in the immediate future.

18.   By its conduct, Defendant has made numerous threats of infringement against Newegg, a company whose accused activities are conducted in California. Furthermore, Defendant 21 srl is exercising its patent rights through licensees throughout the United States, including one or more licensees in California, and the inventor listed on the '451 Patent has presented, submitted and/or published research papers in cities throughout the United States, including cities in California and this judicial district. Newegg is informed and believes that Defendant 21 srl

has exploited and profited from its Unites States patents by placing licensed products in commerce in this judicial district.

19. Under the circumstances, there is a substantial controversy between parties having adverse legal interests that is of sufficient immediacy and reality to warrant the issuance of a declaratory judgment. Moreover, principles of fair play and substantial justice require that the controversy be resolved in this judicial forum.

**COUNT I**

**DECLARATORY JUDGMENT OF NON-INFRINGEMENT**

**('451 PATENT)**

20. Plaintiff re-alleges and incorporates by reference, as though fully set forth herein, the allegations contained in paragraphs 1 through 19, inclusive.

21. Plaintiff contends that its conduct does not infringe, directly or indirectly, any valid and enforceable claim of the '451 Patent, nor does Plaintiff manufacture, use, sell, import or offer for sale any product or service that infringes, or induces any third party to infringe, a valid and enforceable claim of the '451 Patent. For example, every element of claim 13 is not infringed by either Plaintiff or the users of Plaintiff's website. Further, neither Plaintiff nor the users of Plaintiff's website exercise control or direction over the entire process of claim 13. Accordingly, for at least these reasons, Plaintiff does not directly or indirectly infringe claim 13. *See, e.g., Muniauction, Inc. v. Thompson Corp.*, 532 F.3d 1318 (Fed. Cir. 2008).

22. On the other hand, Defendant contends that one or more of the independent claims of the '451 Patent, including Claim 13, covers Plaintiff's conduct.

23. Therefore, a justiciable controversy has arisen and now exists between Plaintiff and Defendant, and Plaintiff thereon requests that the court issue a judgment establishing the rights and relations between the parties by declaring that

Plaintiff does not infringe, either directly or indirectly, any valid and enforceable claim of the '451 Patent.

**COUNT II**

**DECLARATORY JUDGMENT OF INVALIDITY**

**('451 PATENT)**

24. Plaintiff re-alleges and incorporates by reference, as though fully set forth herein, the allegations contained in paragraphs 1 through 19, inclusive.

25. Plaintiff contends that some or all of the claims of the '451 Patent are invalid for failure to comply with the requirements of 35 U.S.C. §§ 101, 102, 103 and/or 112. For example, the process of at least Claim 13, at issue here, is not tied to a machine and does not result in the transformation of an article, as is required for process claims to qualify as patent eligible subject matter under current legal precedent. *See In re Bilski,* 545 F.3d. 943 (Fed. Cir. 2008) (*en banc*). Accordingly, some or all of the claims of the '451 Patent are invalid for claiming nonstatutory subject matter under 35 U.S.C. § 101.

26. On the other hand, Defendant contends that one or more of the claims of the '451 Patent, including Claim 13, are valid as issued by the United States Patent and Trademark Office, and that Plaintiff is therefore required to cease and desist the manufacture, use, sale, and offering for sale of certain products or services.

27. Therefore, a justiciable controversy has arisen and now exists between Plaintiff and Defendant, and Plaintiff thereon requests that the court issue a judgment establishing the rights and relations between the parties by declaring that some or all of the claims of the '451 Patent are invalid for failing to comply with the requirements of 35 U.S.C. §§ 101, 102, 103 and/or 112.

//

//

//

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays for the following relief:

1. For a judgment declaring that:
   a. Plaintiff does not manufacture, use, sell, import, or offer for sale any product or service that infringes, either directly or indirectly, any valid and enforceable claim of the '451 Patent.
   b. Some or all of the claims of the '451 Patent are invalid for failing to comply with the requirements of 35 U.S.C. §§ 101, 102, 103 and/or 112;
   c. Plaintiff shall be awarded its costs and attorneys' fees in connection with this action, and such other and further relief as the court may deem appropriate; and,
   d. This case is exceptional under 35 U.S.C. § 285;
2. Damages according to proof;
3. Plaintiff's costs and attorneys' fees according to proof; and,
4. For such further relief as the court may deem just and reasonable.

DATED: OCTOBER 7th, 2009

ZARIAN MIDGLEY & JOHNSON PLLC

Brook B. Bond

Attorneys for Plaintiff
NEWEGG INC.

**JURY DEMAND**

Plaintiff respectfully demands a trial by jury.

DATED: OCTOBER 7th, 2009

ZARIAN MIDGLEY & JOHNSON PLLC

Brook B. Bond

Attorneys for Plaintiff
NEWEGG INC.

# Exhibit 1

NIRO, SCAVONE, HALLER & NIRO

181 WEST MADISON STREET-SUITE 4600

CHICAGO, ILLINOIS 60602-4635

TELEPHONE (312) 236-0733

FACSIMILE (312) 236-3137

RAYMOND P. NIRO
TIMOTHY J. HALLER
WILLIAM L. NIRO
JOSEPH N. HOSTENY, III
ROBERT A. VITALE, JR.
JOHN C. JANKA
PAUL K. VICKREY
DEAN D. NIRO
RAYMOND P. NIRO, JR.
PATRICK F. SOLON
ARTHUR A. GASEY
CHRISTOPHER J. LEE
DAVID J. SHEIKH
VASILIOS D. DOSSAS
SALLY WIGGINS
RICHARD B. MEGLEY, JR.
MATTHEW G. McANDREWS
LEE F. GROSSMAN

PAUL C. GIBBONS
GREGORY P. CASIMER
DOUGLAS M. HALL
DINA M. HAYES
FREDERICK C. LANEY
DAVID J. MAHALEK
KARA L. SZPONDOWSKI
ROBERT A. CONLEY
NICHOLAS M. DUDZIAK
LAURA A. KENNEALLY
TAHITI ARSULOWICZ
BRIAN E. HAAN
JOSEPH A. CULIG
ANNA B. FOLGERS

OF COUNSEL:
THOMAS G. SCAVONE

This communication is part of settlement discussions and is subject to the provisions of **Rule 408, Fed.R.Evid.**

March 4, 2009

**Federal Express**

Tally C. Liu
Chairman and CEO
NEWEGG, INC.
16839 East Gale Avenue
City of Industry, CA 91745

Re: Sacco United States Patent No 7,340,451

Dear Mr. Liu:

We represent the Italian company 21 srl in the licensing and enforcement of its United States Patent No. 7,340,451 (the "'451" patent). A copy of the '451 patent is enclosed. As explained below, the inventor of the dynamic taxonomy process covered by the '451 patent is Professor Giovanni Sacco.

Our purpose in writing is to acquaint Newegg with 21 srl and the inventor of the '451 patent, Giovanni Sacco, and to offer Newegg a license under highly favorable terms for what we believe is a key patent in the field of on-line retailing, that is where a user can drill down through different categories of information, for example, from product type to price range to brand name, availability, size, manufacturer, color or other category.

At this time, the '451 patent has been successfully licensed to Apple, Walgreens and OfficeMax, and we are in the final stages of negotiations with several other major companies in the e-commerce marketplace. There is also litigation for enforcement of the '451 patent currently pending against CDW in the Northern District of Illinois, Case No. 1:08cv7350.

**Giovanni Sacco**

Professor Sacco is currently an Associate Professor of Information Systems and Human Computer Interaction with the Department of Informatics, University of Torino, Italy. He has worked in research capacities at Purdue University, at IBM Research in San Jose (now Almaden) with the System-R Group, and at the University of Maryland. He is a named inventor of two United States patents and a co-inventor of an IBM patent on relational database technology. Professor Sacco has held positions in research and industry for over 25 years.

Professor Sacco has also published scientific papers in various international journals and conferences, including work on security with Dorothy Denning (Comm of the ACM 24:8, 1981), which is one of the bases of the MIT Kerberos security architecture and has been referenced by more than 500 scientific papers.

**Claim 13 Of The '451 Patent**

Claim 13 of the '451 patent is set forth below:

13. A method for retrieving items from electronic catalogs, for applications such as electronic commerce or electronic auctions, wherein retrieval is performed through visual queries on dynamic taxonomies, said dynamic taxonomies being a hierarchical organization of concepts, said concepts also comprising features such as price, items in said electronic catalogs being able to be classified under different concepts, said items and their classification being called an extension, said method comprising:

displaying a taxonomy for said retrieval;

selecting a subset of interest of said taxonomy in order to refine said retrieval, said subset of interest being specified by selecting taxonomy concepts and combining said taxonomy concepts through boolean operations, or being specified through querying methods, said querying methods retrieving classified items according to different selection criteria;

displaying a reduced taxonomy for said selected subset of interest, said reduced taxonomy being derived from said taxonomy by eliminating from the extension of said taxonomy all items not in said selected subset of interest and pruning concepts under which no item in said selected subset of interest is classified; and

iteratively repeating said steps of selecting a subset and of displaying a reduced taxonomy to further refine said retrieval,

wherein:

said hierarchical organization of concepts for said electronic catalogs comprises a set of features, each of said features being a descendant concept of the root concept of said organization, each of said features having as descendants in the taxonomy a set of concepts, each concept in said set of concepts representing either a single value or a set of values for said feature;

said items in said electronic catalogs are classified, for each said feature, under zero or more concepts representing either a single value or a set of values for that feature;

said step of displaying a reduced taxonomy either reports only the concepts belonging to the reduced taxonomy or, for each such concept also reports how many items in the interest set are classified under the concept; and

said step of pruning of concepts includes eliminating from the taxonomy the concepts under which no item in the selected subset of interest is classified, or preventing such concepts from being selected in order to specify interest sets.

('451 Patent, Col. 25, lines 16-62). You should be aware that 21 srl also has pending patent applications in the same field based on the same priority dates as the '451 patent.

**The Web Site At Issue**

A claim chart comparing claim 13 with Newegg's newegg.com web site is attached.

**Inducement**

Section 271(b) of the patent law prohibits the active inducement of infringement. Newegg, of course, now knows of the Sacco patent and also knows that users of Newegg's web site practice each of the claimed steps of claim 13 as shown in the enclosed claim chart. Hopefully, Newegg will keep this in mind in determining whether it should obtain a license from 21 srl that will allow users of its web site (and purchasers of its products) to permissibly use the patented technology.

**21 srl's Proposed License**

21 srl is offering a fully paid-up license at a lump-sum amount that varies depending upon the volume of use of the patented invention based upon Alexa (www alexa.com) statistics as follows:

*Rule 408, Fed R Evid*

| Alexa Ranking (Based upon User Visits) | Royalty |
|---|---|
| Over 10,001 | $ 200,000 |
| 1,001 to 10,000 | $ 400,000 |
| 501 to 1,000 | $ 600,000 |
| 101 to 500 | $ 800,000 |
| 1 to 100 | $1,000,000 |

Enclosed is our client's standard license agreement for your consideration.

**Need for Timely Consideration**

Our goal is a studied, but prompt, resolution of this matter. Please let us know what additional information you may need and we will get it to you promptly. Our hope, again, is that Newegg's technical and legal experts agree that a license is needed and that a timely resolution of this matter is possible.

Sincerely,

Raymond P. Niro, Jr.

RPNjr/sls
Enclosures

# U.S. Patent No. 7,340,451

## Infringement of U.S. Patent No. 7,340,451 by www.Newegg.com

US007340451B2

(12) United States Patent
Sacco

(10) Patent No.: US 7,340,451 B2
(45) Date of Patent: *Mar. 4, 2008

(54) DYNAMIC TAXONOMY PROCESS FOR BROWSING AND RETRIEVING INFORMATION IN LARGE HETEROGENEOUS DATA BASES

(76) Inventor: Giovanni Sacco, Via [illegible] 31, Torino (IT) I-10138

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 455 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: 10/819,946

(22) Filed: Apr. 8, 2004

(65) Prior Publication Data

US 2004/0193593 A1 Sep. 30, 2004

Related U.S. Application Data

(63) Continuation of application No. 09/581,159, filed as application No. PCT/IT98/00351 on Dec. 2, 1998, now Pat. No. 6,763,349.

(30) Foreign Application Priority Data

Dec. 16, 1998 (IT) ........ TO98A1049

(51) Int. Cl.
G06F 17/30 (2006.01)

(52) U.S. Cl. ........ 707/3; 707/2; 707/7; 707/101; 707/102 R; 707/104.1

(58) Field of Classification Search ........ 707/1-10, 707/100-104.1, 200-205
See application file for complete search history.

(56) References Cited

U.S. PATENT DOCUMENTS

5,644,740 A 7/1997 Kiuchi

FOREIGN PATENT DOCUMENTS

EP 0 694 829 1/1996

OTHER PUBLICATIONS

M. A. Hearst, et al., Annual International ACM-SIGIR Conference on Research and Development in Information Retrieval, pp. 246-255, "Cat-A-Cone: An Interactive Interface for Specifying Searches and Viewing Retrieval Results Using a Large Category Hierarchy", 1997.

G. Salton [illegible], Proceedings of the Annual International ACM SIGIR Conference on Research and Development in Information Retrieval, vol. 16, pp. 273-[illegible] "A [illegible] for [illegible] Information Retrieval [illegible] Application of Lattice Theory", 1993.

[illegible], Computer, IEEE [illegible], Computer Society, vol. 25, No. 9, pp. 17-23, "The [illegible] Environment for Mining and Browsing", Sep. 1, 1992.

Primary Examiner—Isaac Woo
(74) Attorney, Agent, or Firm—Ohlandt, Greeley, Ruggiero [illegible], McClelland, Maier & Neustadt, P.C.

(57) ABSTRACT

A process is disclosed for retrieving information in large heterogeneous data bases, wherein information retrieval through visual querying/browsing is supported by dynamic taxonomies; the process comprises the steps of: initially showing a complete taxonomy for the retrieval; refining the retrieval through a selection of subsets of interest, where the refining is performed by selecting concepts in the taxonomy and combining them through boolean operations; showing a reduced taxonomy for the selected set; and further refining the retrieval through an iterative execution of the refining and showing steps.

15 Claims, 1 Drawing Sheet

This document contains information being disclosed as part of settlement discussions. It should be understood that neither the document nor its contents can be used in any litigation for any purpose and that this document will be treated as coming under Fed.R.Evid. 408.

# U.S. Patent No. 7,340,451 - Claim 13

13. A method for retrieving items from electronic catalogs, for applications such as electronic commerce or electronic auctions, wherein retrieval is performed through visual queries on dynamic taxonomies, said dynamic taxonomies being a hierarchical organization of concepts, said concepts also comprising features such as price, items in said electronic catalogs being able to be classified under different concepts, said items and their classification being called an extension, said method comprising:

displaying a taxonomy for said retrieval;

selecting a subset of interest of said taxonomy in order to refine said retrieval, said subset of interest being specified by selecting taxonomy concepts and combining said taxonomy concepts through boolean operations, or being specified through querying methods, said querying methods retrieving classified items according to different selection criteria;

displaying a reduced taxonomy for said selected subset of interest, said reduced taxonomy being derived from said taxonomy by eliminating from the extension of said taxonomy all items not in said selected subset of interest and pruning concepts under which no item in said selected subset of interest is classified;

and iteratively repeating said steps of selecting a subset and of displaying a reduced taxonomy to further refine said retrieval,

wherein:

said hierarchical organization of concepts for said electronic catalogs comprises a set of features, each of said features being a descendant concept of the root concept of said organization, each of said features having as descendants in the taxonomy a set of concepts, each concept in said set of concepts representing either a single value or a set of values for said feature;

said items in said electronic catalogs are classified, for each said feature, under zero or more concepts representing either a single value or a set of values for that feature;

said step of displaying a reduced taxonomy either reports only the concepts belonging to the reduced taxonomy or, for each such concept also reports how many items in the interest set are classified under the concept;

and said step of pruning of concepts includes eliminating from the taxonomy the concepts under which no item in the selected subset of interest is classified, or preventing such concepts from being selected in order to specify interest sets.

Newegg.com is an electronic commerce website. A Newegg.com user retrieves items from its electronic catalog by performing visual queries on a dynamic taxonomy. A dynamic taxonomy is a hierarchical organization of concepts. The items in the Newegg.com electronic catalog are classified under different concepts.

User displays root concepts on Newegg.com homepage.

This document contains information being disclosed as part of settlement discussions. It should be understood that neither the document nor its contents can be used in any litigation for any purpose and that this document will be treated as coming under Fed.R.Evid. 408.

# U.S. Patent No. 7,340,451 - Claim 13

13. A method for retrieving items from electronic catalogs, for applications such as electronic commerce or electronic auctions, wherein retrieval is performed through visual queries on dynamic taxonomies, said dynamic taxonomies being a hierarchical organization of concepts, said concepts also comprising features such as price, items in said electronic catalogs being able to be classified under different concepts, said items and their classification being called an extension, said method comprising:

displaying a taxonomy for said retrieval;

selecting a subset of interest of said taxonomy in order to refine said retrieval, said subset of interest being specified by selecting taxonomy concepts and combining said taxonomy concepts through boolean operations, or being specified through querying methods, said querying methods retrieving classified items according to different selection criteria;

displaying a reduced taxonomy for said selected subset of interest, said reduced taxonomy being derived from said taxonomy by eliminating from the extension of said taxonomy all items not in said selected subset of interest and pruning concepts under which no item in said selected subset of interest is classified;

and iteratively repeating said steps of selecting a subset and of displaying a reduced taxonomy to further refine said retrieval,

wherein:

said hierarchical organization of concepts for said electronic catalogs comprises a set of features, each of said features being a descendant concept of the root concept of said organization, each of said features having as descendants in the taxonomy a set of concepts, each concept in said set of concepts representing either a single value or a set of.values for said feature;

said items in said electronic catalogs are classified, for each said feature, under zero or more concepts representing either a single value or a set of values for that feature;

said step of displaying a reduced taxonomy either reports only the concepts belonging to the reduced taxonomy or, for each such concept also reports how many items in the interest set are classified under the concept;

and said step of pruning of concepts includes eliminating from the taxonomy the concepts under which no item in the selected subset of interest is classified, or preventing such concepts from being selected in order to specify interest sets.

The user displays a taxonomy for retrieving items on his or her computer screen by visiting the Newegg.com website.

Taxonomy for retrieving items.

This document contains information being disclosed as part of settlement discussions. It should be understood that neither the document nor its contents can be used in any litigation for any purpose and that this document will be treated as coming under Fed.R.Evid. 408.

# U.S. Patent No. 7,340,451 - Claim 13

13. A method for retrieving items from electronic catalogs, for applications such as electronic commerce or electronic auctions, wherein retrieval is performed through visual queries on dynamic taxonomies, said dynamic taxonomies being a hierarchical organization of concepts, said concepts also comprising features such as price, items in said electronic catalogs being able to be classified under different concepts, said items and their classification being called an extension, said method comprising:

displaying a taxonomy for said retrieval;

selecting a subset of interest of said taxonomy in order to refine said retrieval, said subset of interest being specified by selecting taxonomy concepts and combining said taxonomy concepts through boolean operations, or being specified through querying methods, said querying methods retrieving classified items according to different selection criteria;

displaying a reduced taxonomy for said selected subset of interest, said reduced taxonomy being derived from said taxonomy by eliminating from the extension of said taxonomy all items not in said selected subset of interest and pruning concepts under which no item in said selected subset of interest is classified;

and iteratively repeating said steps of selecting a subset and of displaying a reduced taxonomy to further refine said retrieval,

wherein:

said hierarchical organization of concepts for said electronic catalogs comprises a set of features, each of said features being a descendant concept of the root concept of said organization, each of said features having as descendants in the taxonomy a set of concepts, each concept in said set of concepts representing either a single value or a set of values for said feature;

said items in said electronic catalogs are classified, for each said feature, under zero or more concepts representing either a single value or a set of values for that feature;

said step of displaying a reduced taxonomy either reports only the concepts belonging to the reduced taxonomy or, for each such concept also reports how many items in the interest set are classified under the concept;

and said step of pruning of concepts includes eliminating from the taxonomy the concepts under which no item in the selected subset of interest is classified, or preventing such concepts from being selected in order to specify interest sets.

The user refines the retrieval by selecting a subset of interest.



The user selects the subset of interest
Manufacturer>Hewlett-Packard.

This document contains information being disclosed as part of settlement discussions. It should be understood that neither the document nor its contents can be used in any litigation for any purpose and that this document will be treated as coming under Fed.R.Evid. 408.

 # U.S. Patent No. 7,340,451 - Claim 13

13. A method for retrieving items from electronic catalogs, for applications such as electronic commerce or electronic auctions, wherein retrieval is performed through visual queries on dynamic taxonomies, said dynamic taxonomies being a hierarchical organization of concepts, said concepts also comprising features such as price, items in said electronic catalogs being able to be classified under different concepts, said items and their classification being called an extension, said method comprising:

displaying a taxonomy for said retrieval;

selecting a subset of interest of said taxonomy in order to refine said retrieval, said subset of interest being specified by selecting taxonomy concepts and combining said taxonomy concepts through boolean operations, or being specified through querying methods, said querying methods retrieving classified items according to different selection criteria;

displaying a reduced taxonomy for said selected subset of interest, said reduced taxonomy being derived from said taxonomy by eliminating from the extension of said taxonomy all items not in said selected subset of interest and pruning concepts under which no item in said selected subset of interest is classified;

and iteratively repeating said steps of selecting a subset and of displaying a reduced taxonomy to further refine said retrieval,

wherein:

said hierarchical organization of concepts for said electronic catalogs comprises a set of features, each of said features being a descendant concept of the root concept of said organization, each of said features having as descendants in the taxonomy a set of concepts, each concept in said set of concepts representing either a single value or a set of values for said feature;

said items in said electronic catalogs are classified, for each said feature, under zero or more concepts representing either a single value or a set of values for that feature;

said step of displaying a reduced taxonomy either reports only the concepts belonging to the reduced taxonomy or, for each such concept also reports how many items in the interest set are classified under the concept;

and said step of pruning of concepts includes eliminating from the taxonomy the concepts under which no item in the selected subset of interest is classified, or preventing such concepts from being selected in order to specify interest sets.

Alternatively, the user can use the "Advanced Search" toolbar to specify the subset by querying Hewlett-Packard.

This document contains information being disclosed as part of settlement discussions. It should be understood that neither the document nor its contents can be used in any litigation for any purpose and that this document will be treated as coming under Fed.R.Evid. 408.

# U.S. Patent No. 7,340,451 - Claim 13

13. A method for retrieving items from electronic catalogs, for applications such as electronic commerce or electronic auctions, wherein retrieval is performed through visual queries on dynamic taxonomies, said dynamic taxonomies being a hierarchical organization of concepts, said concepts also comprising features such as price, items in said electronic catalogs being able to be classified under different concepts, said items and their classification being called an extension, said method comprising:

displaying a taxonomy for said retrieval;

selecting a subset of interest of said taxonomy in order to refine said retrieval, said subset of interest being specified by selecting taxonomy concepts and combining said taxonomy concepts through boolean operations, or being specified through querying methods, said querying methods retrieving classified items according to different selection criteria;

displaying a reduced taxonomy for said selected subset of interest, said reduced taxonomy being derived from said taxonomy by eliminating from the extension of said taxonomy all items not in said selected subset of interest and pruning concepts under which no item in said selected subset of interest is classified;

and iteratively repeating said steps of selecting a subset and of displaying a reduced taxonomy to further refine said retrieval,

wherein:

said hierarchical organization of concepts for said electronic catalogs comprises a set of features, each of said features being a descendant concept of the root concept of said organization, each of said features having as descendants in the taxonomy a set of concepts, each concept in said set of concepts representing either a single value or a set of values for said feature;

said items in said electronic catalogs are classified, for each said feature, under zero or more concepts representing either a single value or a set of values for that feature;

said step of displaying a reduced taxonomy either reports only the concepts belonging to the reduced taxonomy or, for each such concept also reports how many items in the interest set are classified under the concept;

and said step of pruning of concepts includes eliminating from the taxonomy the concepts under which no item in the selected subset of interest is classified, or preventing such concepts from being selected in order to specify interest sets.

The user displays a reduced taxonomy for retrieving items on his or her computer screen by selecting the subset of interest Manufacturer>Hewlett-Packard.

Original taxonomy
Reduced taxonomy

This document contains information being disclosed as part of settlement discussions. It should be understood that neither the document nor its contents can be used in any litigation for any purpose and that this document will be treated as coming under Fed.R.Evid. 408.

# U.S. Patent No. 7,340,451 - Claim 13

13. A method for retrieving items from electronic catalogs, for applications such as electronic commerce or electronic auctions, wherein retrieval is performed through visual queries on dynamic taxonomies, said dynamic taxonomies being a hierarchical organization of concepts, said concepts also comprising features such as price, items in said electronic catalogs being able to be classified under different concepts, said items and their classification being called an extension, said method comprising:

displaying a taxonomy for said retrieval;

selecting a subset of interest of said taxonomy in order to refine said retrieval, said subset of interest being specified by selecting taxonomy concepts and combining said taxonomy concepts through boolean operations, or being specified through querying methods, said querying methods retrieving classified items according to different selection criteria;

displaying a reduced taxonomy for said selected subset of interest, said reduced taxonomy being derived from said taxonomy by eliminating from the extension of said taxonomy all items not in said selected subset of interest and pruning concepts under which no item in said selected subset of interest is classified;

and iteratively repeating said steps of selecting a subset and of displaying a reduced taxonomy to further refine said retrieval,

wherein:

said hierarchical organization of concepts for said electronic catalogs comprises a set of features, each of said features being a descendant concept of the root concept of said organization, each of said features having as descendants in the taxonomy a set of concepts, each concept in said set of concepts representing either a single value or a set of values for said feature;

said items in said electronic catalogs are classified, for each said feature, under zero or more concepts representing either a single value or a set of values for that feature;

said step of displaying a reduced taxonomy either reports only the concepts belonging to the reduced taxonomy or, for each such concept also reports how many items in the interest set are classified under the concept;

and said step of pruning of concepts includes eliminating from the taxonomy the concepts under which no item in the selected subset of interest is classified, or preventing such concepts from being selected in order to specify interest sets.

The user iteratively repeats the sequence of selecting and displaying to further narrow down the results retrieved from the electronic catalog.

Original taxonomy
Reduced taxonomy
Further reduced taxonomy

This document contains information being disclosed as part of settlement discussions. It should be understood that neither the document nor its contents can be used in any litigation for any purpose and that this document will be treated as coming under Fed.R.Evid. 408.

# U.S. Patent No. 7,340,451 - Claim 13

13. A method for retrieving items from electronic catalogs, for applications such as electronic commerce or electronic auctions, wherein retrieval is performed through visual queries on dynamic taxonomies, said dynamic taxonomies being a hierarchical organization of concepts, said concepts also comprising features such as price, items in said electronic catalogs being able to be classified under different concepts, said items and their classification being called an extension, said method comprising:

displaying a taxonomy for said retrieval;

selecting a subset of interest of said taxonomy in order to refine said retrieval, said subset of interest being specified by selecting taxonomy concepts and combining said taxonomy concepts through boolean operations, or being specified through querying methods, said querying methods retrieving classified items according to different selection criteria;

displaying a reduced taxonomy for said selected subset of interest, said reduced taxonomy being derived from said taxonomy by eliminating from the extension of said taxonomy all items not in said selected subset of interest and pruning concepts under which no item in said selected subset of interest is classified;

and iteratively repeating said steps of selecting a subset and of displaying a reduced taxonomy to further refine said retrieval,

wherein:

said hierarchical organization of concepts for said electronic catalogs comprises a set of features, each of said features being a descendant concept of the root concept of said organization, each of said features having as descendants in the taxonomy a set of concepts, each concept in said set of concepts representing either a single value or a set of values for said feature;

said items in said electronic catalogs are classified, for each said feature, under zero or more concepts representing either a single value or a set of values for that feature;

said step of displaying a reduced taxonomy either reports only the concepts belonging to the reduced taxonomy or, for each such concept also reports how many items in the interest set are classified under the concept;

and said step of pruning of concepts includes eliminating from the taxonomy the concepts under which no item in the selected subset of interest is classified, or preventing such concepts from being selected in order to specify interest sets.

The hierarchical organization of concepts for Newegg.com's electronic catalogs comprises a set of features. These features are descendant concepts of the root concept and each feature has, as its descendant, a set of concepts. Each concept in this set of concepts represents either a single value or set of values for the feature.

Root concept
Laptops / Notebooks
Desktop PCs
Netbooks
Tablet PCs
Ultra Mobile PCs
Laptop Accessories
Concept "Manufacturer" is a feature of Desktop PCs
Manufacturer
Hewlett-Packard
iBUYPOWER (29)
CyberpowerPC
Acer America
ASUS (9)
Gateway (7)
More
Concepts Hewlett-Packard, iBUYPOWER, etc. represent values of the feature "Manufacturer."

This document contains information being disclosed as part of settlement discussions. It should be understood that neither the document nor its contents can be used in any litigation for any purpose and that this document will be treated as coming under Fed.R.Evid. 408.

# U.S. Patent No. 7,340,451 - Claim 13

13. A method for retrieving items from electronic catalogs, for applications such as electronic commerce or electronic auctions, wherein retrieval is performed through visual queries on dynamic taxonomies, said dynamic taxonomies being a hierarchical organization of concepts, said concepts also comprising features such as price, items in said electronic catalogs being able to be classified under different concepts, said items and their classification being called an extension, said method comprising:

displaying a taxonomy for said retrieval;

selecting a subset of interest of said taxonomy in order to refine said retrieval, said subset of interest being specified by selecting taxonomy concepts and combining said taxonomy concepts through boolean operations, or being specified through querying methods, said querying methods retrieving classified items according to different selection criteria;

displaying a reduced taxonomy for said selected subset of interest, said reduced taxonomy being derived from said taxonomy by eliminating from the extension of said taxonomy all items not in said selected subset of interest and pruning concepts under which no item in said selected subset of interest is classified;

and iteratively repeating said steps of selecting a subset and of displaying a reduced taxonomy to further refine said retrieval,
wherein:
said hierarchical organization of concepts for said electronic catalogs comprises a set of features, each of said features being a descendant concept of the root concept of said organization, each of said features having as descendants in the taxonomy a set of concepts, each concept in said set of concepts representing either a single value or a set of values for said feature;

said items in said electronic catalogs are classified, for each said feature, under zero or more concepts representing either a single value or a set of values for that feature;

said step of displaying a reduced taxonomy either reports only the concepts belonging to the reduced taxonomy or, for each such concept also reports how many items in the interest set are classified under the concept;

and said step of pruning of concepts includes eliminating from the taxonomy the concepts under which no item in the selected subset of interest is classified, or preventing such concepts from being selected in order to specify interest sets.

The items in the electronic catalogs are classified, for each feature, under either no concepts or some concepts. These concepts represent either a single value or a set of values for that feature.

Manufacturer
Hewlett-Packard (72)
iBUYPOWER (29)
CyberpowerPC (24)
Acer America (23)
ASUS (9)
Gateway (7)
More
Price
$100 - $200 (3)
$200 - $300 (6)
$300 - $400 (21)
$400 - $500 (30)
$500 - $750 (61)
$750 - $1000 (35)
More

Hewlett-Packard is a single value of the feature: Manufacturer.
$300 – $400 is a set of values for the feature: Price.

This document contains information being disclosed as part of settlement discussions. It should be understood that neither the document nor its contents can be used in any litigation for any purpose and that this document will be treated as coming under Fed.R.Evid. 408.

# U.S. Patent No. 7,340,451 - Claim 13

13. A method for retrieving items from electronic catalogs, for applications such as electronic commerce or electronic auctions, wherein retrieval is performed through visual queries on dynamic taxonomies, said dynamic taxonomies being a hierarchical organization of concepts, said concepts also comprising features such as price, items in said electronic catalogs being able to be classified under different concepts, said items and their classification being called an extension, said method comprising:

displaying a taxonomy for said retrieval;

selecting a subset of interest of said taxonomy in order to refine said retrieval, said subset of interest being specified by selecting taxonomy concepts and combining said taxonomy concepts through boolean operations, or being specified through querying methods, said querying methods retrieving classified items according to different selection criteria;

displaying a reduced taxonomy for said selected subset of interest, said reduced taxonomy being derived from said taxonomy by eliminating from the extension of said taxonomy all items not in said selected subset of interest and pruning concepts under which no item in said selected subset of interest is classified;

and iteratively repeating said steps of selecting a subset and of displaying a reduced taxonomy to further refine said retrieval,

wherein:

said hierarchical organization of concepts for said electronic catalogs comprises a set of features, each of said features being a descendant concept of the root concept of said organization, each of said features having as descendants in the taxonomy a set of concepts, each concept in said set of concepts representing either a single value or a set of values for said feature;

said items in said electronic catalogs are classified, for each said feature, under zero or more concepts representing either a single value or a set of values for that feature;

said step of displaying a reduced taxonomy either reports only the concepts belonging to the reduced taxonomy or, for each such concept also reports how many items in the interest set are classified under the concept;

and said step of pruning of concepts includes eliminating from the taxonomy the concepts under which no item in the selected subset of interest is classified, or preventing such concepts from being selected in order to specify interest sets.

The user displays a reduced taxonomy on his or her computer screen, which either: (1) reports only the concepts belonging to the reduced taxonomy; or (2) for each such concept also reports how many items in the interest set are classified under the concept.

Original taxonomy
Reduced taxonomy
Concepts belonging to reduced taxonomy; each concept also reports how many items in the interest set are classified under that concept.
For example, the number of items in the interest set, Hewlett-Packard, and classified under the concept, Price>$300-$400 is reported as 7 items.
Price

his document contains information being disclosed as part of settlement discussions. It iould be understood that neither the document nor its contents can be used in any litigation r any purpose and that this document will be treated as coming under Fed.R.Evid. 408.

# U.S. Patent No. 7,340,451 - Claim 13

13. A method for retrieving items from electronic catalogs, for applications such as electronic commerce or electronic auctions, wherein retrieval is performed through visual queries on dynamic taxonomies, said dynamic taxonomies being a hierarchical organization of concepts, said concepts also comprising features such as price, items in said electronic catalogs being able to be classified under different concepts, said items and their classification being called an extension, said method comprising:

displaying a taxonomy for said retrieval;

selecting a subset of interest of said taxonomy in order to refine said retrieval, said subset of interest being specified by selecting taxonomy concepts and combining said taxonomy concepts through boolean operations, or being specified through querying methods, said querying methods retrieving classified items according to different selection criteria;

displaying a reduced taxonomy for said selected subset of interest, said reduced taxonomy being derived from said taxonomy by eliminating from the extension of said taxonomy all items not in said selected subset of interest and pruning concepts under which no item in said selected subset of interest is classified;

and iteratively repeating said steps of selecting a subset and of displaying a reduced taxonomy to further refine said retrieval,

wherein:

said hierarchical organization of concepts for said electronic catalogs comprises a set of features, each of said features being a descendant concept of the root concept of said organization, each of said features having as descendants in the taxonomy a set of concepts, each concept in said set of concepts representing either a single value or a set of values for said feature;

said items in said electronic catalogs are classified, for each said feature, under zero or more concepts representing either a single value or a set of values for that feature;

said step of displaying a reduced taxonomy either reports only the concepts belonging to the reduced taxonomy or, for each such concept also reports how many items in the interest set are classified under the concept;

and said step of pruning of concepts includes eliminating from the taxonomy the concepts under which no item in the selected subset of interest is classified, or preventing such concepts from being selected in order to specify interest sets.

When the user selects a concept, concepts are pruned by: (1) eliminating concepts under which no item in that subset of interest is classified, or (2) preventing such concepts from being selected.

Original taxonomy
Reduced taxonomy

For example, the selection of Hewlett-Packard prunes the two concepts: "$100 - 200" and "$200 - $300", because no Hewlett-Packard items are classified under those concepts.

This document contains information being disclosed as part of settlement discussions. It should be understood that neither the document nor its contents can be used in any litigation for any purpose and that this document will be treated as coming under Fed.R.Evid. 408.