John N. Zarian (SBN 145080)
Brook B. Bond (SBN 144815)
ZARIAN MIDGLEY & JOHNSON PLLC
University Plaza
960 Broadway Ave., Ste. 250
Boise, Idaho 83706
Telephone: (208) 562-4900
Facsimile: (208) 562-4901
E-Mail: zarian@zarianmidgley.com

Mira S. Wolff (SBN 161672)
NEWEGG INC.
16839 E. Gale Avenue
City of Industry, CA 91745
Telephone: (626) 271-9700, x. 22032
Facsimile: (626) 271-9483
E-Mail: Mira.S.Wolff@newegg.com

Attorneys for Plaintiff NEWEGG INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWEGG INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>21 sr1, a foreign corporation,<br><br>Defendant. | Case No. CV-09-7322 CAS (AJWx)<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO ENJOIN 21 SRL IN LATER-FILED ACTION**<br><br>**Date: March 1, 2010**<br>**Time: 10:00 am**<br>**Hon. Christina A. Snyder**<br><br>**JURY TRIAL DEMANDED** |

//

//

//

//

//

//

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on March 1, 2010, at 10:00 am, or as soon thereafter as the matter may be heard in the courtroom of Honorable Christina A Snyder, Plaintiff NEWEGG INC. ("Newegg") will and hereby does move this Court to enjoin Defendant 21 SRL and its counsel from prosecuting any suits against Newegg that are for alleged infringement of U.S. Patent No. 7,340,451 and that were filed after October 8, 2009.

This motion is supported by (i) Newegg's memorandum of points and authorities filed concurrently herewith; (ii) the Declarations of Mira Wolff and John Zarian and supporting exhibits filed November 10, 2009; and (iii) all pleadings, papers and records on file in this action, any matters of which the Court takes judicial notice, and any further evidence or argument that the Court receives at or before any hearing.

DATED: January 29, 2010

ZARIAN MIDGLEY & JOHNSON PLLC


*/s/ John N. Zarian*
John N. Zarian

Attorneys for Plaintiff
NEWEGG INC.

---

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 29th day of January, 2010, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will automatically send email notification of such filing to all counsel who have entered an appearance in this action.

*/s/ John N. Zarian*
John N. Zarian