David K. Caplan (Bar No. 181174)
dcaplan@kmwlaw.com
Christian C. Dowell (Bar No. 241973)
cdowell@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

*Attorneys for Defendant 21 srl*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| NEWEGG INC., | Case No. 2:09-cv-07322-CAS-AJW |
|---|---|
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| 21 SRL, | Date: March 1, 2010 |
| Defendant. | Time: 10:00 a.m. |
| | Honorable Christina A. Snyder |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

# DECLARATION OF SERVICE BY MAIL

*Newegg, Inc. v. 21 SRL*

**U.S.D.C., Central Dist. of California, Case No.: CV-09-7322 CAS (AJWx)**

I, the undersigned, say:

I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding. My business address is 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California 90212, and I am employed in the offices of Keats McFarland & Wilson LLP by a member of the Bar of this Court at whose direction the service mentioned herein below was made.

I am readily familiar with the normal business practice of my employer for the collection and processing of correspondence and other materials for mailing with the United States Postal Service. In the ordinary course of business, any materials for mailing with the United States Postal Service and placed by me for collection in the office of my employer is deposited the same day with the United States Postal Service.

On January 29, 2010, I served the within:

1. **DEFENDANT 21 SRL'S NOTICE OF MOTION AND MOTION TO DISMISS**
2. **DECLARATION OF DAVID K. CAPLAN IN SUPPORT OF DEFENDANT 21 SRL'S NOTICE OF MOTION AND DMOTION TO DISMISS**
3. **[PROPOSED] ORDER RE DISMISSAL**
4. **DEFENDANT 21 SRL'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS**

upon counsel named below by placing a true and correct copy thereof in an envelope addressed as follows:

Mira S. Wolff (SBN 161672)
NEWEGG INC.
16839 E. Gale Avenue
City of Industry, CA 91745

Proof of Service

BY MAIL: I sealed said envelope(s) and, following the ordinary business practices of my employer, placed said sealed envelope(s) in the office of my employer at 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California, for collection and mailing with the United States Postal Service on the same date.

    I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

    Executed on January 29, 2010, at Beverly Hills, California.



/s/
Kim Tyson

Proof of Service