UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-7322 CAS (AJWx) | Date | February 25, 2010 |
|---|---|---|---|
| Title | NEWEGG, INC. v. 21 SRL | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Paul D. Pierson | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers): DEFENDANT'S MOTION TO DISMISS CASE (filed 1/29/10);

PLAINTIFF'S MOTION TO ENJOIN DEFENDANT 21 SRL IN LATER-FILED ACTION (filed 1/29/10)

On the Court's own motion, hearing on defendant's Motion to Dismiss Case and plaintiff's Motion to Enjoin Defendant 21 srl in Later-filed Action, both filed on January 29, 2010, is continued to **March 15, 2010, at 10:00 a.m.**

Parties shall file a joint status report regarding the ruling on the plaintiff's motion by U.S. District Court for the Northern District of Illinois, in Case No. 1:09-cv-06590; 21 SRL v. Newegg Inc. by no later than March 8, 2010.

IT IS SO ORDERED.

| | Time: | : 00 |
|---|---|---|
| | Initials of Preparer | CMJ |