David K. Caplan (Bar No. 181174)
dcaplan@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Attorney for Defendant
21 SRL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NEWEGG, INC., <br><br> Plaintiff, <br><br> v. <br><br> 21 SRL, <br><br> Defendant. | Case No.: 2:09-cv-07322-CAS-AJW <br><br> **SECOND SUPPLEMENTAL STATUS REPORT** |

21 srl hereby submits this Second Supplemental Status Report regarding the status of *21 srl v. Newegg, Inc.*, Case No. 1:09-cv-06590, U.S. District Court for the Northern District of Illinois ("the Illinois Action").

On April 7, 2010, the court in the Illinois Action issued the following two orders:

(1) Minute Order (Dkt. 104) which confirmed the hearing in which the court (a) granted 21 srl's motion to consolidate the Illinois Action with 21 SRL v Enable Holdings, Case No. 1:09-cv-03667 pending before the same court and (b) ordered the parties to submit a proposed order with scheduling dates. A true and correct copy of the Minute Order is attached hereto as Exhibit A.

(2) The Order consolidating the Illinois Action with the Enable Holdings action. A true and correct copy of this Order is attached hereto as Exhibit B.

Keats McFarland & Wilson

Dated: April 8, 2010          By /s/ _____.
                                 David K. Caplan
                                 Attorney for Defendant 21 SRL

- 1 -

# Exhibit A

*Newegg, Inc. v. 21 SRL*

Case No. CV 09-7322 CAS (AJWx)

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.0.3
### Eastern Division

21 srl

                     Plaintiff,

v.                                      Case No.: 1:09−cv−03667
                                           Honorable John W. Darrah

Enable Holdings, Inc., et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 7, 2010:

      MINUTE entry before Honorable John W. Darrah: Status hearing held. Plaintiff's motion to consolidate cases [98] is granted. Parties shall email the courtroom deputy a proposed scheduling order of the new dates stated on the record. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

EXHIBIT A
PAGE 2

# Exhibit B

*Newegg, Inc. v. 21 SRL*

Case No. CV 09-7322 CAS (AJWx)

Order Form (01/2005)

Case 1:09-cv-03667 Document 105 Filed 04/07/10 Page 1 of 1

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 09 C 3667 | DATE | 4/7/2010 |
| CASE TITLE | 21 SRL vs. Enable Holdings | | |

**DOCKET ENTRY TEXT**

09 C 6590, 21 SRL v. Newegg, is formally consolidated with 09 C 3667, 21 SRL v. Enable Holdings.

| | Courtroom Deputy Initials: | MF |
|---|---|---|

09C3667 21 SRL vs. Enable Holdings

EXHIBIT B

PAGE 3

Page 1 of 1