UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL** JS-6

| Case No. | CV 09-7322 CAS (AJWx) | Date | April 15, 2010 |
|---|---|---|---|
| Title | *NEWEGG, INC. v. 21 SRL* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** **(In Chambers)**

Based upon Judge John W. Darrah's order dated April 7, 2010, the Court transfers this action to the Northern District of Illinois.

|  | Time: | 00 | : 00 |
|---|---|---|---|
|  | Initials of Preparer | | CMJ |