(AJWx), AO120, CLOSED, DISCOVERY, MANADR, TRANSFERRED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:09–cv–07322–CAS–AJW

Newegg Inc. v. 21 srl
Assigned to: Judge Christina A. Snyder
Referred to: Magistrate Judge Andrew J. Wistrich
Cause: 28:2201 Declaratory Judgement

Date Filed: 10/08/2009
Date Terminated: 04/15/2010
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Newegg Inc.**
*a Delaware corporation*

represented by **Brook B Bond**
Zarian Midgley and Johnson PLLC
960 South Broadway Avenue Suite 250
Boise, ID 83706
208–562–4900
Fax: 208–562–4901
Email: bond@zarianmidgley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John N Zarian**
Zarian Midgley and Johnson PLLC
960 South Broadway Avenue Suite 250
Boise, ID 83706
208–562–4900
Fax: 208–562–4901
Email: zarian@zarianmidgley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mira S Wolff**
Newegg Inc.
16839 E Gale Avenue
City of Industry, CA 91745
626–271–9700
Fax: 626–271–9483
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**21 srl**
*a foreign corporation*

represented by **David K Caplan**
Keats McFarland &Wilson LLP
9720 Wilshire Boulevard Penthouse Suite
Beverly Hills, CA 90212
310–248–3830
Fax: 310–860–0363

Email: dcaplan@kmwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christian C Dowell**
Keats McFarland and Wilson
9720 Wilshire Boulevard Suite PH
Beverly Hills, CA 90212
310–248–3830
Fax: 310 860 0363
Email: cdowell@kmwlaw.com
*TERMINATED: 03/01/2010*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/08/2009 | Ï 1 | COMPLAINT against Defendant 21 srl.(Filing fee $ 350: PAID) Jury Demanded., filed by plaintiff Newegg Inc.(ghap) (Additional attachment(s) added on 10/15/2009: #_1 exhibit to complaint, #_2 notice of assignment) (esa). (Entered: 10/14/2009) |
| 10/08/2009 | Ï | 20 DAY Summons Issued re Complaint – (Discovery)_1 as to Defendant 21 srl. (ghap) (Entered: 10/14/2009) |
| 10/08/2009 | Ï 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiff Newegg Inc. (ghap) (esa). (Entered: 10/14/2009) |
| 10/08/2009 | Ï 3 | REPORT ON THE FILING OF AN ACTION Regarding a Patent or a Trademark (Initial Notification) filed by Newegg Inc. (ghap) (Entered: 10/14/2009) |
| 10/08/2009 | Ï 4 | NOTICE TO PARTIES OF ADR PILOT PROGRAM filed.(ghap) (Entered: 10/14/2009) |
| 10/14/2009 | Ï 5 | NOTICE TO COUNSEL by Judge Christina A. Snyder: This case has been assigned to the calendar of Judge Christina A. Snyder. Counsel are advised that the Court expects strict compliance with the provisions of the Local Rules and the Federal Rules of Civil Procedure. See document for details. (gk) (Entered: 10/15/2009) |
| 11/10/2009 | Ï 6 | NOTICE OF MOTION AND MOTION for Relief from Plaintiff's Motion to Enjoin 21 SRL in Later–Filed Action filed by Plaintiff Newegg Inc.. Motion set for hearing on 2/22/2010 at 10:00 AM before Judge Christina A. Snyder. (Attachments: #_1 Declaration of Mira S. Wolff In Support, #_2 Exhibit 1 to Wolff Dec, #_3 Exhibit 2 to Wolff Dec, #_4 Exhibit 3 to Wolff Dec, #_5 Declaration of John N Zarian In Support Of, #_6 Exhibit 1 to Zarian Declaration, #_7 Exhibit 2 to Zarian Declaration, #_8 Exhibit 3 to Zarian Declaration, #_9 Exhibit 4 to Zarian Declaration, #_10 Exhibit 5 to Zarian Declaration, #_11 Proposed Order Proposed Order)(Zarian, John) (Entered: 11/10/2009) |
| 11/10/2009 | Ï 7 | MEMORANDUM in Support of MOTION for Relief from Plaintiff's Motion to Enjoin 21 SRL in Later–Filed Action_6 filed by Plaintiff Newegg Inc.. (Zarian, John) (Entered: 11/10/2009) |
| 11/12/2009 | Ï 8 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents. The following error were found: Hearing information is missing, incorrect, or not timely. Filer set this matter on calendar for 2/22/2010 at 10:00 AM. The document lacks notice of such hearing date. RE: MOTION for Relief from Plaintiff's Motion to Enjoin 21 SRL in Later–Filed Action_6 . In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. (pp) (Entered: 11/12/2009) |

| 11/12/2009 | Ĭ 9 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents Re: Memorandum in Support of Plaintiff's Motion to Enjoin 21 SRL in Later−Filed Action 7 . The following error was found: Local Rule 11−8 Memorandum/brief exceeding 10 pages shall contain table of contents. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. (jre) (Entered: 11/12/2009) |
| --- | --- | --- |
| 11/18/2009 | Ĭ 10 | MINUTES (IN CHAMBERS) by Judge Christina A. Snyder: The Court sets the following briefing schedule re Plaintiff's Motion to Enjoin 21 SRL in Later−Filed Action 6 : Oppositions shall be filed on or before 12/14/2009; Reply shall be filed on or before 12/21/2009; Hearing is set on 1/4/2010 at 10:00 AM before Judge Christina A. Snyder. Plaintiff is ordered to serve by personal service a copy of this minute order, plaintiff's motion and supporting documents on defendant forthwith. Thereafter, plaintiff shall file a proper proof of service. Court Reporter: Not Present. (gk) (Entered: 11/18/2009) |
| 12/10/2009 | Ĭ 11 | Special and Limited Appearance and Motion to Strike Plaintiff's Motion to Enjoin [DKT.6] opposition re: MOTION for Relief from Plaintiff's Motion to Enjoin 21 SRL in Later−Filed Action 6 filed by Defendant 21 srl. (Caplan, David) (Entered: 12/10/2009) |
| 12/10/2009 | Ĭ 12 | DECLARATION of David K. Caplan in opposition to MOTION for Relief from Plaintiff's Motion to Enjoin 21 SRL in Later−Filed Action 6 filed by Defendant 21 srl. (Attachments: # 1 Exhibit Exhibits to the Declaration of David K. Caplan in Support of Defendant's Special and Limited Appearance and Motion to Strike Plaintiff's Motion to Enjoin)(Caplan, David) (Entered: 12/10/2009) |
| 12/10/2009 | Ĭ 13 | *Notice of* Interested Parties of Interested Parties filed by Defendant 21 srl, identifying 21 SRL. (Caplan, David) (Entered: 12/10/2009) |
| 12/11/2009 | Ĭ 14 | DECLARATION of David K. Caplan in opposition to MOTION for Relief from Plaintiff's Motion to Enjoin 21 SRL in Later−Filed Action 6 *Supplemental Declaration of David K. Caplan in Support of 21 SRL's Special and Limited Appearance and Motion to Strike Plaintiff's Motion to Enjoin* filed by Defendant 21 srl. (Attachments: # 1 Exhibit Exhibits to the Supplemental Declaration of David K. Caplan in Support of 21 SRL's Special and Limited Appearance and Motion to Strike Plaintiff's Motion to Enjoin.)(Caplan, David) (Entered: 12/11/2009) |
| 12/11/2009 | Ĭ 15 | MINUTE ORDER (In Chambers) by U.S. District Judge Christina A. Snyder. The court is in receipt of the Special and Limited Appearance and Motion to Strike Plaintiffs Motion to Enjoin filed December 10, 2009. The efiling of this document was under the category of an opposition but the caption states it is a motion. Instead of the Court issuing a deficiency on said filing, the Court sets the following briefing schedule and hearing on the Motion to Strike Plaintiffs Motion to Enjoin as follows: Oppositions shall be filed on or before December 21, 2009; Reply shall be filed on or before December 28, 2009; Hearing is set on January 4, 2010 at 10:00 a.m., to be heard simultaneously with plaintiffs Motion to Enjoin. (pp) (Entered: 12/11/2009) |
| 12/14/2009 | Ĭ 16 | MEMORANDUM in Opposition to MOTION for Relief from Plaintiff's Motion to Enjoin 21 SRL in Later−Filed Action 6 *Specially Appearing Defendant 21 SRL* filed by Defendant 21 srl. (Caplan, David) (Entered: 12/14/2009) |
| 12/21/2009 | Ĭ 17 | OPPOSITION *to Defendant's Motion to Strike Plaintiff's Motion to Enjoin* filed by Plaintiff Newegg Inc.. (Attachments: # 1 Declaration of Brook B Bond, # 2 Exhibit 1 to Bond Dec, # 3 Exhibit 2 to Bond Dec, # 4 Exhibit 3 to Bond Dec, # 5 Exhibit 4 to Bond Dec)(Bond, Brook) (Entered: 12/21/2009) |
| 12/21/2009 | Ĭ 18 | REPLY In Support MOTION for Relief from Plaintiff's Motion to Enjoin 21 SRL in Later−Filed Action 6 filed by Plaintiff Newegg Inc.. (Attachments: # 1 Declaration of Brook B Bond, # 2 Exhibit 1 to Bond Dec, # 3 Exhibit 2 to Bond Dec, # 4 Exhibit 3 to Bond Dec, # 5 Exhibit 4 to Bond Dec)(Bond, Brook) (Entered: 12/21/2009) |

| | | |
|---|---|---|
| 12/23/2009 | 19 | MINUTES (IN CHAMBERS) by Judge Christina A. Snyder: PLAINTIFFS MOTION TO ENJOIN 21 SRL IN LATER–FILED ACTION 6 and SPECIAL &LIMITED APPEARANCE TO STRIKE PLAINTIFFS MOTION TO ENJOIN 11 .The Court finds this motion appropriate for decision without oral argument. The hearing date of January 4, 2010, is hereby vacated and the matter is hereby taken under submission.the Court finds that Neweggs action in this Court is the first–filed case. However, the Court DENIES Neweggs motion to enjoin without prejudice in light of the fact that at this stage Court lacks jurisdiction over 21 SRL. (lc) (Entered: 12/28/2009) |
| 12/30/2009 | 20 | RECEIPT FOR FOREIGN SERVICE from U. S. Post Office for documents Re: (Complaint 1 ) mailed to defendant 21 SRL; (name of person receiving service is not specified); mailed to Via De Canis 3, I–4100 Asti (AT), Italy on 12/28/09 (mg) (Entered: 01/05/2010) |
| 01/29/2010 | 21 | NOTICE OF MOTION AND MOTION to Dismiss Case filed by Defendant 21 srl. Motion set for hearing on 3/1/2010 at 10:00 AM before Judge Christina A. Snyder. (Attachments: # 1 Declaration of David K. Caplan in Support of Defendant 21 SRL's Motion to Dismiss, # 2 Exhibit 1 to the Declaration of David K. Caplan In Support of Defendant 21 SRL's Motion to Dismiss, # 3 Proposed Order RE Dimissal)(Caplan, David) (Entered: 01/29/2010) |
| 01/29/2010 | 22 | MEMORANDUM in Support of MOTION to Dismiss Case 21 filed by Defendant 21 srl. (Caplan, David) (Entered: 01/29/2010) |
| 01/29/2010 | 23 | PROOF OF SERVICE Executed filed by Plaintiff Newegg Inc., upon 21 srl served on 1/8/2010, answer due 2/7/2010. The Summons and Complaint were served by Hague Convention service, by FRCP 4(f)(1) statute, upon 21 srl (Cristina Manuela). Due Dilligence declaration not attached. Original Summons returned. (Zarian, John) (Entered: 01/29/2010) |
| 01/29/2010 | 24 | NOTICE OF MOTION AND MOTION for Relief from Enjoin Defendant 21 srl in Later–filed Action filed by Plaintiff Newegg Inc.. Motion set for hearing on 3/1/2010 at 10:00 AM before Judge Christina A. Snyder. (Attachments: # 1 Memorandum In Support, # 2 Proposed Order)(Zarian, John) (Entered: 01/29/2010) |
| 02/01/2010 | 25 | PROOF OF SERVICE filed by Defendant 21 srl, re MOTION to Dismiss Case 21 , Memorandum in Support of Motion 22 served on January 29, 2010. (Caplan, David) (Entered: 02/01/2010) |
| 02/01/2010 | 26 | NOTICE of Change of Attorney Information for attorney Christian C Dowell counsel for Defendant 21 srl. Adding Christian C. Dowell as attorney as counsel of record for 21 SRL for the reason indicated in the G–06 Notice. Filed by Defendant 21 SRL (Dowell, Christian) (Entered: 02/01/2010) |
| 02/08/2010 | 27 | OPPOSITION Opposition re: MOTION for Relief from Enjoin Defendant 21 srl in Later–filed Action 24 filed by Defendant 21 srl. (Caplan, David) (Entered: 02/08/2010) |
| 02/08/2010 | 28 | Plaintiff's Opposition to Defendant's Motion to Dismiss Opposition re: MOTION to Dismiss Case 21 filed by Plaintiff Newegg Inc.. (Zarian, John) (Entered: 02/08/2010) |
| 02/09/2010 | 29 | PROOF OF SERVICE filed by Defendant 21 srl, re Objection/Opposition (Motion related) 27 to Plaintiff's Motion to Enjoin served on 2/8/10. (Caplan, David) (Entered: 02/09/2010) |
| 02/12/2010 | 30 | REPLY In Support Of MOTION to Dismiss Case 21 filed by Defendant 21 srl. (Caplan, David) (Entered: 02/12/2010) |
| 02/12/2010 | 31 | RESPONSE IN SUPPORT of MOTION for Relief from Enjoin Defendant 21 srl in Later–filed Action 24 filed by Plaintiff Newegg Inc.. (Zarian, John) (Entered: 02/12/2010) |
| 02/25/2010 | 33 | MINUTES (IN CHAMBERS) by Judge Christina A. Snyder: On the Court's own motion, hearing on defendant's Motion to Dismiss Case 21 and plaintiff's Motion to Enjoin Defendant 21 srl in Later–filed Action 24 is continued to 3/15/2010 at 10:00 AM before Judge Christina A. Snyder. Parties shall file a joint status report regarding the ruling on the plaintiff's motion by U.S. District |

| | | |
|---|---|---|
| | | Court for the Northern District of Illinois, in Case No. 1:09–cv–06590; 21 SRL v. Newegg Inc. by no later than 3/8/2010. Court Reporter: Not Present. (gk) (Entered: 03/02/2010) |
| 03/01/2010 | 32 | NOTICE of Change of Attorney Information for attorney Christian C Dowell counsel for Defendant 21 srl.Christian C. Dowell is no longer attorney of record for the aforementioned party in this case for the reason indicated in the G–06 Notice. Filed by Defendant 21 SRL (Dowell, Christian) (Entered: 03/01/2010) |
| 03/08/2010 | 34 | STATUS REPORT filed by Plaintiff Newegg Inc.. (Zarian, John) (Entered: 03/08/2010) |
| 03/25/2010 | 35 | SUPPLEMENT to Status Report 34 filed by Defendant 21 srl. (Caplan, David) (Entered: 03/25/2010) |
| 03/25/2010 | 36 | PROOF OF SERVICE filed by Defendant 21 srl, re Supplement (non–motion) 35 served on 3/25/2010. (Caplan, David) (Entered: 03/25/2010) |
| 04/08/2010 | 37 | SUPPLEMENT to Supplement (non–motion) 35 filed by Defendant 21 srl. (Attachments: # 1 Affidavit)(Caplan, David) (Entered: 04/08/2010) |
| 04/15/2010 | 38 | MINUTES (IN CHAMBERS) by Judge Christina A. Snyder: Based upon Judge John W. Darrah's order dated 4/7/2010, the Court transfers this action to the Northern District of Illinois. Electronic file, transfer order and docket sheet sent. (MD JS–6. Case Terminated.) Court Reporter: Not Present. (Attachments: # 1 CV–22 Transmittal Letter) (gk) (Entered: 04/15/2010) |