# United States District Court
# Northern District of Illinois

*JUDGE DARRAH*

In the Matter of

Newegg, Inc

v.

21 SRL

Case No. 10 C 2389

Designated Magistrate Judge
Arlander Keys

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Harry D. Leinenweber** to be related to **09 C 3667** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

Judge John W. Darrah

Dated: May 3, 2010

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **John W. Darrah**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

Chief Judge James F. Holderman

Dated: MAY -3 2010

Finding of Relatedness (Rev. 9/99)