1Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 2389 | **DATE** | 5/10/2010 |
| **CASE TITLE** | Newegg, Inc. vs. 21 SRL | | |

**DOCKET ENTRY TEXT**

Opening claim construction brief to be filed by 10/27/10, response by 11/24/10, reply by 12/22/10. Claim construction hearing set for 2/7/11 is re-set to 1/24/11 at 9:00 a.m. Claim construction ruling set for 3/9/11 at 9:30 a.m. All discovery is ordered closed on 7/1/11. Dispositive motions to be filed by 8/3/11, responses by 8/24/11, replies by 9/8/11. Status hearing and ruling is set for 10/19/11 at 9:30 a.m. Pretrial order to be submitted by 11/17/11. Pretrial conference set for 6/15/11 is re-set to 12/1/11 at 1:30 p.m. Jury trial set for 6/20/11 is re-set to 12/5/11 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|