# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Newegg Inc.

                Plaintiff,

v.                                               Case No.: 1:10–cv–02389

                                                         Honorable John W. Darrah

21 SRL

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 25, 2010:

      MINUTE entry before Honorable John W. Darrah: It is hereby ordered that defendant Newegg is dismissed with prejudice and without costs. For further details, see the Court's stipulated order of dismissal in the lead case 09 C 3667, 21 SRL v. Best Buy. Pretrial conference set for 12/1/11 and jury trial set for 12/5/11 is vacated. Civil case terminated. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.